# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY BAFFO,

    Plaintiff,

  v.            No.: 10 Civ. 1245 (LDW)(ETB)

NEW YORK INSTITUTE OF TECHNOLOGY;
ROBERT RIZZUTO, in his official and  **[PLAINTIFF'S PROPOSED]**
individual capacities; and LEONARD AUBREY, **CASE MANAGEMENT PLAN**
in his official and individual capacities   **AND SCHEDULING ORDER**

    Defendants.
-----------------------------------------------------------X

  Counsel for the parties having appeared for a status conference on July 28, 2010, the following case management plan is established:

  1. Deadline for Motions to Amend the Pleadings: August 27, 2010.

  2. Deadline for Service of Initial Discovery Requests: August 27, 2010.

  3. Deadline for Request to File Motion for Summary Judgment: December 10, 2011.

  4. Date for Submission of Pre-Trial Order: February 25, 2011.

  5. Deadlines for Completion of Discovery:

    a. Deadline to Complete Fact Discovery: December 3, 2010;

    b. Deadline for Plaintiff's Disclosures of Expert Testimony Pursuant to Rule 26(a)(2): December 3, 2010;

    c. Deadline for Defendants' Disclosures of Expert Testimony Pursuant to Rule 26(a)(2): January 14, 2011;

    d. Deadline for Parties to Complete Expert Discovery: February 11, 2011.

**SO ORDERED:**

Dated: Central Islip, New York
   July __, 2010

                   _____
                   E. Thomas Boyle
                   United States Magistrate Judge