# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY BAFFO,

                Plaintiff,

    v.                                                  No.: 10 Civ. 1245 (LDW)(ETB)

NEW YORK INSTITUTE OF TECHNOLOGY;
ROBERT RIZZUTO, in his official and                   **DEFENDANTS' PROPOSED**
individual capacities; and LEONARD AUBREY,       **CASE MANAGEMENT PLAN**
in his official and individual capacities                    **AND SCHEDULING ORDER**

                Defendants.
----------------------------------------------------------------X

        Counsel for the parties having appeared for a status conference on July 28, 2010, the following case management plan is established:

1. Deadline for Motions to Amend the Pleadings: October 27, 2010.

2. Deadline for Service of Initial Discovery Requests: August 27, 2010.

3. Deadline for Request to File Motion for Summary Judgment: April 28, 2011.

4. Date for Submission of Pre-Trial Order: May 27, 2011.

5. Deadline for Completion of All Discovery, Including Expert Discovery: March 28, 2011.

**SO ORDERED:**

Dated: Central Islip, New York
        July __, 2010

                                                                          _____
                                                                          E. Thomas Boyle
                                                                            United States Magistrate Judge