Douglas P. Catalano
Neil G. Sparber
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ANTHONY BAFFO,<br><br>     Plaintiff,<br><br> -against-<br><br>NEW YORK INSTITUTE OF TECHNOLOGY; ROBERT RIZZUTO; in his official and individual capacities; and LEONARD AUBREY, in his official and individual capacities,<br><br>     Defendants. | Index No. 10-CV-01245 (LDW)(ETB)<br><br>DEFENDANTS' LIST OF TRIAL WITNESSES AND EXHIBITS |

---

In accordance with the Court's Order, defendants New York Institute of Technology, Robert Rizzuto and Leonard Aubrey submit the following list of trial witnesses and exhibits:

**I. WITNESSES**

Defendants have indentified the following witnesses they currently intend on calling to testify at trial in their case in chief:

  1. Robert Rizzuto

  2. Leonard Aubrey

  3. Carol Jablonsky

    4.     Eric Redlich

    5.     Pilar Visconti

    6.     Melissa Patron

    7.     Stephen Kloepfer

Defendants reserve the right to call additional witnesses for impeachment or rebuttal purposes, and further reserve the right to call any witnesses listed on plaintiff's witness list.

## II. EXHIBITS

Defendants have identified the following list of exhibits they may use at trial either through direct examination, cross-examination, impeachment, or rebuttal. Defendants reserve their right to proffer and/or use any exhibits listed in plaintiff's exhibit list, and to amend and/or supplement their list of exhibits subject to Judge Wexler's or Magistrate Judge Boyle's individual rules of practice. Defendants further reserve the right to introduce documentation demonstrating metadata, previously produced to plaintiff, associated with any document to which plaintiff raises an issue as to the date of a document's creation.

| No. | Description | Bates Number(s) |
| --- | --- | --- |
| A | deSeversky Center Profit and Loss Statement | D00001-D00002 |
| B | deSeversky Center Profit and Loss Statement (with detail) | D08243-D08407 (excel version to be used) |
| C | Documents submitted by NYIT to the NYS Division of Human Rights | D07276-D07328 |
| D | Contents of Anthony Baffo's Personnel File | D07218-D07259 |
| E | Offer Letter dated August 28, 2006 | D00003 |
| F | Employment Application dated July 31, 2006 | D00004-D00005 |
| G | Baffo's Professional Development Program 2006-2007 | D00006-D00007 |
| H | Baffo's Professional Development Program 2006-2007 | AB181-AB182 |
| I | Baffo's Professional Development Program 9/1/06-8/31/07 | D00008-D00009 |
| J | Baffo's Professional Development Program 9/1/07-8/31/08 | D00010-D00011 |
| K | Baffo's Professional Development Program 9/1/08-8/31/09 | D00012-D00014 |
| L | deSeversky Center General Managers Expectations | D06694-D06710 |
| M | Meeting Anthony Baffo January 9, 2007 | D06735-D06741 |
| N | Meeting Anthony Baffo September 25, 2007 | D06711-D06714 |

| No. | Description | Bates Number(s) |
|---|---|---|
| O | Meeting Anthony Baffo October 24, 2007 | D06715-D06718 |
| P | March 3, 2008 Memorandum to Anthony Baffo | D06681 |
| Q | Meeting Anthony (undated) | D06719-D06721 |
| R | September 23, 2008 Memorandum to Anthony Baffo | D06679-D06680 |
| S | Meeting Anthony October 21, 2008 | D06722-D06723 |
| T | Anthony Work Plan | D06682-D06684 |
| U | Anthony's Work Plan | D06685-D00687 |
| V | Anthony's Work Plan | D06688-D06693 |
| W | Anthony Baffo Expectations | D06767-D06775 |
| X | Memorandum from R. Rizzuto to L. Aubrey re: E. Redlich | D06724 |
| Y | Memorandum signed 10/16/09 by Leonard Aubrey | D00015 |
| Z | Memorandum dated October 23, 2009 to Anthony Baffo | D00022 |
| AA | Agreement dated October 23, 2009 between A. Baffo and NYIT | D00023-D00029 |
| AB | Memorandum dated October 26, 2009 to Anthony Baffo | D00030 |
| AC | Agreement dated October 26, 2009 between A. Baffo and NYIT | D00031-D00037 |
| AD | NYIT Employee Handbook Revised May 9, 2005 | D06776-D06819 |
| AE | NYIT Employee Handbook Revised October 15, 2007 | D06820-D06869 |
| AF | NYIT Employee Handbook January 1, 2009 | D06920-D6969 |
| AG | Script concerning meeting with A. Baffo | D08408 |
| AH | Email between R. Rizzuto and E. Redlich dated October 23, 2009 | D03417-D03418 |
| AI | deSeversky FY 2010 Opening Budget and Actuals | D08969 |
| AJ | deSeversky Revenue Forecast 9/1/2009-8/31/2010 | D09060-D09081 |
| AK | deSeversky Revenue Forecast 9/1/2009-8/31/2010 (exclusions) | D08615-D08626 |
| AL | Documents related to Customer Feedback from 9/1/09-8/31/10 | D09005-D09059 |
| AM | Documents related to Performance Notes Placed in Employee Files | D08970-D09004 |
| AN | deSeversky Organization Chart | D06632 |
| AO | Time Card Reports for 9/1/09-10/31/09 | D08627-D08638 |
| AP | Email chain concerning Purell Instant Hand Sanitizer | D06742-D06743 |
| AQ | Email from Emmett Urban concerning Hand Sanitizers and attached spreadsheet | D06749-D06750 |
| AR | Email from Emmett Urban to multiple recipients concerning order of sanitizer dispensers and soap and attached quote | D06751-D06714 |
| AS | Email from Emmett Urban concerning disinfectant | D06754 |
| AT | Email dated September 8, 2009 re: H1N1 Contingency Plans | D06756-D06757 |
| AU | Email dated September 1, 2009 re: H1N1 Institutional Plan | D06758 |
| AV | Email dated August 27, 2009 re: H1N1 meeting and attached draft policies | D08958-D08963 |
| AW | Email dated August 31, 2009 with NYIT's H1N1 response plan and information cards | D08955-D08957 |
| AX | Email dated September 8, 2009 re: H1N1 Contingency Plans | D00049-D00050 |
| AY | Email dated September 8, 2009 re: H1N1 Contingency Plans sent to Anthony Baffo | D00277-D00278 |
| AZ | Email dated September 8, 2009 re: Hand Sanitizers | D00047-D00048 |
| BA | Email chain dated September 9 and 10, 2009 re: Hand Sanitizers | D00039-D00041 |

| No. | Description | Bates Number(s) |
|-----|-------------|-----------------|
| BB | Email chain dated September 9 and 10, 2009 re: Hand Sanitizers | D00042-D00044 |
| BC | Email chain dated September 9 and 10, 2009 re: Hand Sanitizers | D00045-D00046 |
| BD | deSeversky Conference Center Income Statement | D08905-D08907 |
| BE | Eric Redlich Professional Development Program 9/1/08-8/31/09 | D05254-D05255 |
| BF | Eric Redlich Professional Development Program 9/1/09-8/31/10 | D08606-D8607 |
| BG | Eric Redlich Professional Development Program 9/1/08-8/31/09 | D08608 |
| BH | Memorandum to E. Redlich from R. Rizzuto dated June 16, 2010 | D08609 |
| BI | Documents Related to Melissa Patron's performance | D08812-D08814, D08807-D8808, D08610-D08614 |
| BJ | Leonard Aubrey Professional Development Program 2006-2007 | D07192-D07193 |
| BK | Leonard Aubrey Professional Development Program 9/1/07-8/31/08 | D07194-D07195 |
| BL | Leonard Aubrey Professional Development Program 9/1/07-8/31/08 | D07196-D07197 |
| BM | Leonard Aubrey Professional Development Program 9/1/08-8/31/09 | D07198-D07199 |
| BN | Leonard Aubrey 90-day Performance Evaluation | D07200 |
| BO | Robert Rizzuto Professional Development Program 2006-2007 | D07260-D07261 |
| BP | Robert Rizzuto Professional Development Program 9/1/08-8/31/09 | D07262-D07263 |
| BQ | Robert Rizzuto Change in Status Forms | D07264-D07265 |
| BR | Service Charge Distribution Reports for A. Baffo, R. Rizzuto, and E. Redlich | D07337-D07366 |
| BS | Earnings Statements for Robert Rizzuto | D07476-D07570 |
| BT | Earnings Information for Anthony Baffo | D07367-D07475 |
| BU | Earnings Statements for Eric Redlich | D07571-D07642 |
| BV | Pilar Visconti Professional Development Program 9/1/07-8/31/08 | D08600-D8601 |
| BW | Pilar Visconti Professional Development Program 9/1/08-8/31/09 | D08602-D8603 |
| BX | NYIT New Hire Report August 27, 2010 | D07273-D07275 |
| BY | Recruitment Authorization and Memo–Catering Sales Associate | D02155-D02157 |
| BZ | Recruitment Authorization and Memo- Dining Room Captain | D02128-D02130 |
| CA | Memorandum to C, Jablonsky to R. Rizzuto dated October 20, 2009 with cover email from R. Rizzuto | D03294-D03296 |
| CB | Email from R. Rizzuto to C. Jablonsky dated October 19, 2009 and attached organization chart | D03300-D03301 |
| CC | Email from R. Rizzuto to C. Jablonsky dated October 19, 2009 and attached organization chart | D03305-D03306 |
| CD | Email from R. Rizzuto to C. Jablonsky dated October 20, 2009 with attached memorandum | D03302-D03304 |
| CE | Email from R. Rizzuto to C. Jablonsky dated October 20, 2009 with attached revised memorandum | D03294-D03296 |
| CF | Email from R. Rizzuto to C. Jablonsky dated October 20, 2009 with attached revised organization chart | D03298-D03299 |
| CG | Email from C. Jablonsky to C. Hendea dated October 20, 2009 with attached organization chart | D06631-D06632 |
| CH | Email chain between R. Rizzuto and C. Jablonsky dated October 20, 2009 | D03297 |

| No. | Description | Bates Number(s) |
|---|---|---|
| CI | Email chain between R. Rizzuto and C. Jablonsky dated October 23, 2009 | D03288 |
| CJ | Email from R. Rizzuto to C. Jablonsky dated October 23, 2009 | D03250 |
| CK | Memorandum dated October 29, 2008 to L. Aubrey from R. Rizzuto (with track changes) | D06726-D06727 |
| CL | Memorandum dated October 20, 2008 to L. Aubrey from R. Rizzuto | D06728-D06729 |
| CM | Email dated October 19, 2009 from R. Rizzuto to P. Visconti with attached organization chart | D08103-D08104 |
| CN | Recruitment Authorization – Bartender Captain | D07645-D07646, D8604-D08605 |
| CO | Change of Status - Dining Room Manager | D07647-D07648 |
| CP | Change of Status – Bartender Captain | D07643-D07644 |
| CQ | Outlook Calendar Entry – 8/25/09 – "Slight re-organization of de Seversky" – L. Aubrey | D06588 |
| CR | Outlook Calendar Entry- 10/19/2009 – R. Rizzuto & C. Jablonsky | D03273 |
| CS | Outlook Calendar Entry – 10/26/2009 – C. Jablonsky and S. Kloepfer | D07802 |
| CT | Outlook Calendar Entry – 10/21/2009 – L. Aubrey and S. Kloepfer | D08212, D08127 |
| CU | Outlook Calendar Entry – C. Jablonsky, C. Hendea, and S. Kloepfer | D08213 |
| CV | Outlook Calendar Entry – 8/25/09 - R. Rizzuto and L. Aubrey | D07950 |
| CW | Outlook Calendar Entry – 8/26/09 - R. Rizzuto and L. Aubrey | D07949 |
| CX | Outlook Calendar Entry – 9/21/09 R. Rizzuto and E. Redlich | D07948 |
| CY | Outlook Calendar Entry – 10/19/2009 – C. Jablonsky and R. Rizzuto | D04690 |
| CZ | Outlook Calendar Entry – 10/20/2009 – C. Jablonsky, C. Hendea, and S. Kloepfer | D07803 |
| DA | Outlook Calendar Entry – 10/23/2009 – re: postponed meeting – C. Jablonsky | D03272 |
| DB | Outlook Calendar Entry – 10/23/2009 –C. Jablonsky and R. Rizzuto | D03274 |
| DC | Outlook Calendar Entry – 10/26/2009 –C. Jablonsky, R. Rizzuto and A. Baffo | D03271 |
| DD | Email from A. Baffo to R. Rizzuto dated October 2, 2009 | D01821 |
| DE | Email chain between A. Baffo and R. Rizzuto dated October 2, 2009 | D05666 |
| DF | Email chain between R. Rizzuto and C. Jablonsky dated October 16, 2009 | D03309 |
| DG | Email chain between R. Rizzuto and C. Jablonsky dated October 21, 2009 | D00021 |
| DH | Email from R. Rizzuto to E. Redlich dated 10/19/09 with attached Department Organizational Strategy | D04664-D04674 |
| DI | Email dated July 8, 2009 from R. Rizzuto to A. Baffo | D01579-D01580 |
| DJ | Email from R. Rizzuto to M. D'Aguilar dated 9/3/09 with attached revised RA for sales director date | D06208-D6209 |
| DK | Email from NY Blood Center to A. Baffo dated 9/10/09 | D06596 |

| No. | Description | Bates Number(s) |
|---|---|---|
| DL | Email from NY Blood Center to A. Baffo dated 9/16/09 | D06590-D06591 |
| DM | Email from NY Blood Center to A. Baffo dated 9/19/09 | D06589 |
| DN | Email between R. Rizzuto and A. Baffo dated 9/29/09 | D00165 |
| DO | Email between R. Rizzuto and A. Baffo dated 10/1/09 | D00163 |
| DP | Email between C. Jablonsky and S. Kloepfer dated 10/16/2009 | D08945 |
| DQ | Outlook Calendar Entry – 10/16/2009 – L.Aubrey and R. Rizzuto | D04691 |
| DR | Email between S. Kloepfer and C. Jablonsky dated 10/19/2009 | D08932 |
| DS | Email between C. Jablonsky and R. Rizzuto dated 10/20/2009 | D08943 |
| DT | Email between S. Kloepfer and C. Jablonsky dated 10/20/2009 | D08944 |
| DU | Email between C. Jablonsky and C. Hendea dated 10/20/2009 | D08964 |
| DV | Email between C. Jablonsky and C. Hendea dated 10/21/2009 | D08908-D8909 |
| DW | Email between C. Jablonsky and C. Hendea dated 10/21/2009 with attachments | D08922-D08930 |
| DX | Email between C. Jablonsky and S. Kloepfer dated 10/23/2009 with attachments | D08934-D08942 |
| DY | Email from C. Jablonsky to S. Kloepfer dated 10/16/09 | D08933 |
| DZ | Telephone Logs for 10/1/09 and 10/2/09 | D08902-D8903 |
| EA | Service Charge Distribution Calculation Form | D08904 |
| EB | NYIT Separated Employees Report | D07266-D07272 |
| EC | Email from R. Rizzuto to multiple recipients dated 10/30/2009 | D04695 |
| ED | Memorandum to All Supervisory Personnel dated 6/15/09 re: Professional Development Program | D03264-D03265 |
| EE | Job Description for General Manager | AB041-AB044 |
| EF | Memorandum from A. Baffo to R. Rizzuto dated 10/28/08 | AB455-AB457 |
| EG | Draft email from R. Rizzuto to E. Redlich dated 10/17/09 | D04733 |
| EH | Email between C. Jablonsky to S. Kloepfer dated 10/19/09 | D08968 |
| EI | Email between R. Rizzuto and P. Visconti dated 10/20/09 with attachment | D05972-D05974 |
| EJ | Memo from R. Rizzuto to C. Jablonsky dated 10/20/09 | D03303-D03304 |
| EK | Email from C. Hendea to R. Rizzuto dated 10/21/09 | D03270 |
| EL | Email between C. Jablonsky to R. Rizzuto dated 10/21/09 | D03294 |
| EM | Outlook Calendar Entry – 10/21/09- S. Kloepfer and L. Aubrey | D08127 |
| EN | Outlook Calendar Entry – 10/21/09- S. Kloepfer and L. Aubrey | D08212 |
| EO | Email between C. Jablonsky and R. Rizzuto dated 10/23/09 | D03286 |
| EP | Email between C. Jablonsky and R. Rizzuto dated 10/23/09 | D03288 |
| EQ | Email between R. Rizzuto and A. Baffo dated 10/26/09 | D03281 |
| ER | Email between C. Jablonsky and R. Rizzuto dated 10/26/09 | D03318, D03284 |
| ES | Email between R. Rizzuto and C. Jablonsky dated 10/26/09 | D03316 |
| ET | Email between C. Jablonsky and R. Rizzuto dated 10/26/09 | D03317 |
| EU | Email between R. Rizzuto and E. Redlich dated 10/20/09 | D05971 |
| EV | New York Division of Human Rights Complaint | AB461-AB466 |
| EW | Facsimile from A. Baffo dated 10/19/09 | AB039-AB040 |
| EX | Letter from New York Blood Center to A. Baffo dated 10/15/09 | AB038 |
| EY | Letter from New York Blood Center to A. Baffo dated 9/25/09 | AB037 |

| No. | Description | Bates Number(s) |
|---|---|---|
| EZ | deSeversky General Manager Expectations March 2008 (with handwriting) | AB043-AB063 |
| FA | Earnings Information for A. Baffo | AB001-AB006 |
| FB | Monster.com listing for Dining Room Captain position | AB076-AB077 |
| FC | Monster.com listing for Catering Sales Associate | AB078-AB079 |
| FD | A. Baffo Unemployment Insurance Monetary Benefit Determination | AB148 |
| FE | Letter from New York Neurologic Associates dated September 29, 2009 | AB482-AB484 |
| FF | Report from Jeffrey Mallin concerning 10/2/2009 test | AB485-AB489 |
| FG | Progress Notes on A. Baffo by Frank Evanov, M.D. | AB492 |
| FH | North Shore University Hospital Form dated 10/22/09 | AB500-AB502 |
| FI | North Shore University Hospital Social Work Intake and Assessment Plan dated 10/22/09 | AB505-AB506 |

Dated: New York, New York
　　　　June 17, 2011

FULBRIGHT & JAWORSKI L.L.P.

By: *Neil H. Sparber*
Douglas P. Catalano
Neil G. Sparber
666 Fifth Avenue
New York, New York  10103
(212) 318-3000
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendants