**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                       :
ANTHONY BAFFO,                                         :
                                                       :          CIV-10-1245 (LDW)(ETB)
                                   Plaintiff,           :
            v.                                         :
                                                       :          **PLAINTIFF'S LIST OF**
NEW YORK INSTITUTE OF TECHNOLOGY;                      :          **TRIAL WITNESSES AND**
ROBERT RIZZUTO, in his official and                    :          **EXHIBITS**
individual capacities; and LEONARD AUBREY,             :
in his official and individual capacities;             :
                                                       :
                                   Defendants.          :
                                                       :
-------------------------------------------------------------X

Pursuant to Magistrate Judge Boyle's Order dated May 17, 2011, Plaintiff submits the

following trial witnesses and exhibits.  Plaintiff reserves the right to supplement the exhibit list

with documents still to be produced and/or will be requested for production during the upcoming

deposition of Stephen Kloepfer.  Plaintiff also reserves the right to amend and/or supplement this

submission, consistent with the Federal Rules of Civil Procedure, Local Civil Rules for the

Eastern District of New York and/or the Individual Practices of the Honorable Leonard D.

Wexler.  Lastly, Plaintiff reserves his right to object to the admissibility of any of Defendants'

exhibits at trial.

    A.  Plaintiff's Trial Witnesses:

       1.  Anthony Baffo

       2.  Robert Rizzuto

       3.  Leonard Aubrey

       4.  Eric Redlich

       5.  Carol Jablonsky

    6.  Stephen Kloepfer

    7.  Kristen K. Kucsma, M.A

    8.  Frank D. Tinari, Ph.D.

B.  Plaintiff's Trial Exhibits:

    1.  A. Baffo 2009 W-2 Form; Bates No. AB 001

    2.  A. Baffo Form 1099-G; Bates No. AB 002

    3.  A. Baffo Earnings Statements from Doherty Enterprises; Bates No. AB 003-006

    4.  A. Baffo Customer Comments; Bates No. AB 007-27

    5.  A. Baffo 2006-2007 Professional Development Program; Bates No. AB 028-31

    6.  A. Baffo 2007-2008 Professional Development Program; Bates No. AB 032-33

    7.  A. Baffo 2008-2009 Professional Development Program; Bates No. AB 034-36

    8.  Letter from New York Blood Center to A. Baffo dated September 25, 2009; Bates No. AB 037

    9.  Letter from New York Blood Center to A. Baffo dated October 15, 2009; Bates No. AB 038

    10. De Seversky Center General Manager Job Description; Bates No. AB 0041-42

    11. A. Baffo General Manager Expectations dated March 2008; Bates No. AB 043-59

    12. Email exchange between A. Baffo and R. Rizzuto dated October 2, 2009; Bates No. AB 072

    13. Memo from L. Aubrey to R. Rizzuto dated October 16, 2008; Bates No. AB 073

    14. Memo from R. Rizzuto to C. Jablonsky dated October 20, 2009; Bates No. AB 074-75

    15. Job Posting re de Seversky Dining Room Captain Position; Bates No. AB 076-77

    16. Job Posting re de Seversky Catering Sales Associate Position; Bates No. AB 078-79

    17. A. Baffo COBRA documents; Bates No. AB 080-91

    18. A. Baffo Life Insurance Continuation documents; Bates No. AB 092-93

19. Email from M. Gloeckler to A. Baffo dated November 11, 2009; Bates No. AB 094-95

20. A. Baffo Starbucks Application Package; Bates No. AB 104-108, 111

21. A. Baffo Professional References; Bates No. AB 110

22. A. Baffo Confirmation of Interview on November 30, 2009 with Doherty; Bates No. AB 112

23. A. Baffo Job Application Receipt Acknowledgements; Bates No. AB 115-126

24. A. Baffo Confirmation of Interview on November 4, 2009 with Away Café; Bates No. AB 127

25. Email from R. Rizzuto to A. Baffo dated October 26, 2009; Bates No. AB 180

26. A. Baffo Job Search Resources; Bates No. AB 134-140, 144-147

27. A. Baffo Unemployment Monetary Benefit Determination; Bates No. AB 148

28. A. Baffo Rejection Letter from Uno Pizzeria dated November 13, 2009; Bates No. AB 167

29. Professional Development Program Guide for Supervisors; Bates No. AB 183-189

30. de Seversky Center Monthly Income Statements; Bates No. AB 066-71, 222-251, 256-267, 455-457, D08905-8907

31. de Seversky Fiscal Year 2009 P&L; Bates No. AB 252-253

32. de Seversky Fiscal Year 2009 Budget; Bates No. AB 254-255

33. Dining Room Captain Budget Request Form; Bates No. AB 275, 291

34. de Seversky Position Control as of October 2008; Bates No. AB 333

35. NYIT Food Service Position Control Fiscal Year 2007-2009; Bates No. AB 357-367

36. Signed Recruitment Authorization for Dining Room Captain; Bates No. AB 392

37. Memo from R. Rizzuto to L. Aubrey dated October 29, 2008; Bates No. AB 440-441

38. Memo from R. Rizzuto to A. Baffo dated October 28, 2008; Bates No. AB 442-444

39. A. Baffo Offer Letter dated August 28, 2006; Bates No. AB 445

40. A. Baffo Proposed Separation Agreement dated October 26, 2009; Bates No. AB 448-454

41. A. Baffo Complaint Filed with New York State Division of Human Rights; Bates No. AB 462-466

42. Demand Letter to NYIT dated December 22, 2009; Bates No. AB 469-474

43. Order of Dismissal of Complaint with New York State Division of Human Rights; Bates No. AB 475-476

44. A. Baffo Medical Documents; Bates No. AB 482-574

45. de Seversky P&Ls from 2006-2009; Bates No. D00001

46. de Seversky P&L from September 2008 and 2009 and October 2008 and 2009; Bates No. D00002

47. A. Baffo Employment Application; Bates No. D00004-5

48. Memo from L. Aubrey to A. Baffo dated October 23, 2009; Bates No. D00022-29

49. Memo from L. Aubrey to A. Baffo dated October 26, 2009; Bates No. D00030-37

50. Email from E. Redlich to R. Rizzuto dated October 28, 2009; Bates No. D03367

51. Email chain between R. Rizzuto and E. Redlich dated October 23, 2009; Bates No. D03417-3418

52. Email from E. Redlich to A. Baffo and R. Rizzuto dated October 21, 2009; Bates No. D03473

53. Email chain between E. Redlich and R. Echauri dated October 12-October 16, 2009; Bates No. D03606-3608

54. Email from E. Redlich to R. Rizzuto dated October 7, 2009; Bates No. D03755

55. Email from D. Campbell to R. Rizzuto dated October 30, 2009; Bates No. D04695

56. Email from E. Redlich to R. Rizzuto dated October 19, 2009; Bates No. D04729

57. E. Redlich 2008-2009 Professional Development Program; Bates No. D05254-5255, 8608

58. Email forwarded from R. Rizzuto to E. Redlich dated October 20, 2009; Bates No. D05971

59. Email from E. Redlich to "Cara" dated October 26, 2009; Bates No. D06638

60. Memo from R. Rizzuto to L. Aubrey re E. Redlich dated January 8, 2010; Bates No. D06724

61. NYIT New Hire Report from January 1, 2008 through August 27, 2010; Bates No. D07273-7275

62. Recruitment Authorization for Dining Room Captain dated September 3, 2009; Bates No. D02128-2129

63. Memo from A. Baffo to L. Aubrey re Dining Room Captain RA dated September 3, 2009; Bates No. D02130

64. Dining Room Captain Job Description; Bates No. D02131-2132

65. Email from A. Baffo to M. Gaughran dated September 1, 2009; Bates No. D02145

66. Recruitment Authorization for Catering Sales Associate; Bates No. D02155-2156

67. Memo from A. Baffo to L. Aubrey re Catering Sales Associate RA dated September 1, 2009; Bates No. D02157

68. Email from R. Rizzuto to C. Jablonsky dated October 23, 2009; Bates No. D03250

69. C. Jablonsky Outlook calendar entry for October 26, 2009; Bates No. D03271

70. C. Jablonsky Outlook calendar entry re postponed meeting with R. Rizzuto on October 23, 2009; Bates No. D03272

71. C. Jablonsky Outlook calendar entry for October 19, 2009; Bates No. D03273

72. C. Jablonsky Outlook calendar entry re Meeting with R. Rizzuto on October 23, 2009; Bates No. D03274

73. Email from R. Rizzuto to C. Jablonsky dated October 26, 2009; Bates No. D03280

74. Email exchange between R. Rizzuto and C. Jablonsky dated October 26, 2009; Bates No. D03283

75. Email from R. Rizzuto to C. Jablonsky dated October 23, 2009; Bates No. D03286

76. Email exchange between R. Rizzuto and C. Jablonsky dated October 23, 2009; Bates No. D03288

77. Email exchange between R. Rizzuto and C. Jablonsky dated October 21, 2009; Bates no. D03293

78. Email with attachment from R. Rizzuto to C. Jablonsky dated October 20, 2009; Bates No. D03294-3296

79. Email exchange between R. Rizzuto and C. Jablonsky dated October 20, 2009; Bates No. D03297

80. Email from R. Rizzuto to C. Jablonsky dated October 20, 2009 attaching organizational chart; Bates No. D03298-3299

81. Email with attachment from R. Rizzuto to C. Jablonsky dated October 20, 2009; Bates No. D03302-3304

82. Email with attachment from R. Ritzzuto to C. Jablonsky dated October 20, 2009; Bates No. D03300-3301

83. L. Aubrey Outlook calendar entry for October 16, 2009; Bates No. D06587

84. L. Aubrey Outlook calendar entry for August 25, 2009; Bates No. D06588

85. NYIT Separated Employees Report from January 1, 2008 through August 27, 2009; Bates No. D07266-7272

86. L. Aubrey Outlook calendar entry for October 21, 2009; Bates No. D08127

87. Email exchange between C. Jablonsky and C. Hendea dated October 21, 2009; Bates No. D08908-8909

88. Email exchange between S. Kloepfer and C. Jablonsky dated October 19, 2009; Bates No. D08932

89. Email from C. Jablonsky to S. Kloepfer dated October 26, 2009; Bates No. D08933

90. Email from C. Jablonsky to S. Kloepfer dated October 20, 2009; Bates No. D08944

91. Email from C. Jablonsky to S. Kloepfer dated October 16, 2009; Bates No. D08945

92. Email from C. Jablonsky to C. Hendea dated October 20, 2009; Bates No. D08964

93. 2009 NYIT Food Service PDP Rating; Bates No. D01510-1511

94. Email with attachment from R. Rizzuto to C. Jablonsky dated October 19, 2009; Bates No. D03305-3306

95. Dining Services organizational chart as of October 19, 2009; Bates No. D03308

96. Email exchange between R. Rizzuto and C. Jablonsky dated October 16, 2009; Bates No. D03309

97. Email exchange between E. Redlich and R. Rizzuto dated October 7, 2009; Bates No. D03755

98. Email from A. Baffo to R. Rizzuto dated July 18, 2009; Bates No. D05877

99. R. Rizzuto Professional Development Program 2006-2007; Bates No. D07260-7261

100. R. Rizzuto Professional Development Program 2008-2009; Bates No. D07262-7263

101. R. Rizzuto Outlook calendar entry for October 2, 2009; Bates No. D07947

102. Email with attachment from R. Rizzuto to P. Visconti dated October 19, 2009; Bates No. D08103-8104

103. Memo from R. Rizzuto to L. Aubrey dated October 29, 2008; Bates No. D06675-6676

104. E. Redlich Professional Development Program 2009-2010; Bates No. D08606-8607

105. Memo from R. Rizzuto to E. Redlich dated June 16, 2010; Bates No. D08609

106. de Seversky Revenue Forecast from September 1, 2009 through August 31, 2010; Bates No. D08615-8626

107. A. Baffo Time Card Report from September 1, 2009 through October 26, 2009; Bates No. D08627-8629

108. R. Rizzuto Time Card Report from September 1, 2009 through October 31, 2009; Bates No. D08630-8632

109. R. Echauri Resume; Bates No. D08653-8655

110. Email with attachment from R. Rizzuto to E. Redlich dated October 2, 2009; Bates No. D08772-8776

111. R. Rizzuto NYIT call log for October 1, 2009 and October 2, 2009; Bates No. D08902

112. R. Rizzuto Sprint subscriber activity detail for October 1, 2009 and October 2, 2009; Bates No. D08903

113.   September 2009 NYIT Service Charge Distribution Report; Bates No. D08904

114.   Email from R. Rizzuto to C. Jablonsky dated October 23, 2009; Bates No. D03250

115.   R. Rizzuto talking points re termination of A. Baffo; Bates No. D08408

116.   Memo from Office of Human Resources to All Supervisory Personnel dated June 15, 2009; Bates No. D03264-3265

117.   Memo from A. Baffo to R. Rizzuto dated October 28, 2008; Bates No. AB 455-457

118.   Email from New York Blood Center to A. Baffo dated September 10, 2009; Bates No. D06596

119.   Email from New York Blood Center to A. Baffo dated September 19, 2009; Bates No. D06589

120.   2010 Fiscal Year Revenue Forecast; Bates No. D09060-9081

Dated: New York, New York
     June 17, 2011

          Respectfully submitted,

          THOMPSON WIGDOR LLP

          Douglas H. Wigdor
          Matthew D. Gorman
          85 Fifth Avenue
          Tel.:  (212) 257-6800
          Fax:  (212) 257-6845
          dwigdor@thompsonwigdor.com
          mgorman@thompsonwigdor.com

          *Attorneys for Plaintiff*