UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ANTHONY BAFFO,

                                                        Plaintiff(s),                <u>ORDER</u>

            -against-                                          CV 10-1245 (LDW) (ETB)

NEW YORK INSTITUTE OF TECHNOLOGY, et al.,

                                              Defendant(s).
----------------------------------------------------------------------X

      Discovery is certified as complete. This case is trial ready.

      The final conference previously scheduled for June 20, 2011 at 2:00 p.m. by telephone is canceled.

      Plaintiff's counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case.


**SO ORDERED:**

Dated: Central Islip, New York
         June 20, 2011

                                                    /s/ E. Thomas Boyle
                                                    E. THOMAS BOYLE
                                                    United States Magistrate Judge