## CIVIL CAUSE
## FOR PRE-MOTION

**BEFORE: WEXLER, J.**          **DATE:   JULY 5, 2011**          **TIME: 11:00 am**
                                          **TOTAL TIME: 1 HR**

**DOCKET #:   CV 10-1245**

**TITLE:      ANTHONY BAFFO       V.     NYIT, et al**

    **APPEARANCES:**

      **PLTFF**                                **DOUGLAS HOLDEN WIGDOR, ESQ**

      **DEFT**                                 **DOUGLAS PETER CATALANO, ESQ**
                                                **NEIL G. SPARBER, ESQ**

      **COURT REPORTER**

**CASE CALLED.**

**COUNSEL PRESENT.**

**DEFENDANT'S REQUEST TO MOVE FOR SUMMARY JUDGMENT IS GRANTED.**

**MOTION TO BE FILED IN 30 DAYS (20 PAGES.)**

**ANSWER TO BE FILED IN 3 WEEKS.**

**REPLY IN 10 DAYS.**

**JURY SELECTION TO BE DETERMINED AT A LATER DATE.**

**PROCEEDING CONCLUDED.**