

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Matthew D. Gorman**
mgorman@thompsonwigdor.com

August 19, 2011

**VIA ECF**

Honorable Leonard D. Wexler
United States District Court
944 Federal Plaza
Eastern District of New York
Central Islip, NY 11722

Re: Baffo v. NYIT, et. al., No. 10-CV-1245 (LDW) (ETB)

Dear Judge Wexler:

We represent Plaintiff Anthony Baffo in the above-referenced matter. Discovery in this matter was certified as complete on June 20, 2011. On August 18, 2011, Defendants served a motion for summary judgment. According to the briefing schedule agreed to by the parties and ordered by the Court, the motion will be fully briefed on October 3, 2011. No trial date has been set.

Pursuant to Your Honor's Individual Rules, a joint pre-trial order is to be submitted by the parties within sixty days from the completion of discovery and is thereby due today. On June 17, 2011, the parties submitted list of witnesses and exhibits to Magistrate Judge Boyle. In light of this submission, the parties write to determine whether Your Honor requires submission of the joint pre-trial order. If so, the parties, having conferred, jointly request a thirty day extension of time until September 19, 2011 to file the joint pre-trial order. No previous requests for an extension have been made.

Thank you for your consideration.

Respectfully submitted,

Matthew D. Gorman

cc: Neil G. Sparber, Esq.