# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
666 FIFTH AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10103-3198
WWW.FULBRIGHT.COM

NSPARBER@FULBRIGHT.COM
DIRECT DIAL: (212) 318-3038

TELEPHONE:  (212) 318-3000
FACSIMILE:  (212) 318-3400

September 27, 2011

**VIA ECF AND FIRST CLASS MAIL**

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

Re: Baffo v. New York Institute of Technology, et. al.
Index No. 10-CV-1245 (LDW)(ETB)

Dear Judge Wexler:

We are counsel to defendants New York Institute of Technology, Robert Rizzuto, and Leonard Aubrey, in connection with the above-referenced action. Defendants' reply papers in further support of its motion for summary judgment are currently due on or before October 3, 2011. Due, in part, to the upcoming Jewish holidays, defendants respectfully request a brief extension to October 11, 2011 to file their reply papers. Defendants have made one previous request to extend the briefing schedule in connection with defendants' moving papers which was granted by the Court. We have conferred with plaintiff's counsel who consents to our request.

Thank you for your consideration.

Respectfully submitted,

Neil G. Sparber

cc: Matthew Gorman, Esq. (via email)