Douglas P. Catalano
Neil G. Sparber
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------

| | |
|---|---|
| ANTHONY BAFFO, § § § Plaintiff, § § -against- § § § NEW YORK INSTITUTE OF § TECHNOLOGY; ROBERT RIZZUTO, in § his official and individual capacities; and § LEONARD AUBREY, in his official and § individual capacities, § § Defendants. § | Index No. 10-CV-01245 (LDW)(ETB) **NOTICE OF MOTION** |

------------------------------------------------

    PLEASE TAKE NOTICE that, upon the accompanying affidavit of Neil G. Sparber, sworn to August 18, 2011, and the exhibits thereto, defendants' memorandum of law in support of motion for summary judgment, defendants' statement of undisputed facts pursuant to Local Civil Rule 56.1, and upon all pleadings, papers, and proceedings filed in this case, defendants New York Institute of Technology, Robert Rizzuto and Leonard Aubrey will respectfully move this Court before the Hon. Leonard D. Wexler at the U.S. Courthouse located at 944 Federal Plaza, Central Islip, New York, 11722 at a date and time to be determined by the Court, for an

- 2 -

Order, pursuant to Federal Rule of Civil Procedure 56, granting summary judgment in favor of defendants on the grounds that there are no issues of fact which need to be tried.

Dated: New York, New York
       August 18, 2011

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Neil Sparber
Douglas P. Catalano
Neil G. Sparber
666 Fifth Avenue
New York, New York  10103
(212) 318-3000
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendants

To:   Douglas Wigdor, Esq.
      Matthew Gorman, Esq.
      Thompson Wigdor LLP
      85 Fifth Avenue
      New York, NY 10003

      Attorneys for Plaintiff