UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANTHONY BAFFO,

                         Plaintiff,                     No. 10 Civ. 01245 (LDW) (ETB)

      v.

NEW YORK INSTITUTE OF TECHNOLOGY;      **DECLARATION OF**
ROBERT RIZZUTO, in his official and individual  **MATTHEW D. GORMAN**
capacities; and LEONARD AUBREY; in his official
and individual capacities,

                        Defendants.

------------------------------------------------------------ X

       I, Matthew D. Gorman, pursuant to 28 U.S.C. §1746, declare and state as follows:

       1.    I am an attorney duly admitted to practice law in the Southern District of New York and am associated with the law firm of Thompson Wigdor LLP, attorneys for Plaintiff Anthony Baffo in the above-captioned matter. I have personal knowledge of the facts set forth herein and submit this declaration in opposition to Defendants' motion for summary judgment.

       2.    A true and accurate copy of the Declaration of Anthony Baffo, dated September 22, 2011, is attached hereto as Exhibit 1.

       3.    A true and accurate copy of relevant portions of the deposition transcript of Anthony Baffo, dated February 24, 2011, is attached hereto as Exhibit 2.

       4.    A true and accurate copy of relevant portions of the deposition transcript of Robert Rizzuto, dated March 22, 2011, is attached hereto as Exhibit 3.

       5.    A true and accurate copy of Anthony Baffo's Professional Development Program evaluation for the 2006-2007 Academic Year, dated January 9, 2007 is attached hereto as Exhibit 4.

6.  A true and accurate copy of Anthony Baffo's Professional Development Program evaluation for the 2007 fiscal year, dated October 15, 2007, is attached hereto as Exhibit 5.

7.  A true and accurate copy of relevant portions of the deposition transcript of Eric Redlich, dated March 15, 2011, is attached hereto as Exhibit 6.

8.  A true and accurate copy of the Profit and Loss Summary for the de Seversky Conference Center for the years 2006-2010 is attached hereto as Exhibit 7.

9.  A true and accurate copy of the Profit and Loss Summary for the de Seversky Conference Center for the September-October, 2007-2008, is attached hereto as Exhibit 8.

10. A true and accurate copy of the Recruitment Authorization for a sales associate position at the de Seversky Conference Center, dated September 1, 2009, is attached hereto as Exhibit 9.

11. A true and accurate copy of an email exchange between Anthony Baffo and Robert Rizzuto, dated August 30, 2009, is attached hereto as Exhibit 10.

12. A true and accurate copy of an email from Anthony Baffo to Robert Rizzuto, dated August 31, 2009, is attached hereto as Exhibit 11.

13. A true and accurate copy of a memorandum from Anthony Baffo to Leonard Aubrey, dated September 1, 2009, is attached hereto as Exhibit 12.

14. A true and accurate copy of an email from Anthony Baffo to Robert Rizzuto, dated September 3, 2009, is attached hereto as Exhibit 13.

15. A true and accurate copy of the Recruitment Authorization for a dining room captain position, dated September 3, 2009, is attached hereto as Exhibit 14.

16. A true and accurate copy of a memorandum from Anthony Baffo to Leonard Aubrey, dated September 3, 2009, is attached hereto as Exhibit 15.

17. A true and accurate copy of the job description for the dining room captain position is attached hereto as Exhibit 16.

18. A true and accurate copy of the job posting for the dining room captain position, dated September 22, 2009, is attached hereto as Exhibit 17.

19. A true and accurate copy of the job posting for the sales associate position, dated September 29, 2009, is attached hereto as Exhibit 18.

20. A true and accurate copy of an email exchange between Maureen Gaughran and Robert Rizzuto, dated September 29, 2009, is attached hereto as Exhibit 19.

21. A true and accurate copy of a letter to Anthony Baffo from the New York Blood Center, dated September 29, 2009, is attached hereto as Exhibit 20.

22. A true and accurate copy of the Time Card Report for Anthony Baffo from September 25, 2009 to October 23, 2009 is attached hereto as Exhibit 21.

23. A true and accurate copy of an email from Anthony Baffo to Robert Rizzuto, dated October 2, 2009, is attached hereto as Exhibit 22.

24. A true and accurate copy of the NYIT Separated Employees Report from January 1, 2008 through August 28, 2010 is attached hereto as Exhibit 23.

25. A true and accurate copy of a memorandum from Robert Rizzuto to Leonard Aubrey, dated October 16, 2009, is attached hereto as Exhibit 24.

26. A true and accurate copy of Leonard Aubrey's calendar entry, dated October 16, 2009, is attached hereto as Exhibit 25.

27. A true and accurate copy of the relevant portions of the deposition transcript of Stephen Kloepfer, dated June 22, 2011, is attached hereto as Exhibit 26.

28. A true and accurate copy of the relevant portions of the deposition transcript of Leonard Aubrey, dated March 16, 2011, is attached hereto as Exhibit 27.

29. A true and accurate copy of the relevant portions of the deposition transcript of Leonard Aubrey, dated May 23, 2011, is attached hereto as Exhibit 28.

30. A true and accurate copy of the relevant portions of the deposition transcript of Robert Rizzuto, dated April 28, 2011, is attached hereto as Exhibit 29.

31. A true and accurate copy of the relevant portions of the deposition transcript of Carol Jablonsky, dated February 25, 2011, is attached hereto as Exhibit 30.

32. A true and accurate copy of an email, with attachment, from Anthony Baffo to Robert Rizzuto, dated October 19, 2009, is attached hereto as Exhibit 31.

33. A true and accurate copy of an email, with attachment, from Robert Rizzuto to Carol Jablonsky, dated October 19, 2009, is attached hereto as Exhibit 32.

34. A true and accurate copy of an email, with attachment, from Robert Rizzuto to Carol Jablonsky, dated October 20, 2009, is attached hereto as Exhibit 33.

35. A true and accurate copy of an email, with attachment, from Robert Rizzuto to Carol Jablonsky, dated October 20, 2009, is attached hereto as Exhibit 34.

36. A true and accurate copy of script for Anthony Baffo's termination meeting is attached hereto as Exhibit 35.

37. A true and accurate copy of NYIT's New Hire Report from January 1, 2008 to August 27, 2010 is attached hereto as Exhibit 36.

38. A true and accurate copy of a memorandum from Robert Rizzuto to Leonard Aubrey, dated September 1, 2009, is attached hereto as Exhibit 37.

39. A true and accurate copy of an affidavit submitted by Robert Rizzuto to the New York State Division of Human Rights, dated November 11, 2009, is attached hereto as Exhibit 38.

40. A true and accurate copy of a memorandum from the Office of Human Resources to all supervisory employees, dated June 15, 2009, is attached hereto as Exhibit 39.

41. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2011
New York, New York

_____
Matthew D. Gorman