# Exhibit 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------x

ANTHONY BAFFO,

                Plaintiff,       Index No.

                             10 Civ 1245

       -against-       (LDW)(ETB)

NEW YORK INSTITUTE OF TECHNOLOGY;

ROBERT RIZZUTO, in his official and

individual capacities; and LEONARD

AUBREY, in his official and individual

capacities,

                Defendants.

-----------------------------------x

                March 22, 2011

                10:05 a.m.

       Videotaped deposition of ROBERT

RIZZUTO, held at the offices of Thompson Wigdor &

Gilly LLP, 85 Fifth Avenue, New York, New York,

pursuant to Notice, before Lynne D. Metz, a

Shorthand Reporter and Notary Public of the State

of New York.

6f61e48d-bee0-4679-9dcf-037f30f12c6b

Page 2

```
 1
 2    APPEARANCES:
 3
 4        THOMPSON WIGDOR & GILLY LLP
 5        Attorneys for Plaintiff
 6          85 Fifth Avenue
 7          New York, New York 10003
 8        BY:  GREGORY N. FILOSA, ESQ.,
 9              of Counsel
10
11
12        FULBRIGHT & JAWORSKI L.L.P.
13        Attorneys for Defendants
14          666 Fifth Avenue
15          New York, New York 10103
16        BY:  NEIL G. SPARBER, ESQ.,
17              of Counsel
18
19
20        ALSO PRESENT:
21          Anthony Baffo
22          Drew Cerria - Videographer
23
24
25
```

Page 3

```
 1
 2        IT IS HEREBY STIPULATED, by and between the
 3    attorneys for the respective parties hereto, that:
 4    All rights provided by the C.P.L.R., and Part 221
 5    of the Uniform Rules for the Conduct of
 6    Depositions, including the right to object to any
 7    question, except as to form, or to move to strike
 8    any testimony at this examination is reserved; and
 9    in addition, the failure to object to any question
10    or to move to strike any testimony at this
11    examination shall not be a bar or waiver to make
12    such motion at, and is reserved to, the trial of
13    this action.
14
15    This deposition may be sworn to by the witness
16    being examined before a Notary Public other than
17    the Notary Public before whom this examination was
18    begun, but the failure to do so or to return the
19    original of this deposition to counsel, shall not
20    be deemed a waiver of the rights provided by Rule
21    3116 of the C.P.L.R. and shall be controlled
22    thereby.
23
24    The filing of the original of this deposition is
25    waived.
```

Page 4

```
 1
 2            THE VIDEOGRAPHER:  We are now on the
 3    record.  My name is Drew Cerria.  I
 4    represent Veritext New York.  The date today
 5    is Tuesday March 22, 2011 and the time is   10:05:45
 6    approximately 10:05 a.m.
 7            Today's deposition is being held at
 8    the law offices of Thompson Wigdor & Gilly
 9    LLP which is located at 85 Fifth Avenue New
10    York City, New York, 10003.  We are on the   10:06:02
11    fifth floor.
12            The caption of today's case is Anthony
13    Baffo versus New York Institute of
14    Technology, Robert Rizzuto, in his official
15    and individual capacities and Leonard Aubrey  10:06:19
16    in his individual and official capacities in
17    the United States District Court Eastern
18    District of New York number 10 Civ 1245
19    (LDW)(ETB).
20            Our witness today is Mr. Robert       10:06:39
21    Rizzuto, and at this time if our attorneys
22    will identify themselves, their firms and
23    the parties they represent after which our
24    reporter Miss Lynne Metz, also of Veritext,
25    will swear Mr. Rizzuto and we will begin.    10:06:51
```

Page 5

```
 1                    R. Rizzuto
 2            MR. FILOSA:  Gregory Filosa with
 3    Thompson Wigdor & Gilly for plaintiff
 4    Anthony Baffo.
 5            MR. SPARBER:  Neil Sparber for        10:06:58
 6    Fulbright & Jaworski for the defendants.
 7    R O B E R T   R I Z Z U T O,
 8    called as a witness, having been first duly sworn
 9    by the Notary Public (Lynne D. Metz), was
10    examined and testified as follows:
11    EXAMINATION BY
12    MR. FILOSA:
13        Q.  Mr. Rizzuto, could you please state
14    your full name for the record?
15        A.  Yes, Robert James Rizzuto.           10:07:18
16        Q.  Now as I indicated on the record, my
17    name is Greg Filosa.  I am an attorney with
18    Thompson Wigdor & Gilly and we represent the
19    plaintiff in this matter.  We have asked you to
20    come down today to answer a few questions about  10:07:29
21    information that you may have about this case.
22            Have you ever testified at a
23    deposition before?
24        A.  No.
25        Q.  So I am going to go over a few ground  10:07:39
```

2  (Pages 2 to 5)

Page 14

1              R. Rizzuto
2      A.   Yes.
3      Q.   Do you recall what those documents
4  were?
5      A.   There were a few e-mails. Calendar,   10:14:26
6  some calendar events that were on my calendar.
7      Q.   Were they documents that you had seen
8  before?
9      A.   I had not seen them before that.
10      Q.   Did they refresh your recollection as   10:14:43
11  to events that had happened in the past?
12      A.   In some ways, yes.
13      Q.   So these documents they consisted of
14  e-mails and calendar entries?
15      A.   Yes.              10:14:55
16      Q.   Were there any other types of
17  documents that you reviewed?
18      A.   We spoke of postings for jobs on
19  Monster I think it was. I am not sure exactly
20  where they were posted from. That was one of the   10:15:14
21  other things we put there.
22      Q.   Now at any point did you search your
23  records for documents related to this case?
24      A.   I did in the past, not a lot. I did
25  in the past, but recently no.         10:15:33

Page 15

1              R. Rizzuto
2      Q.   In the past, what did you do to search
3  for documents?
4      A.   Just go into my inbox or sent e-mails
5  and I had files with different people's names on   10:15:43
6  my Outlook and just looked in there.
7      Q.   Did you find any documents in that --
8  well, strike that.
9          Did you have a file -- strike that.
10          The files you are talking about, are   10:16:01
11  they in your Outlook or are they on your hard
12  drive or your desktop?
13      A.   I didn't find much. So I would
14  imagine -- I had one file. So that would have
15  been on I guess my hard drive. I don't understand   10:16:16
16  the computer that much, but there wasn't much
17  there.
18      Q.   So was there a file in Outlook, a file
19  of e-mails; correct?
20      A.   Yes.              10:16:28
21      Q.   And separate from a file and e-mails
22  did you have a separate file on your desktop or
23  your My Documents that pertained to Mr. Baffo?
24      A.   There is one that I can recall of. A
25  memo to Len Aubrey that would be in my documents.   10:16:42

Page 16

1              R. Rizzuto
2  That was pretty much it.
3      Q.   Did you search through your electronic
4  files for any documents that you believe related
5  to this case?           10:16:57
6      A.   Yes.
7      Q.   And where -- what electronic files did
8  you search?
9      A.   Just I would always file them -- if it
10  was a memo or a meeting I would go to that part   10:17:05
11  and say memo. I would always start like -- you
12  know that's how I knew where to find things or
13  meeting.
14      Q.   And what did you do to search your
15  electronic files for documents that you thought   10:17:15
16  might be related to this?
17      A.   Just went into My Documents and looked
18  at memos and went down a list to see who the memo
19  was to.
20      Q.   Did you use any search terms like   10:17:25
21  searching for Mr. Baffo's name?
22      A.   I am sure I did.
23      Q.   Do you know what search terms you
24  used?
25      A.   No, I don't recall.         10:17:35

Page 17

1              R. Rizzuto
2      Q.   Did anyone ask you to use any search
3  terms or search these files?
4      A.   No, no. Nobody asked me to do that at
5  all anyway.            10:17:45
6      Q.   So what did you do when you found
7  these, any electronic files that you thought might
8  be relevant to this case?
9      A.   I was looking for one specific one
10  that I believe that I wrote to Len Aubrey back in   10:17:56
11  August about this and about wanting to terminate
12  or revamp the operation concerning Anthony and I
13  couldn't find it and to this day I felt like it
14  was there and I knew I wrote it, but couldn't find
15  it. That's really what I was looking for. There   10:18:18
16  was nothing else there of any substance.
17      Q.   So you believe you wrote a memo to Len
18  Aubrey in August --
19      A.   Yes.
20      Q.   -- of 2009 that referenced the       10:18:27
21  elimination of Mr. Baffo's --
22      A.   Yes.
23      Q.   -- position? If you could just wait
24  until I --
25      A.   I'm sorry.         10:18:32

5  (Pages 14 to 17)

VERITEXT REPORTING COMPANY

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 18

R. Rizzuto
1
2    Q.   -- for the court reporter's sake wait
3    until I finish the question.
4         You believe you wrote a memo in August
5    of 2009 to Mr. Aubrey that referenced the          10:18:43
6    elimination of Mr. Baffo's position?
7    A.   Yes.
8    Q.   But you were unable to find that
9    document?
10   A.   No.                                            10:18:50
11   Q.   Where did you search for that
12   document?
13   A.   In My Documents.
14   Q.   Would it have been maintained anywhere
15   else other than in your My Documents folder?        10:18:58
16   A.   No.
17   Q.   But ultimately at the end of the day
18   you weren't able to find it?
19   A.   Yeah.  There was one specific file I
20   was looking for too because I wanted to write       10:19:06
21   Anthony up for lateness also back then and Len for
22   some reason, to this day I don't know why, told me
23   not to do it and I was looking for that document
24   too and couldn't find that as well.
25   Q.   What document are you referring to?            10:19:20

Page 19

R. Rizzuto
1
2    A.   It's a -- Anthony had a habitual
3    lateness problem and wanted to write him up.  I
4    actually created the document and when I brought
5    it to Len he said no, hold off on that.             10:19:31
6    Q.   Do you recall when that was that you
7    wrote the document?
8    A.   It was either 2008 or 2009.  It was
9    earlier.
10   Q.   And why were you looking for that              10:19:42
11   document?
12   A.   Just because part of this was you know
13   performance.
14   Q.   And you thought that demonstrated --
15   strike that.                                        10:19:56
16        What did you think that that
17   demonstrated?
18   A.   Habitual problem of lateness.
19   Q.   And that was dating back to 2008,
20   2009?                                               10:20:08
21   A.   I believe so.
22   Q.   Were there any other performance
23   related documents that you remembered that during
24   that time period that you were looking for?
25   A.   No.                                            10:20:16

Page 20

R. Rizzuto
1
2    Q.   So it was one memo from either 2008 or
3    2009 about lateness?
4    A.   Yes.
5    Q.   Did you search -- strike that.                 10:20:25
6         Did you ask Mr. Aubrey whether or not
7    he had a copy of the memo that you thought that
8    you wrote to him in August of 2009 about the
9    elimination of Mr. Baffo's position?
10   A.   Yes.                                           10:20:36
11   Q.   And what did you do?  Did he have it?
12   A.   No.
13   Q.   Did he recall that memo?
14   A.   No.
15   Q.   So do you have any understanding of            10:20:47
16   whether or not you actually wrote that memo in
17   August of 2009?
18   A.   I really believe that I did.
19   Q.   But you have no documents which would
20   show that?                                          10:20:56
21   A.   No.
22   Q.   And you would have expected you had
23   written a memo in August of 2009 it would have
24   been saved to your computer; right?
25   A.   Sure.                                          10:21:03

Page 21

R. Rizzuto
1
2    Q.   Did you search any of your -- strike
3    that.
4         Did you maintain any hard copy files
5    in your office about any of your, any employees of  10:21:10
6    the de Seversky Center?
7    A.   Nothing consistently, but some.
8    Q.   Did you search these hard copy files
9    for anything related to Mr. Baffo or this lawsuit?
10   A.   No.                                            10:21:22
11   Q.   Did anyone ask you to search those
12   files?
13   A.   No.
14   Q.   So to this day you haven't searched
15   any of the hard copy files?                         10:21:29
16   A.   No.
17   Q.   Where are they maintained?
18   A.   They were maintained in a terrible
19   filing system that I had which is better today,
20   but in the file cabinet.                            10:21:38
21   Q.   Where is that file cabinet?
22   A.   In my desk draw.
23   Q.   Does anyone else have access to this
24   file cabinet?
25   A.   No.                                            10:21:47

6  (Pages 18 to 21)

Page 54

R. Rizzuto

1
2  were no longer in that position?
3      A.   I was in charge of overseeing the
4  entire culinary operation, purchasing.
5      Q.   And when you say the entire culinary   10:56:25
6  operation, you are referring to the de Seversky
7  Center?
8      A.   Yes.
9      Q.   And purchasing, is that just for the
10 de Seversky Center?                             10:56:35
11     A.   Yes.
12     Q.   Anything else that falls under the
13 executive chef job duties?
14     A.   Scheduling the culinary staff,
15 sanitation.                                     10:56:45
16     Q.   What do you mean by sanitation?
17     A.   Ensuring that the food is handled
18 properly, received properly, kitchens are cleaned.
19     Q.   And do you know what your salary was
20 when you came back to the de Seversky Center in   10:57:04
21 1993?
22     A.   I believe it was around 80,000.
23     Q.   And do you recall whom you reported to
24 when you came back to NYIT in 1993?
25     A.   I believe it was Michael Thorn I       10:57:29

Page 55

R. Rizzuto

1
2  think.
3      Q.   Did you know what his job title was?
4      A.   General manager.
5      Q.   Of the de Seversky Center?            10:57:42
6      A.   Yes.
7      Q.   So you reported to him?
8      A.   Yes.
9      Q.   And what -- as the general manager
10 what type of supervision did he exercise over you   10:57:52
11 as executive chef?
12     A.   I reported to him.
13     Q.   Were there certain things that you
14 needed his approval on?
15     A.   Yes.                                   10:58:02
16     Q.   Like what?
17     A.   Menus, purchasing.
18     Q.   Now what do you mean when you say you
19 needed his approval for menus or purchasing?
20     A.   If we had a wine dinner or he was      10:58:23
21 doing any kind of special events he would want to
22 see the menu. He knew a lot about wines so he
23 would pair up wines with it. Purchasing. He
24 really wanted to see any larger purchases because
25 we had a budget that we were accountable to.     10:58:37

Page 56

R. Rizzuto

1
2      Q.   But did you have -- was he
3  responsible -- did he approve all expenses?
4      A.   No.
5      Q.   Only larger expenses?                  10:58:45
6      A.   Yes.
7      Q.   And do you know what his, Mr. Thorn's
8  responsibilities were as general manager at the
9  time that you reported to him when you were
10 executive chef?                                 10:59:09
11     A.   I guess as an overview he was
12 responsible for everything that had to deal with
13 the de Seversky Center.
14     Q.   Did he have any involvement in the
15 day-to-day operations?                          10:59:21
16     A.   Yes.
17     Q.   In the day-to-day operations of the
18 dining room?
19     A.   Yes.
20     Q.   And what was his involvement in the    10:59:27
21 day to day operations at the time that you were
22 executive chef?
23     A.   Budgeting, dining room operation. He
24 was -- he had a lot of knowledge with regards to
25 the dining room. He scheduled the dining room   10:59:46

Page 57

R. Rizzuto

1
2  staff at the time.
3      Q.   What about running events, would he be
4  present for events?
5      A.   Most, but not all.                     10:59:54
6      Q.   And if he was present was he in charge
7  of running the event?
8      A.   You know I don't remember whether
9  there was a maitre d' at the time. There might
10 have been. The maitre d' would have been in     11:00:09
11 charge of the event, but he would be in charge of
12 -- his responsibility is to make sure that
13 everything, whether it be the food, the service
14 was -- that was under his responsibilities to
15 account to.                                     11:00:20
16     Q.   If there wasn't a maitre d' at the
17 time, would he have been responsible for filling
18 in that role?
19     A.   Yes.
20     Q.   What -- strike that.                   11:00:29
21          Following your position as executive
22 chef, what was the next position that you held at
23 NYIT?
24     A.   General manager.
25     Q.   And did you hold dual role in that     11:00:46

15  (Pages 54 to 57)

VERITEXT REPORTING COMPANY

Page 58

R. Rizzuto

1
2 position or were you just solely acting as general
3 manager?
4    A.   I held a dual role for a period of
5 time while I tried to replace myself as executive   11:00:59
6 chef.
7    Q.   And were you able to replace yourself
8 as executive chef?
9    A.   Yes.
10    Q.   And at that point you took on just the   11:01:08
11 general manager duties?
12    A.   Yes.
13    Q.   You performed just the general
14 manager -- you weren't performing as the executive
15 chef anymore?                                  11:01:20
16    A.   No.
17    Q.   So going forward you were just the GM,
18 the general manager?
19    A.   Yes.
20    Q.   And what were your job duties as      11:01:28
21 general manager?
22    A.   Budget, payroll, ensuring that the
23 grounds were kept up, the inside maintenance of
24 the building was kept up.  My responsibility was
25 to the whole operation even though we had an   11:01:50

Page 59

R. Rizzuto

1
2 executive chef he still reported to me.  I was
3 responsible for the culinary as well.
4    Q.   What was your responsibility with
5 respect to budget as the GM?                   11:02:07
6    A.   We would have to create a budget and
7 be accountable to that budget by the end of the
8 fiscal year.
9    Q.   And during the time period when you
10 first started as general manager, whom did you   11:02:27
11 report to?
12    A.   First it was the president of the
13 college Dr. Edward Guiliano.
14    Q.   And then did that change at any point?
15    A.   Yes.                                  11:02:50
16    Q.   And who did you report to after Dr.
17 Guiliano?
18    A.   Len Aubrey.
19    Q.   And what was Len Aubrey's title?
20    A.   CFO.                                  11:02:58
21    Q.   During the time that you since --
22 during the time that you were general manager did
23 you report to anyone other than Dr. Guiliano or
24 Len Aubrey?
25    A.   No.                                   11:03:10

Page 60

R. Rizzuto

1
2    Q.   Now you had said one of your
3 responsibilities was payroll.
4         What were your responsibilities with
5 respect to payroll?                            11:03:19
6    A.   To ensure that the payroll would be
7 processed to the payroll department at week's end.
8    Q.   And what did that involve?  Did you
9 physically go through, put the spreadsheets
10 together in payroll or did someone put that   11:03:40
11 together for you and you just reviewed it?
12    A.   I don't recall at that time.
13    Q.   Did it vary during the time that you
14 were a general manager?
15    A.   Vary as far as what?                  11:03:51
16    Q.   Did it change in any way?  In some
17 cases you were putting the spreadsheets together
18 and in other cases you had someone prepare it for
19 you?
20    A.   I don't recall that I did have anybody   11:04:02
21 prepare.  What I'm saying is I don't recall what
22 my process was in the beginning.
23    Q.   Do you recall what it was during the
24 end of your tenure as general manager?
25    A.   Yes.  I created this system of payroll   11:04:12

Page 61

R. Rizzuto

1
2 projecting, taking the revenue that was projected
3 for, say next week Monday through Sunday, taking
4 the salaries and then there is a formula that you
5 put together that you would have to come out with   11:04:24
6 a certain number to control the payroll.
7    Q.   And how did you create that?
8    A.   What do you mean by how?
9    Q.   You said you created a system of
10 payroll projection.                            11:04:38
11    A.   Right.
12    Q.   Other than what you just -- is there
13 anything other than what you just discussed as to
14 what went into that?
15    A.   Not really.                           11:04:43
16    Q.   So you would look at the revenue that
17 was going to be coming in for the next week?
18    A.   Yes.
19    Q.   And what affect did that have on the
20 payroll?                                       11:04:53
21    A.   Well, we take the salaries from
22 everybody in the building and we would look at
23 their hours and we multiply the hours by their
24 salaries and when it came out into the spreadsheet
25 we would take the total number with benefits,   11:05:05

16  (Pages 58 to 61)

VERITEXT REPORTING COMPANY

212-267-6868                          516-608-2400

Page 62

R. Rizzuto

1
2 because we get charged for our benefits as well,
3 and we work it in against that revenue number. If
4 the revenue number was too high -- I am sorry. If
5 the payroll number, the projection was too high,    11:05:18
6 the percentage for payroll, then we would start
7 looking at where we would might cut back if we
8 could.
9    Q.    And this is just on a weekly basis;
10 right?                                11:05:30
11    A.    Yes.
12    Q.    So how could you cut back?  If we are
13 talking week to week, how would you cut back?
14    A.    Well, we would be able to cut back on
15 part time staff not full time because full time    11:05:38
16 have a set number that they are being paid.
17    Q.    So if the payroll is exceeding the
18 revenue you try to cut back on the part-time
19 staff?
20    A.    Yes.                          11:05:51
21    Q.    Now you had also mentioned maintenance
22 of the de Seversky Center and responsibility over
23 the grounds as GM.
24       What did that involve?
25    A.    The system of putting in requests to    11:06:09

Page 63

R. Rizzuto

1
2 our facilities department through a system that
3 they receive and if we needed weeds pulled or we
4 needed the grass -- if they weren't maintaining
5 the grass on a weekly basis we would send a    11:06:22
6 facilitator's request in and say could you please
7 get the grass cut we have an event coming up.
8 Inside a house if something went wrong with the
9 plumbing, we would put a request in to the plumber
10 to come and look at it.  Things like that.    11:06:33
11    Q.    Now with respect to culinary, what was
12 your responsibilities in that regard?
13    A.    Since I had knowledge of culinary and
14 that's where I started the -- I would have some
15 say on what the menus would be or also the    11:06:52
16 sanitation.  Same thing.
17    Q.    But was it less hands on than when you
18 were executive chef?
19    A.    Yes.
20    Q.    Now as GM did you have any    11:07:05
21 responsibility for dining room operations?
22    A.    Well, I was responsible for the dining
23 room operations, but I would have somebody that
24 was in charge of the dining room.
25    Q.    And who would that be?    11:07:17

Page 64

R. Rizzuto

1
2    A.    I would delegate it.
3    Q.    A job title not a specific name.
4    A.    Maitre d' at that time I think it was
5 if I recall.                          11:07:25
6    Q.    What were the maitre d's
7 responsibilities?
8    A.    The maitre d's responsibilities had to
9 do with everything that concerned the dining room
10 whether it be setups, its scheduling I believe at    11:07:38
11 the time of the staff and typical daily every day
12 dining room thing.
13    Q.    And was the maitre d' the person in
14 charge of the dining room, was there anyone else
15 considered supervisor or management within the    11:08:00
16 dining room operations?
17    A.    At that time I don't recall exactly,
18 but I believe it was just the maitre d'.
19    Q.    And during the time that you were a GM
20 did you always have -- was the maitre d' position    11:08:14
21 always filled?
22    A.    I don't recall.
23    Q.    And who would cover the maitre d'
24 responsibilities as the maitre d' if there was no
25 maitre d'?                          11:08:24

Page 65

R. Rizzuto

1
2    A.    Then we must have had a maitre d'
3 because it was never me.
4    Q.    But if there hadn't been a maitre d',
5 it would have fallen on you as the GM?    11:08:39
6    A.    Yes.
7    Q.    But you don't recall there ever being
8 circumstances where there was no maitre d'?
9    A.    I don't recall that there wasn't,
10 yeah.                                11:08:51
11    Q.    Because you never performed the maitre
12 d' function during the time you were a GM?
13    A.    Correct.
14    Q.    Now what's your -- strike that.
15       I believe you said your current    11:09:07
16 position is Director of Dining Services?
17    A.    Yes.
18    Q.    And when did you take on that
19 position?
20    A.    Approximately, 2004.    11:09:19
21    Q.    So do you know how long you filled the
22 GM position?
23    A.    I don't recall the exact amount of
24 time.
25    Q.    But it would have been up until 2004?    11:09:41

17 (Pages 62 to 65)

Page 66

R. Rizzuto

1
2    A.   Yes, and then some.
3    Q.   What do you mean and then some?
4    A.   We -- at that point the Director of
5  Dining Services we were starting to -- we took      11:09:59
6  over the food service area of the college and
7  that's hence where my title Director of Dining
8  Services came in and at the time I was trying to
9  interview for a general manager to take my place
10 as doing that at the de Seversky Center.            11:10:12
11   Q.   And at some point was one hired?
12   A.   Yes.
13   Q.   And who was hired to be the GM?
14   A.   Anthony.
15   Q.   Was there any GM between you filling      11:10:23
16 that position and Mr. Baffo filling that position?
17   A.   No.
18   Q.   Do you recall when Mr. Baffo was
19 hired?
20   A.   The exact date, year, no.          11:10:33
21   Q.   Do you recall the year?
22   A.   No.
23   Q.   Do you know if it was 2006?
24   A.   To be honest, I don't remember exactly
25 when.                                     11:10:45

Page 67

R. Rizzuto

1
2    Q.   Would you disagree with me if I told
3  you it was 2006?
4    A.   If you had paperwork that stated that
5  I would agree with you.                   11:10:52
6    Q.   And does that refresh your
7  recollection as to when you -- whether or not you
8  took on the Director of Dining Room Services
9  position in 2004?
10   A.   I would love to say I know the exact   11:11:09
11 year, but to be honest with you I can't.
12   Q.   During the time period between you
13 getting the promotion to -- and it was a
14 promotion; correct?
15   A.   Yes.                          11:11:23
16   Q.   During the time period between when
17 you got the promotion to Director of Dining
18 Services and Mr. Baffo was hired as general
19 manager, who performed the general manager
20 function?                              11:11:32
21   A.   I did.
22   Q.   And do you have any recollection as to
23 how long you performed the, both the Director of
24 Dining Services and the general manager position?
25   A.   Not exactly, no.               11:11:42

Page 68

R. Rizzuto

1
2    Q.   Was it weeks, months, years?
3    A.   I can't give you an honest -- even an
4  approximation.
5    Q.   Now how did it come about that you     11:12:01
6  were promoted to the Director of Dining Services
7  position?
8    A.   I -- Len Aubrey started around the --
9  that time, I don't remember the year, and at that
10 time I thought to myself on many occasions I did   11:12:17
11 we should be running the food service as well for
12 a few reasons.  We had the capabilities on campus
13 to do it and also the company that was in there
14 was not doing a good job.  So I went to Mr. Aubrey
15 on a few -- I don't remember if it was initial    11:12:37
16 meetings when he first started and said, what do
17 you think about us taking over the food service
18 and he said to me well, he said I was going to
19 talk to you about that because when I came in for
20 my interview I came in with my wife and we ate at  11:12:49
21 one of the areas and my wife said you really have
22 to do something about this food it is terrible.
23       He told me to put a business plan
24 together which I did.
25   Q.   And then from that that evolved into   11:13:01

Page 69

R. Rizzuto

1
2  you taking on the Director of Dining Room Services
3  role?
4    A.   Yes.
5    Q.   When you started, what was your salary  11:13:08
6  as Director of Dining Room Services?
7    A.   I don't remember my exact salary.  I
8  think it was in the 105, to 110,000 range.
9    Q.   Do you know what it is currently?
10   A.   Yes.                          11:13:29
11   Q.   What is it?
12   A.   129,000.
13   Q.   And do you recall what your salary was
14 as GM, as general manager of the de Seversky
15 Center?                                11:13:44
16   A.   I think approximately 80, 85,000.
17   Q.   And as Director of Dining Services,
18 whom do you report to?
19   A.   Len Aubrey.
20   Q.   And what do your job responsibilities  11:14:07
21 as Director of Dining Services include?
22   A.   All -- at that point there was only
23 one operation that we were operating.  It was a
24 medical school.  It didn't -- my umbrella didn't
25 come under the other areas until later on.         11:14:27

18  (Pages 66 to 69)

Page 90

```
 1              R. Rizzuto
 2      Q.   Now going back we talked about the
 3   time period when you were taking on the general
 4   manager position.
 5         Did you ever ask Mr. Baffo for advice   11:45:34
 6   about serving in that, in a general manager
 7   position --
 8      A.   Yes.
 9      Q.   -- at a food service establishment?
10      A.   Yes.                         11:45:42
11      Q.   And what did you discuss with him?
12      A.   We discussed financials.  Went to Papa
13   Razzi one day and asked him to show me how he
14   handled food cost and payroll projections and
15   things like that.                    11:46:00
16      Q.   And did you find his advice helpful?
17      A.   Yes.
18      Q.   And did you take that advice when you
19   took on the general manager functions at de
20   Seversky Center?                     11:46:08
21      A.   Yes.
22      Q.   And after you took the role of general
23   manager at de Seversky Center did you have any
24   other discussions with Mr. Baffo about him taking
25   on a role at the de Seversky Center?   11:46:23
```

Page 91

```
 1              R. Rizzuto
 2      A.   Maybe.
 3      Q.   Did you ever discuss him coming and
 4   working for you at the de Seversky Center?
 5      A.   I think what I did was let him know  11:46:43
 6   that the position was becoming available.
 7      Q.   But other than that did you ever
 8   discuss with him you being the supervisor at the
 9   de Seversky Center?
10      A.   Yes.                         11:46:55
11      Q.   And what did you discuss with him
12   about him potentially working at the de Seversky
13   Center?
14      A.   I discussed with him -- we sat in the
15   dining room.  I remember that very clearly and I  11:47:08
16   said to him, if you are going to be successful
17   here as general manager you are going to have to
18   grow some balls.
19      Q.   And this was in the dining room at
20   Papa Razzi or the de Seversky Center?  11:47:23
21      A.   De Seversky.
22      Q.   So this was after you had told him
23   about the position was open?
24      A.   Yes.
25      Q.   And why did you tell him that he  11:47:29
```

Page 92

```
 1              R. Rizzuto
 2   needed to grow some balls?
 3      A.   Because he is too soft.
 4      Q.   And what about that management ability
 5   -- strike that.                      11:47:47
 6         How does that relate to the general
 7   manager position?
 8      A.   There has to be clear direction for
 9   the staff.  Staff can't just be thrown into a
10   situation.  There has to be a clear expectations,  11:48:03
11   goals and then if the goals are being met
12   wonderful, if they are not there has to be some
13   action whether the action be that we help them to
14   reach the goals and if they can't at some point
15   you have to take some kind of action.  11:48:23
16      Q.   Now before Mr. Baffo became employed
17   at the de Seversky Center -- well, strike that.
18         There came a time when the general
19   manager position was then open at the de Seversky
20   Center?                              11:48:48
21      A.   Yes.
22      Q.   And that is because you got the
23   promotion to the Director of Dining Services?
24      A.   Yes.
25      Q.   And at that point you discussed with  11:48:54
```

Page 93

```
 1              R. Rizzuto
 2   Mr. Baffo and told him that the position was open?
 3      A.   Yes.
 4      Q.   Was this position advertised or posted
 5   anywhere?                            11:49:05
 6      A.   I believe it was.
 7      Q.   And do you know whether or not Mr.
 8   Baffo submitted an application for it?
 9      A.   Yes.
10      Q.   And do you know whether or not anyone  11:49:15
11   else submitted an application?
12      A.   I don't recall.
13      Q.   Do you recall any of the interviews
14   for the position?
15      A.   I don't.                      11:49:24
16      Q.   But you recall Mr. Baffo's interview?
17      A.   Yes.
18      Q.   And was that the same meeting with him
19   that you discussed in the dining room at the de
20   Seversky Center?                     11:49:36
21      A.   I believe it was.
22      Q.   Do you recall any other interviews
23   that Mr. Baffo had in connection with the
24   application for the general manager position?
25      A.   With me?                     11:49:46
```

24  (Pages 90 to 93)

VERITEXT REPORTING COMPANY

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 110

R. Rizzuto

1
2  multi-page document Bates stamped D 07277 to D
3  07306. We are going to go through it so I just
4  want you to review it generally. You see it is
5  titled Affidavit of Robert J. Rizzuto?        12:10:48
6      A.  Yes.
7      Q.  Do you recall having seen this
8  document before?
9      A.  Yes.
10     Q.  And did you prepare this document?     12:10:55
11     A.  Indirectly.
12     Q.  What do you mean when you say
13  indirectly?
14     A.  I believe I sat with Stephen Kloepfer
15  and we went through it.        12:11:08
16     Q.  And is this -- do you know if this
17  affidavit was submitted to the New York State
18  Division of Human Rights?
19     A.  I did not know that.
20     Q.  But is that what it says at the top   12:11:21
21  left?
22     A.  At time I didn't know it.
23     Q.  And your signature is found on page 5
24  of this document?
25     A.  Yes.                   12:11:31

Page 111

R. Rizzuto

1
2      Q.  And did you review this document
3  before you signed it?
4      A.  Yes.
5      Q.  And was everything included in this   12:11:38
6  document true and correct?
7      A.  Yes.
8      Q.  As true and correct as your testimony
9  is today?
10     A.  Yes.                   12:11:47
11     Q.  Because you understood at the time you
12  signed it that this was testimony under oath?
13     A.  Yes.
14     Q.  And you were careful to review it and
15  make sure everything was accurate?        12:11:58
16     A.  Yes.
17     Q.  Now turning to paragraph 3 you see it
18  says: "Anthony Baffo joined NYIT on September 25,
19  2006 with the title general manager de Seversky
20  Center."                   12:12:11
21         Do you see that?
22     A.  Yes.
23     Q.  Does that refresh your recollection as
24  to when Mr. Baffo's employment with NYIT started?
25     A.  Yes.                   12:12:21

Page 112

R. Rizzuto

1
2      Q.  It started on or about September 25,
3  2006?
4      A.  Yes.
5      Q.  And when Mr. Baffo first joined the de 12:12:27
6  Seversky Center, what was your opinion of his work
7  performance?
8      A.  It was okay.
9      Q.  What do you mean when you say it was
10  okay?                   12:13:14
11     A.  I am trying to think how to explain
12  it. It was...
13     Q.  Would you have considered it
14  satisfactory?
15     A.  Yes.                   12:13:37
16     Q.  And during what period of time did you
17  consider his work performance to be satisfactory?
18     A.  Exact time frames I don't recall, but
19  when he first started maybe in his first year.
20     Q.  And then at some point in your opinion 12:13:55
21  his work performance changed?
22     A.  Yes.
23     Q.  And why was that?
24     A.  We tried to initiate -- we initiated a
25  program of developing our staff and I had gone   12:14:08

Page 113

R. Rizzuto

1
2  away to a conference and I was enlightened by this
3  conference. It was a leadership conference and I
4  came back and says I want to start developing a
5  staff and write expectations for them, give them  12:14:27
6  clear direction and try to help them and I guess
7  it began with that process, that there was a --
8  challenges in being able to do that with the staff
9  to begin with.
10     Q.  And what do you mean there were   12:14:49
11  challenges?
12     A.  It really went back to the whole
13  accountability issue of giving clear direction and
14  holding staff accountable to what their positions
15  entailed.                   12:15:04
16     Q.  Now I wanted to direct your attention
17  to paragraph 7 of your affidavit.
18     A.  Yes.
19     Q.  Where it says: "For the past two
20  years Anthony Baffo's performance as de Seversky  12:15:26
21  general manager was unsatisfactory. In fiscal
22  2008 I gave Anthony control over the de Seversky
23  Center budget and the center severed a $600,000
24  loss in that year. In fiscal 2009 I took back
25  budget control from Anthony and managed the   12:15:44

29  (Pages 110 to 113)

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 114

```
 1              R. Rizzuto
 2  operation to a $650,000 profit."
 3        Do you see that?
 4     A.  Yes.
 5     Q.  I just wanted to direct your attention  12:15:51
 6  first to fiscal 2008 and at the start of fiscal
 7  2008 did Mr. -- you indicate you gave Mr. Baffo
 8  control over the budget?
 9     A.  Yes.
10     Q.  And what did that entail?        12:16:04
11     A.  I wasn't as much as micromanaging the
12  building with having to approve requisitioning and
13  purchases and payroll and things like that.  I
14  thought it would be time to give that, that's what
15  his position entailed.  He was supposed to be    12:16:23
16  doing that and reporting to me that the numbers
17  were always good and I kind of gave some of my
18  responsibilities off to him.
19     Q.  And so what control did Mr. Baffo have
20  over the budget then?            12:16:43
21     A.  Well, he would have -- he would
22  purchase -- if he wanted to purchase things no
23  problem.  I just didn't micromanage it as much.
24  Didn't have to be everything approved by me.
25     Q.  And as general manager would he    12:17:00
```

Page 115

```
 1              R. Rizzuto
 2  ultimately be required to approve any expenses?
 3     A.  Yes.
 4     Q.  And certain expenses would also
 5  require your approval?            12:17:12
 6     A.  Yes.
 7     Q.  But he would have discretion to work
 8  within a certain level, he had discretion to
 9  approve expenses; correct?
10     A.  Yes.            12:17:21
11     Q.  What about the executive chef, did the
12  executive chef have any control over purchasing at
13  that time?
14     A.  Yes.
15     Q.  And what type of control did the    12:17:26
16  executive chef have over purchasing?
17     A.  The executive chef would have to
18  purchase per menu, culinary menu needs.  That was
19  most of what happened in the kitchen.  That's
20  where most of the purchasing went on is for food.  12:17:46
21     Q.  And that's similar when you were in
22  the -- you talked a little bit earlier about when
23  you were in the executive chef role and that you
24  had discretion to purchase certain things within
25  reason, that you didn't necessarily need approval  12:17:58
```

Page 116

```
 1              R. Rizzuto
 2  for all the expenditures?
 3     A.  Yes.
 4     Q.  So it was consistent from that time
 5  period you discussed earlier it was the same as    12:18:05
 6  what we are talking about now; is that fair to
 7  say?
 8     A.  Yes.
 9     Q.  Now you indicate that for fiscal 2008
10  the de Seversky Center suffered a $600,000 loss.   12:18:17
11        Now did you attribute that loss to Mr.
12  Baffo's control of the budget?
13     A.  Yes.
14     Q.  And why is that?
15     A.  Because he as general manager you are  12:18:29
16  expected to watch as you go along during the year
17  and watch your finances at the end of each month,
18  react to any problems that you may have seen or
19  maybe over expenditures and as I said, I wasn't
20  micromanaging at the time.            12:18:54
21     Q.  And -- strike that.
22        Did you have any understanding as to
23  what role the economy may have played in the de
24  Seversky Center suffering a loss for fiscal 2008.
25     A.  It is our jobs to foresee things and   12:19:17
```

Page 117

```
 1              R. Rizzuto
 2  react to them.
 3     Q.  So regardless of what was going on in
 4  the economy you expected that there wouldn't be a
 5  loss at the de Seversky Center; correct?    12:19:27
 6     A.  Yes.
 7     Q.  And similarly for fiscal 2009 you
 8  indicate you took back budget control from Anthony
 9  and managed the operation to a $650,000 profit?
10     A.  Yes.            12:19:40
11     Q.  And do you attribute that profit to
12  your management?
13     A.  I would.
14     Q.  And why is that?
15     A.  My gift, if you call it, is to be able  12:19:52
16  to go into operations and turn them around.  I
17  have done that all my career.  In every one of the
18  jobs that I've held I've turned operations around
19  financially.  It doesn't always mean top line.  It
20  doesn't always mean that the top line is growing,  12:20:08
21  but the bottom has always grown, the revenue.
22     Q.  What do you mean, could you clarify
23  what you mean by doesn't always mean that the top
24  line has grown?
25     A.  The economy may have a lot to do with  12:20:20
```

30  (Pages 114 to 117)

Page 122

```
1              R. Rizzuto
2      A.   I believe documents Neil may have
3  showed me may have said that it increased.
4      Q.   So the revenue increased during the
5  year that Mr. Baffo had control over the budget?   12:25:18
6      A.   Yes.  If that's what the documentation
7  says.
8      Q.   What about from fiscal 2008 to 2009,
9  do you have any understanding as to whether or not
10 there was any change in revenue?        12:25:35
11     A.   I believe we always had some growth.
12         MR. FILOSA:  Mark this as Exhibit 3.
13         (Rizzuto Exhibit 3, P&L for fiscal
14     2006 through 2010, marked for identification,
15     as of this date.)           12:26:26
16     Q.   You have been shown a document that's
17 been marked as Rizzuto Exhibit 3.
18         Do you recognize this document?
19     A.   This is a document I believe Neil
20 showed me.                12:26:35
21     Q.   So this is a document you reviewed
22 with your attorney prior to today's deposition?
23         MR. SPARBER:  I can't answer.
24     A.   I know, but I am trying to remember
25 when I saw it.  I don't recall exactly when I saw  12:26:49
```

Page 123

```
1              R. Rizzuto
2  it.
3      Q.   What do you believe this to be?
4      A.   This is a P&L, a basic P -- just the
5  bottom line numbers.  P&L for fiscal 2006 through  12:27:05
6  2010.
7      Q.   And when you say P&L you are referring
8  to a profit and loss statement?
9      A.   Yes.
10     Q.   And do you believe that these numbers  12:27:15
11 are accurate?
12     A.   I would believe that they are.
13     Q.   And do you know whether or not the de
14 Seversky Center maintains records like these?
15     A.   Yes.             12:27:27
16     Q.   Reflecting profit and loss for the
17 particular years?
18     A.   Yes.
19     Q.   And this document was actually
20 produced by your attorney as well, do you know   12:27:35
21 that?
22     A.   That might have been where I saw with
23 Steven.
24     Q.   I can tell you it was produced to us
25 by your attorney.  Just so you know where it came  12:27:44
```

Page 124

```
1              R. Rizzuto
2  from, it is not anything that I created.  It was
3  provided by your attorney.
4      A.   Sure.
5      Q.   Now looking at the column for 2008; do  12:27:53
6  you see that?
7      A.   Yes.
8      Q.   And is this -- this is a profit and
9  loss statement.
10         So it would show whether or not the de  12:28:00
11 Seversky Center suffered a profit or loss for a
12 particular year; correct?
13     A.   Yes.
14     Q.   And referring to fiscal year 2008 it
15 shows a profit of 150,000; correct?      12:28:08
16     A.   Yes.
17     Q.   So going back to your affidavit you
18 had indicated that the de Seversky Center suffered
19 a $600,000 loss for 2008?
20     A.   Yes.              12:28:20
21     Q.   So I am just wondering how to
22 reconcile these two numbers?
23     A.   I don't know.
24     Q.   So do you know what you were referring
25 to when you said that the de Seversky Center    12:28:27
```

Page 125

```
1              R. Rizzuto
2  suffered a $600,000 loss?
3      A.   It was definitely a documentation that
4  was produced in accounting that I had.
5      Q.   But you don't know what document that  12:28:35
6  was?
7      A.   Off the top of my head, no.
8      Q.   And it certainly wasn't this document;
9  correct?
10     A.   No.              12:28:42
11     Q.   Because this document shows there was
12 a $150,000 profit for that year; correct?
13     A.   Yes.
14     Q.   What other documents are you aware of
15 that would show what the profit or loss was for a  12:28:50
16 particular year?
17     A.   We receive -- there is two reports
18 that are driven.  I always have gone to accounting
19 to get a report at the end of the month and they
20 would produce this report and then budget produced  12:29:08
21 a different report.  I always would go by the one
22 that accounting gave me and that was my
23 understanding of the one that accounting gave me
24 was a loss of 600,000 for that particular year.
25     Q.   And do you currently still have those  12:29:25
```

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 126

```
 1           R. Rizzuto
 2  records?
 3      A.  No.
 4      Q.  Do you know who would?
 5      A.  No.  Probably could be produced by    12:29:31
 6  accounting, but I never kept hard copies of them.
 7      Q.  And I am just trying to get an
 8  understanding as to where the $600,000 number came
 9  from so we can assist your attorneys in finding it
10  so it could be produced to us.              12:29:46
11          Where would -- who would you -- strike
12  that.
13          The $600,000 number, where do you
14  believe you got it so that you could put it in
15  this affidavit?                             12:29:55
16      A.  From accounting.
17      Q.  And was this based on a yearly
18  document or a monthly document?
19      A.  That particular one would have been an
20  annual one.                                 12:30:07
21  RQ      MR. FILOSA:  We are going to call for
22      the production of whatever document it is
23      that Mr. Rizzuto was referring to in this
24      instance or any documents referring to
25      profits or losses for the de Seversky Center 12:30:21
```

Page 127

```
 1           R. Rizzuto
 2      for fiscal year 2008, but really 2006
 3      through 2010 and we will obviously follow up
 4      in writing on that.
 5      Q.  Going on you state in your affidavit   12:30:35
 6  that in fiscal 2009 you took back budget control
 7  and managed the operation to a $650,000 profit;
 8  right?
 9      A.  Yes.
10      Q.  And if you look at this chart for      12:30:45
11  fiscal year 2009 you will see it appears to be a
12  profit of about $625,000; correct?
13      A.  Yes.
14      Q.  So is that what you are referring to
15  in this part of your affidavit?             12:30:57
16      A.  Yes.
17      Q.  So in this paragraph of your affidavit
18  the number matches up for 2009, but it doesn't for
19  2008; correct?
20      A.  Yes.                                 12:31:08
21      Q.  Do you have any explanation for that?
22      A.  No.
23      Q.  I am just trying to get an
24  understanding how there can be a discrepancy.
25      A.  No.                                  12:31:16
```

Page 128

```
 1           R. Rizzuto
 2      Q.  Now looking at -- going back to what
 3  has been marked as Rizzuto Exhibit 3, if you look
 4  at fiscal year 2006; correct?
 5      A.  Yes.                                 12:31:28
 6      Q.  And that was the year that Mr. Baffo
 7  would have been hired just after the end of fiscal
 8  year 2006?
 9      A.  Yes.
10      Q.  Because he was hired in September of   12:31:36
11  2006, so that would have been within the first
12  month of fiscal year 2007?
13      A.  Yes.
14      Q.  You see that, and comparing '06 to '07
15  you see revenue from the de Seversky Center    12:31:49
16  increased that year; correct?
17      A.  Yes.
18      Q.  And what do you attribute that
19  increase to?
20      A.  Growth.  Typical annual growth.  The   12:31:57
21  grounds.  A lot of work got done on the grounds.
22  The mansion was in pretty much bad shape before
23  Anthony came and then we started to do a lot of
24  work on the mansion itself.  The grounds were a
25  big part of it.  We lost a lot of business and   12:32:12
```

Page 129

```
 1           R. Rizzuto
 2  people would come in and walk through and they
 3  would say you got to get the grounds fixed up.
 4          So we did a lot of improvements on the
 5  building which helped.                      12:32:22
 6      Q.  And you also see expenses also
 7  increased from '06 to '07; correct?
 8      A.  Yes.
 9      Q.  Such that profit actually during that
10  year decreased from 452,000 to only 108,000?   12:32:31
11      A.  Yes.
12      Q.  Do you see that?
13      A.  Yes.
14      Q.  Now starting fiscal year 2008, is that
15  the year that Mr. Baffo had control over the   12:32:41
16  budget?
17      A.  Yes.
18      Q.  And if you compare 2007 to 2008 you
19  see that revenue increased from year to year?
20      A.  Yes.                                 12:32:54
21      Q.  Do you see that?
22      A.  Mm-hmm.
23      Q.  And it was an increase of slightly
24  more than $300,000; would you agree with that?
25      A.  Yes.                                 12:33:03
```

33 (Pages 126 to 129)

VERITEXT REPORTING COMPANY

212-267-6868                              516-608-2400

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 130

```
 1            R. Rizzuto
 2      Q.   Similarly expenses increased as well;
 3  do you see that?
 4      A.   Yes.
 5      Q.   But if you look at the profit, you    12:33:08
 6  compare the profit which is the net direct
 7  contribution that's profit; right?  You got to
 8  answer.
 9           Is that a yes?
10      A.   Yes.                                   12:33:18
11      Q.   So the net direct contribution is
12  profit; correct?
13      A.   Yes.
14      Q.   And that's the contribution that's
15  paid to the university?                         12:33:24
16      A.   Yes.
17      Q.   And you see from '08 -- strike that.
18           From '07 to '08 the profit increased
19  by approximately $41,000; do you see that?
20      A.   Yes.                                   12:33:39
21      Q.   And that was again during the year
22  that Mr. Baffo had control over the budget;
23  correct?
24      A.   Yes.
25      Q.   And that was an increase from the      12:33:45
```

Page 131

```
 1            R. Rizzuto
 2  prior year you had had control over the budget;
 3  correct?
 4      A.   Yes.
 5      Q.   So in the year that you took over the  12:33:51
 6  budget Mr. Baffo generated more revenue than you
 7  had in the prior year; correct?
 8      A.   Yes.
 9      Q.   And he also increased the profit of
10  the de Seversky Center during that same year; is 12:34:02
11  that fair to say?
12      A.   Yes.
13      Q.   And is that a positive as far as
14  performance of the general manager position?
15  Would you consider that to be a good thing?      12:34:16
16      A.   Yes.
17      Q.   And similarly if we -- strike that.
18           But for fiscal year 2009 you felt the
19  need to take away the budget control from Mr.
20  Baffo?                                           12:34:39
21      A.   Yes.
22      Q.   And we see -- you can see what the
23  numbers are from that the profit for '09 and
24  2010 both increased; correct?
25      A.   Yes.                                    12:34:50
```

Page 132

```
 1            R. Rizzuto
 2      Q.   But you also see for 2009 there was a
 3  significant reduction in the expenses.
 4           Do you see that?
 5      A.   From what time?                         12:34:57
 6      Q.   From 2008 to 2009.
 7      A.   Yes.
 8      Q.   There was actually a reduction of
 9  approximately $545,000?
10      A.   Yes.                                    12:35:07
11      Q.   If you trust my math.
12      A.   I trust it.
13      Q.   But you also see from revenue in 2008
14  to 2009 decreased from approximately $71,000?
15      A.   Yes.                                    12:35:19
16      Q.   So during the year that you took back
17  the budget revenue decreased but expenses
18  decreased by a greater amount which is what
19  resulted in the approximately 625 or $650,000
20  profit depending on whether you look at the chart 12:35:34
21  or your affidavit?
22      A.   Yes.
23      Q.   So comparing going back to 2006 to
24  2007 you see the profit decreased significantly
25  during that year; correct?                       12:36:14
```

Page 133

```
 1            R. Rizzuto
 2      A.   Yes.
 3      Q.   And if you trust my math it is
 4  reduction of approximately $344,000 less in profit
 5  from the prior year.                             12:36:24
 6           Do you see that?
 7      A.   Yes.
 8      Q.   And that was a year in which you had
 9  control over the budget; correct, 2007?
10      A.   Yes.                                    12:36:32
11      Q.   Did you attribute that decrease in
12  profit to your management?
13      A.   I don't know what I would attribute it
14  to.  I was responsible for it though.
15      Q.   So you would have some -- strike that. 12:36:45
16           You were responsible for it though,
17  you would agree with that?
18      A.   Yes.
19      Q.   And if anyone is going to be blamed
20  you should accept some of the blame for it?      12:36:55
21      A.   Yes.
22      Q.   And is that one of the reasons that
23  you gave control of the budget to Mr. Baffo for
24  fiscal year 2008?
25      A.   No.                                     12:37:08
```

34  (Pages 130 to 133)

Page 134

R. Rizzuto

1
2    Q.   Now I wanted to go back to we talked
3    briefly about a reorganization that took place in
4    2008. I am sorry, the end of fiscal year 2008.
5         What do you recall about that      12:37:39
6    reorganization?
7    A.   I recall a certain amount of people
8    their jobs being eliminated.
9    Q.   Do you recall how many jobs were
10   eliminated as part of this reduction in force?   12:38:04
11   A.   As I said before, I think it was five
12   or six.
13   Q.   Do you know what prompted the need for
14   this reorganization?
15   A.   I was foreseeing that the economy was   12:38:16
16   not going to -- I was concerned about the economy.
17   You know everything you hear on the television and
18   also you know and I looked at the positions and
19   said to myself are these people -- is there a lot
20   of productivity with each of these individuals and   12:38:35
21   the answer to me was no.
22   Q.   And what was that based on?
23   A.   Well, based on their performance.
24   Based on what they were doing and then thinking
25   about productivity. You know the country is --   12:38:54

Page 135

R. Rizzuto

1
2    the economy is, a lot of it is based on
3    productivity and I just looked at each individual
4    position and said okay, how can we be able to
5    eliminate these positions and be able to continue   12:39:06
6    on and get the job done that these people were
7    doing.
8    Q.   And did you have any discussions with
9    Mr. Baffo about this reorganization?
10   A.   Yes.                      12:39:18
11   Q.   And I think you touched on it briefly,
12   but what conversations did you have with Mr. Baffo
13   about this reorganization?
14   A.   I told him what my feelings were about
15   it and what I wanted to do and that's really what   12:39:29
16   I remember.
17   Q.   Did he make any recommendations as to
18   what positions could be eliminated?
19   A.   I don't recall that he did. I just
20   remember him really freaking out.          12:39:42
21   Q.   And why -- what was your understanding
22   of why he was freaking out?
23   A.   He couldn't grasp on to the concept of
24   if we have an expectation for a person or we give
25   the people that we are going to still be here an   12:39:58

Page 136

R. Rizzuto

1
2    expectation of what the job can do, it is a bigger
3    thinking. It's a wider range of thinking as a
4    manager, as a leader and how are we going to
5    accomplish. We have to do this you know       12:40:13
6    finally he resorted to the fact and agreed with me
7    on it, but I was really taken back at his reaction
8    to it, that kind of prompted me to say you know,
9    it is falling in line with the whole
10   accountability.                   12:40:31
11        MR. FILOSA: Could you mark this as
12   Rizzuto 4.
13        (Rizzuto Exhibit 4, a three-page
14   document Bates stamped AB 455 through 457,
15   marked for identification, as of this date.)   12:41:26
16   Q.   Now you have been shown a document
17   that's been marked as Rizzuto Exhibit 4. It is a
18   three-page document Bates stamped AB 455 through
19   457. Please take a look at it and let me know
20   when you are ready.                 12:41:42
21        Now do you recognize this document?
22   A.   No, I don't.
23   Q.   It appears to be a memo from Mr. Baffo
24   to you dated October 28, 2008?
25   A.   Yes, I see that.               12:44:08

Page 137

R. Rizzuto

1
2    Q.   Have you ever seen this before?
3    A.   I don't recall seeing this, no.
4    Q.   Do you recall Anthony having or Mr.
5    Baffo having submitted to you this memorandum?   12:44:17
6    A.   No, I don't.
7    Q.   And this memorandum includes a number
8    of recommendations with respect to the
9    reorganization of the de Seversky Center in
10   October of 2008?                  12:44:29
11   A.   Yes.
12   Q.   And it includes the elimination of
13   certain positions?
14   A.   Yes.
15   Q.   Do you recall having received those?   12:44:35
16   A.   No.
17   Q.   Did you ask Mr. Baffo to create it?
18   A.   No, not that I recall.
19   Q.   And this was -- do you recall --
20   strike that.                     12:44:49
21        But in this you see a number of
22   recommendations as to adjustments to the budget as
23   well as eliminating staff and other expenses?
24   A.   Yes.
25   Q.   And one of the positions, looking at   12:45:03

35 (Pages 134 to 137)

VERITEXT REPORTING COMPANY

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 162

R. Rizzuto

1
2      A.   Well, you said did I look at it as a
3   step backwards.  If they need help in the kitchen
4   I still go down and I wash dishes.  I don't look
5   at that as a step backwards.  I look at it as the    14:09:52
6   staff sees I can do that, then asking anybody else
7   to do it really isn't a problem.
8      Q.   So it is something -- you do that as a
9   positive attribute working down to perform the job
10   that's clearly a job below or not responsibility    14:10:05
11   of your job title and someone as the Director of
12   Dining Services wouldn't normally be expected to
13   be washing dishes, but it is something you take
14   that responsibility on as ultimately your
15   responsibility for the whole department.    14:10:20
16      Part of that is washing dishes if
17   necessary; is that fair to say?
18      A.   Yes.  And part of that also is letting
19   the staff know that you know we are in this
20   together, we are doing this together and it is    14:10:31
21   kind of a psychological thing too, if you will,
22   that your -- that if you have no problems -- I
23   have no problems stepping back into the kitchen
24   and being executive chef, same thing.
25      Q.   Same thing as if you were out in the    14:10:43

Page 163

R. Rizzuto

1
2   dining room and needed someone to wait tables, you
3   could step in and do that --
4      A.   Sure.
5      Q.   -- right?  I mean that's part of your    14:10:48
6   job.  I mean you are ultimately responsible, it
7   rolls up to you and part of that requires working
8   down from time to time; correct?
9      A.   Correct.
10      Q.   Now the reorganization that was set to    14:11:00
11   take place in October of 2009 -- well, strike
12   that.
13      Can you get in front of you your
14   affidavit which has been marked as I believe
15   Rizzuto Exhibit 3?    14:11:18
16      A.   2.
17      Q.   Rizzuto Exhibit 2.
18      Do you see that?
19      A.   Yes.
20      Q.   I want to direct your attention to    14:11:24
21   paragraph 10.
22      A.   Okay.
23      Q.   And you state in paragraph 10: "In
24   August 2009 I began developing a plan to
25   reorganize and eliminate the general manager's    14:11:47

Page 164

R. Rizzuto

1
2   position by creating two new positions and
3   repositioning my catering sales manager."
4      Do you see that?
5      A.   Yes.    14:11:56
6      Q.   Now what did you do to begin
7   developing this plan in August of 2009?
8      A.   The initial part of this was just
9   talking about it.  Talking to -- I would speak to
10   Eric about it and ask him what his thoughts were    14:12:12
11   about it, how did he feel about it.  The other
12   person that I spoke to about it was Pilar Visconti
13   and what her thoughts were on it.  So the initial
14   part of it was just conversation.
15      Q.   And just conversation with these two    14:12:33
16   individuals?
17      A.   Mr. Aubrey I believe and I don't know
18   that I had discussed it with anybody else.
19      Q.   But what were your -- do you recall
20   what the extent of your conversations were with    14:12:49
21   Miss Visconti?
22      A.   Exactly, no.  I just asked -- I told
23   her what I was thinking about doing.  I don't even
24   remember whether I got a reply out of her or not.
25   I am sure she must have replied something, but I    14:13:05

Page 165

R. Rizzuto

1
2   don't remember what that would have been.
3      Q.   Do you recall when these conversations
4   were?
5      A.   I believe they were in the beginning    14:13:11
6   of August, but dates no.
7      Q.   How do you know they were in August of
8   2009?
9      A.   That's just what I recalled.
10      Q.   And your conversations with Mr.    14:13:32
11   Redlich, do you recall when they took place?
12      A.   In the same month.
13      Q.   Also in August 2009?
14      A.   Yes.
15      Q.   Do you recall specifically when in    14:13:41
16   August 2009?
17      A.   No.
18      Q.   And what did you discuss with Mr.
19   Redlich?
20      A.   I sat and I asked him I believe what    14:13:52
21   his feelings were on Anthony's -- Anthony, what he
22   does as a daily, weekly job and I don't remember
23   his exact conversation, but he didn't think very
24   much of it and he may have even said I am not sure
25   what he does behind his desk all the time.    14:14:19

42   (Pages 162 to 165)

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 166

R. Rizzuto

1
2     Q.   Was that your understanding of what
3  Mr. Redlich's impression of Mr. Baffo's work
4  performance was, that he sat at his desk all day?
5     A.   No. I don't think there was a great     14:14:32
6  relationship there from where I stood. I believe
7  that Anthony was jealous of Eric because of his --
8  he was a very good sales manager. Eric had his
9  issues at times with being able to deliver his
10  message to people.                    14:14:49
11     Q.   Did you ever -- so what did you
12  understand their relationship to be from during
13  fiscal year 2009?
14     A.   There wasn't any kind of disagreements
15  that I know of. There wasn't any kind of     14:15:03
16  arguments. I believe that this really stemmed
17  from knowing that Anthony wouldn't let him do his
18  job. When Anthony would go on a sales call Eric
19  would get upset because most of the time he would
20  give a great price to somebody and not be able to   14:15:18
21  justify that price. They were afraid -- sales
22  were afraid that Anthony is going to be on this
23  call he is going to give the house away.
24        So they were looking more towards the
25  numbers. You know we have margins that we wanted   14:15:30

Page 167

R. Rizzuto

1
2  to meet and Anthony on the other hand should have
3  recognized that Eric was very, very good at what
4  he did and could handle that.
5     Q.   Did you ever have any conversations   14:15:39
6  with Mr. Baffo about this?
7     A.   No, no.
8     Q.   Why?
9     A.   No reason.
10     Q.   Did you think that was part of your   14:15:51
11  job as Director of Dining Services that that's
12  something that you should address?
13     A.   Sure. I believe that I could have.
14     Q.   But you didn't?
15     A.   No.                        14:16:01
16     Q.   And your conversations with Mr.
17  Redlich about Mr. Baffo -- strike that.
18        Other than asking Mr. Redlich about
19  Mr. Baffo's performance, what other discussions
20  did you have that you are referencing in paragraph   14:16:15
21  10 here?
22     A.   I discussed with my thoughts on -- in
23  other words, I said to Eric do you think that you
24  could do your sales job as sales manager and also
25  get involved in some of the operations in the     14:16:36

Page 168

R. Rizzuto

1
2  building and his answer to me was yes.
3        That was my initial thought on that
4  and trying to figure out how to restructure and I
5  believe it was Eric that I had stated to so where   14:16:51
6  else do you think we need some help, you know help
7  where we could use this money by eliminating the
8  general manager's position somewhere else in the
9  house.
10        So there were conversations like that.   14:17:03
11  I would ask him, I think I asked him to think
12  about it and get back to me.
13     Q.   Now at this point were you discussing
14  with him eliminating the general manager position?
15     A.   Yes.                      14:17:25
16     Q.   Was that -- at any point did you start
17  discussing that or was that all part of all your
18  discussions with him about eliminating the general
19  manager position or did it go more, progress more
20  linearly?                         14:17:37
21     A.   I had it in my mind that this is what
22  I was going to do. I was going to eliminate that
23  position. It was in my mind that I am going to do
24  this because I know that I can get more bang for
25  my buck because the fact that I was doing a lot of   14:17:51

Page 169

R. Rizzuto

1
2  it anyway. I needed some assistance in other
3  areas.
4        So to answer your question, I am
5  sorry, I don't know that every time I went in     14:18:01
6  there and said I wanted to eliminate it. The big
7  picture was I would like to eliminate the general
8  manager's position. That's what I believe I said
9  to him. I don't know how many times I said that
10  to him. I don't think it was a lot.           14:18:11
11     Q.   What I am wondering is when you first
12  expressed this intention to him, eliminating the
13  general manager position.
14        When did you first express that to
15  him?                           14:18:22
16     A.   I believe it was in August.
17     Q.   And why do you believe it was in
18  August?
19     A.   Because it kind of goes back to that
20  documentation that I can't find to Len Aubrey that  14:18:29
21  I wanted to do this and I can't -- so that's why I
22  believe it was in August because that's when the
23  thought really came into my mind.
24     Q.   But you are not sure when you first
25  expressed that thought to anyone else?        14:18:43

43  (Pages 166 to 169)

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 170

R. Rizzuto

1
2  A.  When you say anybody else?
3  Q.  Whether it be Mr. Redlich, Miss
4  Visconti or Mr. Aubrey.
5  A.  As I said, I believe it was in August. 14:18:50
6  I don't have any documentation to prove that to
7  you.
8  Q.  Did you ask Mr. Redlich to take any
9  action or prepare for the elimination of the
10 general manager position?          14:19:03
11 A.  I told him that I would offer him more
12 money.  I would bring his salary up to, I don't
13 remember exactly what the salary was, but I had it
14 all figured out that I would use the money from
15 that position and not -- and I would have to stay  14:19:17
16 within that position to be able to get Len to
17 approve something like that, because Len's initial
18 reaction always is is this going to be -- is there
19 going to be any more money needed for this
20 position.  He was pretty strict about that.    14:19:30
21 Q.  So ultimately at the end of the day
22 the change had to be cost neutral, you couldn't
23 add anymore expenses to the budget as part of any
24 anticipated change ?
25 A.  Ultimately that was the goal.    14:19:42

Page 171

R. Rizzuto

1
2  Q.  Now you were talking about it and you
3  said that you recognize there were some areas you
4  would need assistance in?
5  A.  Yes.                   14:19:57
6  Q.  What areas did you identify that you
7  would need assistance in?
8  A.  It was in operations itself.
9  Operations consisted of making sure that equipment
10 was being placed in the right -- being taken care  14:20:12
11 of, being placed in the right areas, carpet
12 cleaning was done.  The dining room would
13 also directly report to Eric at that point if that
14 position was approved.
15 Q.  Which position?           14:20:31
16 A.  Eric as being a -- his position
17 ultimately came out to be sales and operations
18 manager.  That would be his new title.
19 Q.  Did you have any discussions -- strike
20 that.                        14:20:46
21 Did you ask him to take any steps to
22 prepare?  I think you asked you this question
23 before and you referenced an increase in his
24 salary.  So what I am wondering is if you asked
25 him to take any action to prepare for the    14:20:58

Page 172

R. Rizzuto

1
2  elimination of the general manager position.
3  In your conversations with him did you
4  say here is what you need to start doing?
5  A.  I don't recall if I did that or not.    14:21:11
6  Sounds like something I would do, but I don't
7  recall?
8  Q.  Did you have any e-mail communications
9  with Mr. Redlich about your discussions?
10 A.  The discussions itself I don't believe 14:21:28
11 so.  I think most of it was verbal.
12 Q.  Are you aware of any written
13 documentation which would show that you were
14 discussing this with Mr. Redlich in August of
15 2009?                     14:21:38
16 A.  No.
17 Q.  What about your conversations with Len
18 Aubrey, what do you recall discussing with Mr.
19 Aubrey about the elimination of the general
20 manager position?                  14:21:48
21 A.  Also verbal and it was almost the same
22 idea.  This is what I want to do, this is why I
23 want to do it and he agreed with me because he had
24 known that Len and I had had discussions going
25 back, I don't know how far, about Anthony's    14:22:12

Page 173

R. Rizzuto

1
2  performance and he knew that he was -- his
3  performance was not up to where it needed to be.
4  Q.  How did Mr. Aubrey know this?
5  A.  My discussions with him.    14:22:24
6  Q.  So was it based on any -- to the
7  extent that you know, was it based on any
8  independent knowledge or observations that he had?
9  A.  The only thing that he would be aware
10 of would be the PDPs.            14:22:39
11 Q.  The performance reviews?
12 A.  Yes.
13 Q.  PDP that stands for Professional
14 Development Program?
15 A.  Yes.                   14:22:49
16 Q.  And do you recall when you first
17 discussed the elimination of the general manager
18 position with Mr. Aubrey?
19 A.  That is not as clear to me as -- I
20 believe it was August as well, but I am pretty  14:23:06
21 definitely sure that with Pilar and Eric it was
22 and with Len I think it was definitely before
23 September.
24 Q.  Why do you think it was before
25 September?                    14:23:20

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 174

R. Rizzuto

1
2    A.    Because of my missing document. I am
3  sorry to keep referring to that, but.
4    Q.    Now at any point is there any -- are
5  you aware of any written communications with Mr.   14:23:34
6  Aubrey that references these discussions?
7    A.    No.
8    Q.    Did you communicate with him by e-mail
9  about this topic?
10    A.    I don't believe I did.        14:23:43
11    Q.    So are you aware of any document which
12  would show that he had discussed the plan to
13  eliminate the general manager position with Mr.
14  Aubrey in either August or September of 2009?
15    A.    No.          14:23:56
16    Q.    Now going through -- strike that.
17        You indicate in paragraph 10 of your
18  affidavit that you began to develop a plan to
19  reorganize and eliminate the general manager's
20  position by creating two new positions and       14:24:19
21  repositioning the catering sales manager.
22        Do you see that?
23    A.    Yes.
24    Q.    Now the catering sales manager, is
25  that a reference to Mr. Redlich?       14:24:27

Page 175

R. Rizzuto

1
2    A.    Yes.
3    Q.    Do you recall what two new positions
4  you intended to create?
5    A.    I believe that initially I think was a   14:24:39
6  sales position and it might have been a dining
7  room position.
8    Q.    And why did you want to create these
9  positions?
10    A.    I felt that the dining room needed     14:24:57
11  some assistance. We were starting to grow a
12  little bit, but what happened at that point I
13  believe Eric said to me I think the money would be
14  more -- I believe it was Eric that said to me I
15  don't really need the sales position. I think    14:25:15
16  that Melissa and I can handle it. Let's put the
17  money towards the dining room I believe he said.
18    Q.    And do you recall when he said that?
19    A.    No.
20    Q.    Would that have been in your       14:25:29
21  conversations that you believe you had with him
22  before -- strike that.
23        Do you believe that came up in the
24  conversations that you had with him before the
25  general manager position was eliminated?   14:25:41

Page 176

R. Rizzuto

1
2    A.    I don't believe so, and I don't
3  believe it was in August. I think it was later
4  on.
5    Q.    When you say later on, what do you    14:25:50
6  mean?
7    A.    Maybe into September.
8    Q.    The general manager position wasn't
9  eliminated though until October of 2009; correct?
10    A.    Yes, but these conversations were     14:25:58
11  ongoing.
12    Q.    But is it your belief that you
13  discussed with him him not needing the sales
14  position before October of 2009?
15    A.    I don't know exactly when.     14:26:11
16    Q.    And why -- well, strike that.
17        So what happened to the open sales
18  position; was that pursued?
19    A.    No.
20    Q.    And what -- was that vacancy filled by  14:26:35
21  someone else or was the budget filled in any other
22  way, the savings for not going forward with that
23  position used for any other position?
24    A.    Yes.
25    Q.    What position is that?       14:26:53

Page 177

R. Rizzuto

1
2    A.    Some of the money went towards Eric
3  and some of it I believe was a dining room, might
4  have been the dining room captain and a bar
5  captain.          14:27:08
6    Q.    But that wasn't your original plan;
7  correct?
8    A.    No.
9    Q.    Your original plan was to split up the
10  money between Eric, dining room captain and the   14:27:15
11  sales position; right?
12    A.    Yes.
13    Q.    And you indicate going on in paragraph
14  10 of your affidavit you state: "In early
15  September 2009 the appropriate paperwork was     14:27:31
16  processed in order to authorize recruitment for
17  these new positions and the positions were later
18  listed on monster.com."
19        Do you see that?
20    A.    Yes.          14:27:48
21    Q.    Was that before or after the decision
22  had been made to eliminate the general manager
23  position?
24    A.    My decision you are talking about, my
25  initial decision?       14:28:02

45  (Pages 174 to 177)

VERITEXT REPORTING COMPANY

212-267-6868                          516-608-2400

Page 178

R. Rizzuto

2 Q. Well, before the final decision was
3 made.
4 A. I believe it was -- I believe it was
5 before.                                    14:28:14
6 Q. Why was it before -- why were these
7 positions posted before the final decision was
8 made to eliminate the general manager position?
9 A. I think if I recall right I had
10 Anthony actually file it, putting those positions  14:28:24
11 online. I knew what I wanted to do and I had him
12 put them on. I think that's how it went.
13 Q. It seems odd that you would have
14 someone posting essentially what is going to be
15 their replacement by filling out the paperwork and  14:28:37
16 doing that, but your testimony is you already made
17 the decision at that point and you had asked
18 Anthony to fill out the paperwork for ultimately
19 what would become his replacement?
20 A. Yes.                                  14:28:51
21 Q. And did you -- strike that.
22    But looking to the next sentence in
23 your affidavit you indicate that Len Aubrey
24 approved the elimination of the general manager
25 position on October 16, 2009; correct?      14:29:03

Page 179

R. Rizzuto

2 A. Yes.
3 Q. Now why didn't Mr. Aubrey approve the
4 elimination of the general manager position at the
5 same time he approved the recruitment of the other  14:29:12
6 positions?
7 A. I don't know what the answer to that
8 is, but I do know that things take a long time to
9 process through there. When I did that
10 elimination for those other positions, that took  14:29:24
11 almost four months for that to happen. I wanted
12 it to happen in a month. It didn't take a month.
13 It took three or four month to happen.
14 Q. But wouldn't it make more sense to
15 eliminate the general manager position at the same  14:29:45
16 time you are recruiting for the other positions?
17 A. In my mind, no.
18 Q. Why not?
19 A. Because you don't want to be caught
20 with okay, now the position is gone and now we are  14:29:57
21 going to start looking for them. It could take
22 month to be able to find that position. I think
23 this is the right way to do it.
24 Q. And so the plan was to have these
25 positions filled and ready to go at the time you   14:30:10

Page 180

R. Rizzuto

2 eliminated the general manager position?
3 A. I don't know whether it was that or
4 just trying it get some heads in the door. You
5 know I don't recall that, you know start      14:30:22
6 interviewing people.
7 Q. And were these positions provided for
8 in the 2009 budget, I am sorry, the fiscal year
9 2010 budget?
10 A. For positions to -- are you saying     14:30:37
11 that will take the money up that was for the
12 general manager; is that what you are saying?
13 Q. Yes.
14 A. I don't recall.
15 Q. But you would expect it would be        14:30:51
16 reflected in the budget if that was the plan was
17 going to be going forward it would be included in
18 the budget; right?
19 A. It should be.
20 Q. When you say it should be, what are     14:31:08
21 you referring to?
22 A. You would -- so the question is did I
23 put in these positions in the initial budget for
24 that year?
25 Q. Yes.                                   14:31:22

Page 181

R. Rizzuto

2 A. No.
3 Q. What about did you eliminate the
4 general manager position from the initial budget
5 for that year?                             14:31:30
6 A. No.
7 Q. Why not?
8 A. Well, it would have red -- probably
9 one of the reasons a red flag would have came up
10 when Anthony saw the budget and didn't see a     14:31:37
11 general manager's position in it, plus if the
12 money is not there he would not be getting paid
13 either.
14 Q. What do you mean if the money is not
15 there?                                     14:31:49
16 A. In other words, if I eliminated the
17 general manager's position before the fiscal year
18 where does that leave -- there is not any money
19 there for the general manager's position.
20 Q. So you don't believe the salaries for  14:32:09
21 these two new positions are included in the fiscal
22 year 2010 budget?
23 A. I don't believe they were, but I am
24 sure there is a way to find out.
25    MR. FILOSA: Mark this as 6.          14:32:35

46  (Pages 178 to 181)

VERITEXT REPORTING COMPANY

212-267-6868                              516-608-2400

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 206

R. Rizzuto

1  approved the elimination of the bar captain
2  position -- strike that.
3      Do you believe as part of it Mr.
4  Aubrey had approved the creation of the bar   14:59:51
5  captain position?
6      A.  I believe so.
7      Q.  So there would be paperwork on
8  approving the creation of the bar captain
9  position?                              15:00:03
10     A.  Yes.
11 RQ     MR. FILOSA:  I don't think any of that
12     has been produced, any recruitment
13     authorizations for the bartender captain
14     position.                          15:00:13
15         At this point I will call for the
16     production of that and we can obviously
17     review the production to see whether or not,
18     but I haven't seen this in the production
19     but again, I will follow up in writing on   15:00:23
20     this.
21         MR. SPARBER:  Okay.
22     Q.  What affect did you hope that the
23 reorganization would have on the de Seversky
24 Center?  What were the goals of the        15:00:47

---

Page 207

R. Rizzuto

1  reorganization, the elimination of the general
2  manager position?
3      A.  Well, they were twofold.  Part of this
4  whole leadership process that I have been talking  15:00:56
5  about we wanted to take that to another level and
6  put that more so into effect.  Meaning that when
7  we did hire people, as I said before they have
8  clear direction.
9          We wanted also for people to have a    15:01:11
10 quality of life.  We wanted them to be able to --
11 just because we did this reorganization, both
12 reorganizations didn't mean that people, we wanted
13 people to work more.  It is very important to us
14 and to me that people have a quality of life.   15:01:23
15         In the restaurant business I had a
16 goal to say we are not going to have those 78 hour
17 week.  I want to be able to get these people's
18 hours to 45, 50 hours a week.  That was only going
19 to happen through our training and our clear    15:01:38
20 direction.
21         Where we identified there needed to be
22 help in the dining room, we wanted that to be
23 taken care of through these positions.  I knew I
24 could handle the general manager part of it    15:01:50

---

Page 208

R. Rizzuto

1  because I was doing it anyway.
2      So the goal was to have a more
3  effective operation, more leadership.  Anthony was
4  really holding us back when it came to that part   15:02:03
5  of it.  His directing the staff and directing them
6  in the right direction and professionally
7  developing them.
8      Q.  And how did you come to the conclusion
9  that Mr. Baffo was not doing this?        15:02:15
10     A.  Well, for one instance I had talked to
11 Anthony about PDPs were a big thing and I had to
12 review them because he was giving people that
13 really didn't deserve to be as the top tier of
14 this PDP.  In fact, one year I had brain surgery   15:02:35
15 and I just got out of the hospital and paperwork
16 had to go over to human resources and I phoned to
17 send them to me because I didn't trust his
18 judgment on this.  I went through that I almost
19 had another aneurism because I was looking at what  15:02:51
20 he gave these people.  I'm saying where do you --
21 what is -- where is your thought process here.
22         And then I come to find out later on
23 that -- I had talked to him about one of the girls
24 in the sales department, Melissa Patron and he had   15:03:03

---

Page 209

R. Rizzuto

1  made me believe that he sat with her and did her
2  PDP or no, a write up on her and Melissa somehow
3  found or Eric reviewed it with her she said that
4  she never signed it.  We believe that he may have   15:03:20
5  forged that document.
6      Q.  Did you ever address that with him?
7      A.  With?
8      Q.  Mr. Baffo?
9      A.  This is after he left.       15:03:26
10     Q.  Do you have a copy of that document?
11     A.  I am sure we do.
12 RQ      MR. FILOSA:  I am sure your attorneys
13     can produce it to us.
14         MR. SPARBER:  Just to be clear, what   15:03:37
15     is this document?
16         THE WITNESS:  It was a write-up for
17     Melissa Patron.
18         MR. SPARBER:  A write-up?
19         THE WITNESS:  Yeah.           15:03:44
20     A.  Can I continue?
21     Q.  Please.
22     A.  I want you to know that I really tried
23 to coach Anthony.  I mean I was his friend, but I
24 wanted to see him succeed and you know between the  15:04:10

---

53  (Pages 206 to 209)

VERITEXT REPORTING COMPANY

212-267-6868                                     516-608-2400

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 210

R. Rizzuto

1          R. Rizzuto
2   lateness and the way he was dressed.
3          I even took him to Joseph Banks and I
4   bought him a thousand dollars worth of suits one
5   night and got in trouble for it because I paid for 15:04:24
6   it on NYIT, but I wanted him to look the role and
7   I really wanted him to succeed and I really did
8   try.  I coached him.  I have to tell you.
9       Q.   So going back to the PDPs, the
10  performance reviews, was it your impression that 15:04:40
11  Mr. Baffo was lenient with staff on these
12  performance reviews?
13      A.   I would have to look at them to see
14  exactly what I wrote in them, but -- I would have
15  to look at them for me to answer that question yes 15:04:53
16  or no.
17      Q.   Did you review Mr. Baffo's -- for
18  example, at the end of fiscal year 2009 which
19  would have been you know August 2009, did you
20  review the performance reviews that Mr. Baffo had 15:05:08
21  done for the staff that reported to him?
22      A.   In 2009?
23      Q.   Yes.
24      A.   I would imagine I did, but I don't
25  remember.                          15:05:17

Page 211

R. Rizzuto

1          R. Rizzuto
2       Q.   Do you remember whether or not you had
3   to change any of the comments or the ratings on
4   those?
5       A.   I don't remember, but that's my style 15:05:24
6   to have done that and I think -- I don't remember
7   which year it was that I actually, when I took
8   them home, maybe it was 2008 but I would have if I
9   didn't agree with them.
10      Q.   And what year did you have your brain 15:05:38
11  surgery?
12      A.   2008 or July I think it was.
13      Q.   And you recall reviewing during the
14  time that you were at home or otherwise shortly
15  thereafter, do you recall reviewing performance 15:05:50
16  reviews presumably for fiscal year 2008?
17      A.   I do.
18      Q.   And you recall having to make changes
19  or alterations to them to reflect what you felt
20  was appropriate?                    15:06:04
21      A.   Yes.
22      Q.   Now as general manager for turning to
23  2009, would Mr. Baffo have reviewed -- strike
24  that.
25          Would he have performed a performance 15:06:18

Page 212

R. Rizzuto

1          R. Rizzuto
2   review for Mr. Redlich as sales manager?
3       A.   Yes.
4       Q.   Do you recall the rating that Mr.
5   Redlich received for fiscal year 2009?        15:06:26
6       A.   I believe Anthony gave him an
7   unsatisfactory.
8       Q.   And did you agree with that?
9       A.   No.
10      Q.   Why not?                    15:06:35
11      A.   Because I thought that Eric was doing
12  a very good job in sales and for what he could do,
13  what Anthony would let him do.  He was really held
14  back by Anthony, so I changed it.
15      Q.   And when did you change it?        15:06:50
16      A.   I don't remember exactly when I did
17  that, but I did change it.
18      Q.   Before it was provided to Mr. Redlich?
19      A.   No, after.
20      Q.   Why did you wait until after it was 15:06:59
21  provided to Mr. Redlich?
22      A.   I don't remember why I did that.
23      Q.   Did you review his performance review
24  before it was provided to him?
25      A.   I don't remember.            15:07:08

Page 213

R. Rizzuto

1          R. Rizzuto
2       Q.   But if you had reviewed it you would
3   have made that change before it was given to him;
4   right?
5       A.   I might have, yeah.            15:07:17
6       Q.   I mean the last thing you would want
7   is for an employee to receive a review that you
8   hadn't reviewed; right?
9       A.   Sure.
10      Q.   Because you don't want the employee to 15:07:25
11  get the impression that you agreed with that
12  recommendation if in fact you didn't?
13      A.   Sure.
14      Q.   So had you reviewed Mr. Redlich's
15  review for 2009, you would have corrected it to -- 15:07:35
16  what would you have corrected it to?
17      A.   I think I corrected it to -- what are
18  the tiers.  They were unsatisfactory, needed
19  development and fully proficient I think it was.
20      Q.   So you believe that you had corrected 15:07:52
21  it to fully proficient?
22      A.   I think I did.
23      Q.   And that was your understanding was
24  Mr. Baffo had rated him as unsatisfactory?
25      A.   I believe so.                15:08:02

54  (Pages 210 to 213)

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 250

```
 1              R. Rizzuto
 2  don't remember the exact, what the conversations
 3  were about or the meetings were about.
 4       Q.   Do you know why you attached this
 5  e-mail to your affidavit?           15:44:52
 6       A.   It sounds like it had something to do
 7  with the termination.  I mean that would be the
 8  only reason that was part of this.
 9       Q.   That's the only reason that you would
10  have attached this to the affidavit?      15:45:18
11       A.   More than likely.
12       Q.   And if you look at the bottom e-mail
13  on this page, do you see part of it is cut off?
14       A.   No.
15       MR. SPARBER:  What is cut off?      15:45:34
16       MR. FILOSA:  The top part.  Strike
17  that.  Whatever version I am working off of
18  is slightly different.
19       Q.   Now you also attached to your
20  affidavit the approval from Mr. Aubrey as Exhibit  15:45:59
21  C.
22            Do you see that?  It is the page
23  that's Bates stamped D 07297.  Do you see that?
24       A.   Yes.
25       Q.   And is this the approval that Mr.    15:46:28
```

Page 251

```
 1              R. Rizzuto
 2  Aubrey had signed regarding the elimination of the
 3  general manager position?
 4       A.   That's his signature, yes.
 5       Q.   So is this when the decision became    15:46:37
 6  final?
 7       A.   When he puts his stamp on it, yeah.
 8       Q.   And it is dated -- his signature is
 9  dated 10/16/09?
10       A.   Yes.                   15:46:48
11       Q.   And did you draft this?
12       A.   Yes.
13       Q.   So you -- strike that.
14            The date that's on this memo dated
15  October 16, 2008; do you see that?      15:46:58
16       A.   Yes.
17       Q.   That's just -- the 2008 is just a
18  typo.  It is actually 2009; right?
19       A.   Yes.
20       Q.   Because it is signed by Mr. Aubrey on   15:47:08
21  October 16, 2009; right?
22       A.   Yes.
23       Q.   Now turning to the first sentence of
24  this memo, do you see it says:  "As a followup to
25  our discussion with regards to the reorganization  15:47:24
```

Page 252

```
 1              R. Rizzuto
 2  of the management staff at the de Seversky
 3  Center."?
 4       A.   Yes.
 5       Q.   What discussion are you referencing?   15:47:30
 6       A.   In reference to the elimination of
 7  this position.
 8       Q.   And was it one discussion or more than
 9  one discussion?
10       A.   I think as I stated before, I am not   15:47:43
11  sure how many discussions I had with him and I am
12  not -- I am not sure whether this had -- I know
13  Len, Carol and I sat down at some point.  I don't
14  remember what the date was.
15            So maybe it was, had to do with that   15:48:01
16  memo.  I don't recall.
17       Q.   Do you know whether or not this was
18  before or after you sat down with Mr. Aubrey and
19  Miss Jablonsky?
20       A.   I don't recall.           15:48:11
21       Q.   Well, do you know whether or not this
22  discussion that you are referring to here was your
23  meeting with Mr. Aubrey and Miss Jablonsky?
24       A.   No, I am not sure.
25       Q.   Do you recall whether it was one    15:48:21
```

Page 253

```
 1              R. Rizzuto
 2  discussion with Mr. Aubrey or more than one
 3  discussion?
 4       A.   As I stated before, I don't remember.
 5  I don't recall how many discussions I had with   15:48:29
 6  him.
 7       Q.   And similarly there's no documents
 8  that you recall which would show that you
 9  discussed this with Mr. Aubrey prior to October
10  16, 2009?                    15:48:43
11       A.   No.
12       Q.   Because you looked for this memo and
13  you can't find it and you looked on the computer
14  and can't find it?  Can you give me a verbal
15  answer?                      15:48:50
16       A.   Yes, I have.
17       Q.   And you haven't been able to find this
18  memo?
19       A.   No.
20       Q.   Now turning to the second paragraph   15:48:58
21  you indicate:  "I am forecasting flat revenues for
22  fiscal 2010 and have designed a plan to create
23  three positions with the savings."
24            Do you see that?
25       A.   Yes.                   15:49:10
```

VERITEXT REPORTING COMPANY

212-267-6868                                    516-608-2400

6f61e48d-bee0-4679-9dcf-037f307f2c6t

Page 278

R. Rizzuto

2  Q.   And do you recall when this meeting
3  was?
4  A.   No.
5  Q.   Do you recall whether or not it was    16:24:31
6  during Miss Jablonsky's first week of employment
7  with NYIT?
8  A.   Yes.
9  Q.   And was it during her first week?
10  A.   I believe what she stated was in that   16:24:40
11  meeting what I do remember saying this is what we
12  are doing.  This is my initiation to NYIT or
13  something like that, but I don't remember what the
14  date was, but I do know that was in the beginning
15  when she started.                16:24:53
16  Q.   And do you know whether that was
17  before or after Mr. Rizzuto had signed the
18  approval for the elimination of the general
19  manager position?
20  A.   Mr. Aubrey?             16:25:01
21  Q.   Yeah, sorry, Mr. Aubrey.
22  A.   I would imagine that it would be after
23  because Len would have wanted Carol's opinion on
24  this or blessing on this.
25  Q.   Was it before or after he had approved  16:25:21

Page 279

R. Rizzuto

2  the decision, would he have wanted to consult with
3  Miss Jablonsky?
4  A.   He would have wanted to consult with
5  Carol before.                16:25:30
6  Q.   And did you -- strike that.
7  Do you know how the meeting with Miss
8  Jablonsky was arranged?
9  A.   No.
10  Q.   Did you schedule the meeting with her?  16:25:43
11  A.   I may have, but I don't recall if I
12  did.
13  Q.   Do you know if Mr. Aubrey did?
14  A.   I don't recall.
15  Q.   Did you -- before meeting with Miss   16:25:53
16  Jablonsky did you and Mr. Aubrey discuss what you
17  would talk to Miss Jablonsky about in the meeting?
18  A.   Repeat the question.
19  MR. FILOSA:  Can you read it back?
20  (Record read.)            16:26:10
21  A.   I don't recall.
22  Q.   But do you recall meeting with Mr.
23  Aubrey before you met with Miss Jablonsky?
24  A.   The time frame as I said back, Len and
25  I have had discussions about this but I don't   16:26:33

Page 280

R. Rizzuto

2  remember when it was.
3  MR. FILOSA:  Mark this as 10.
4  (Rizzuto Exhibit 10, a one-page
5  document Bates stamped D 06587, marked for   16:28:04
6  identification, as of this date.)
7  Q.   You have been shown a document that's
8  been marked as Rizzuto Exhibit 10.  It is a
9  one-page document Bates stamped D 06587.  Please
10  review it and let me know when you are ready.    16:28:10
11  A.   Okay.
12  Q.   And have you ever seen this before?
13  A.   I believe Neil showed me this.
14  Q.   And is this a calendar entry from --
15  indicating a meeting with Mr. Aubrey?          16:28:25
16  A.   Yes.
17  Q.   And do you recall this meeting with
18  Mr. Aubrey?
19  A.   No.
20  Q.   And this meeting was scheduled to   16:28:35
21  start at 8:30 and end at 9 a.m.?
22  A.   Yes.
23  Q.   And it was for October 16, 2009?
24  A.   Yes.
25  Q.   Was this the meeting when you met with  16:28:44

Page 281

R. Rizzuto

2  Miss Jablonsky?
3  A.   I don't recall.
4  Q.   Do you recall what time of day it was
5  that you met with Miss Jablonsky?       16:28:52
6  A.   No.
7  Q.   But this is the same date that Mr.
8  Aubrey signed the approval of the elimination of
9  the general manager position?
10  A.   Yes.              16:29:03
11  Q.   Is this -- did you provide this, that
12  memo to Mr. Aubrey at this meeting?
13  A.   As I said, I don't remember.  I don't
14  remember the meeting.
15  Q.   How did you provide the memo to Mr.   16:29:18
16  Aubrey that he ultimately signed?
17  A.   I don't recall, but there's different
18  -- most of the time it would be a -- probably
19  electronic e-mail that either he would print out.
20  Sometimes -- we do it different ways.  Sometimes I 16:29:38
21  give it to his assistant to give to him, so.
22  Q.   Do you know what happened in this
23  instance?
24  A.   No, I don't recall.
25  Q.   Did you search your e-mails to see   16:29:47

6f61e48d-bee0-4679-9dcf-037f307f2c6

Page 294

```
 1              R. Rizzuto
 2    affidavit that's been marked as Rizzuto Exhibit 2.
 3        A.   Yes.
 4        Q.   And specifically direct your attention
 5    to the documents attached as Exhibit F which begin  16:43:54
 6    at D 07303.  If you turn to the next page 7304
 7    that's what appears to be a memo from you to Miss
 8    Jablonsky.
 9            Do you see that?
10        A.   Yes.                      16:44:27
11        Q.   And could you just take a moment to
12    review this and the next page and let me know when
13    you are ready.
14            THE VIDEOGRAPHER:  The time is
15    approximately 4:44.  This will end videotape  16:44:49
16    number 3 in the today's deposition of Mr.
17    Robert Rizzuto on Tuesday March 22, 2011.
18    We are going off the record.
19            (Recess taken.)
20            THE VIDEOGRAPHER:  The time is now  16:45:25
21    approximately 4:45.  This will begin
22    videotape number 4 of today's deposition of
23    Mr. Robert Rizzuto on Tuesday March 22, 2011
24    and we are back on the record.
25    BY MR. FILOSA:                    16:45:48
```

Page 295

```
 1              R. Rizzuto
 2        A.   Okay, I have read it.
 3        Q.   And is this a memorandum that you
 4    provided to Miss Jablonsky?
 5        A.   Yes.                      16:45:57
 6        Q.   And it is dated October 20, 2009?
 7        A.   Yes.
 8        Q.   And this was after Mr. Aubrey had
 9    already approved the elimination of the general
10    manager position?                  16:46:09
11        A.   Yes.
12        Q.   And do you recall why you prepared
13    this memorandum?
14        A.   I would believe it is because Carol
15    probably asked me for this.         16:46:24
16        Q.   Do you recall why she asked you for a
17    memorandum?
18        A.   No.
19        Q.   Do you recall -- did you ask why she
20    wanted the memorandum?             16:46:36
21        A.   I may have, but I don't recall asking.
22        Q.   And did she tell you what she wanted
23    you to put in the memorandum?
24        A.   I don't recall.
25        Q.   What was your understanding of what  16:46:46
```

Page 296

```
 1              R. Rizzuto
 2    should be included in the memorandum that you
 3    obviously drafted?
 4        A.   I don't know.
 5        Q.   So you just drafted this then?     16:47:01
 6        A.   No.  You are asking me for an honest
 7    answer and I don't know if I -- I don't know.  I
 8    don't recall her asking me to put anything
 9    specific in.  She may have.  What I am saying is I
10    don't recall that.                 16:47:18
11        Q.   And what was your understanding of --
12    strike that.
13            What was your understanding of the
14    purpose of providing this information to the head
15    of human resources?               16:47:40
16        A.   From reading it looks like justifying
17    the reasons for the elimination of the position.
18        Q.   And in justifying the position you
19    wanted to make sure that the information you
20    provide is accurate; right?        16:47:57
21        A.   Yes.
22        Q.   Because you wouldn't want to mislead
23    Miss Jablonsky as the head of human resources;
24    right?
25        A.   Correct.                  16:48:03
```

Page 297

```
 1              R. Rizzuto
 2        Q.   Because she needs all the information
 3    so that she can perform that HR function; right?
 4        A.   Yes.
 5        Q.   Now turning to the memorandum, the  16:48:09
 6    first line you say:  "With continued uncertainty
 7    regarding the economy I am recommending a
 8    reorganization and consolidation of the de
 9    Seversky Center's top management.  It is my
10    feeling that we will continue to feel pressure  16:48:26
11    through fiscal 2010."
12            Do you see that?
13        A.   Yes.
14        Q.   What are you referring to when you say
15    "continued uncertainty regarding the economy"?  16:48:35
16        A.   Uncertainty of how much revenue that
17    we will be generating for that fiscal year.
18        Q.   And did you review the revenue up to
19    that period of time in -- before drafting this?
20        A.   I might have, but I don't recall  16:49:03
21    actually doing it.
22        Q.   Do you recall whether or not you
23    reviewed Caterease to see whether or not what the
24    bookings were for the remainder of this fiscal
25    year?                             16:49:15
```

VERITEXT REPORTING COMPANY

212-267-6868                              516-608-2400

6f61e48d-bee0-4679-9dcf-037f307f2c6f

Page 306

R. Rizzuto

1           R. Rizzuto
2    right?
3        A.   No. As I really believe that it has.
4    I know that it has.
5        Q.   But at the time that you planned it?   16:57:59
6        A.   I am sorry.
7        Q.   You were planning to eliminate the
8    general manager position?
9        A.   Yes.
10       Q.   And replace it with a dining room      16:58:06
11   manager position, a catering sales associate
12   position as well as an increase in salary to Mr.
13   Redlich.
14            So all of that would have had the same
15   if not more expense on the budget than Mr. Baffo's  16:58:17
16   salary; is that correct?
17       A.   In the theory number yes. Looking at
18   apples to apples Anthony's salary and the salary
19   is a wash so to speak, but what we were trying to
20   accomplish was these people that we filled in     16:58:34
21   these positions to do a better job which would
22   offset our expenses in other areas. It would be a
23   direct -- I want to make sure that I am explaining
24   this to you correctly because I don't think all
25   the time I have been speaking I don't think you    16:58:47

Page 307

R. Rizzuto

1           R. Rizzuto
2    understand what I am saying.
3            I have a dining room captain that's
4    say scheduling staff. We didn't do a good job
5    when Anthony was there and scheduling staff. We   16:59:00
6    didn't -- the projections weren't -- they didn't
7    always match. The projections didn't match the
8    actuals all the time which I came to find.
9            In training the staff how to do that
10   and doing a better job on that, that's going to    16:59:12
11   save me salaries, other salaries within that
12   department. That's just one example.
13       Q.   So you don't provide that here, do
14   you?
15       A.   No.                    16:59:21
16       Q.   So I am trying to understand you
17   reference lower revenue numbers in your memo to
18   Miss Jablonsky.
19            Were you projecting revenues to be
20   flat or lower?                  16:59:37
21       A.   I more than likely was projecting it
22   to be flat.
23       Q.   So why include the reference to lower
24   revenue?
25       A.   Don't know.                16:59:52

Page 308

R. Rizzuto

1           R. Rizzuto
2        Q.   Now you go on to say your
3    recommendation to Miss Jablonsky -- you use the
4    word recommendation; right?
5        A.   Yes.                   17:00:07
6        Q.   At this point was it a recommendation?
7    Mr. Aubrey had already approved the elimination of
8    the position; right?
9        A.   Yes.
10       Q.   So was it still a recommendation at   17:00:14
11   that point?
12       A.   It wouldn't have been if that was --
13   if Mr. Aubrey signed off on it, but I don't know
14   whether Mr. Kloepfer still had to sign off on
15   this. I don't know what the date was that Mr.     17:00:32
16   Kloepfer signed off on it.
17       Q.   You go on to say: "My recommendation
18   is to eliminate the general manager's position
19   currently held by Anthony Baffo and use the funds
20   to create the dining room captain/sales associate  17:00:44
21   position; correct?
22       A.   Yes.
23       Q.   So that was your plan as of October
24   20, 2009?
25       A.   Yes.                   17:00:50

Page 309

R. Rizzuto

1           R. Rizzuto
2        Q.   And as we talked about earlier you
3    never let -- the sales associate position was
4    never hired; right?
5        A.   No, it wasn't.              17:00:57
6        Q.   Because you had conversations with Mr.
7    Redlich where he felt that he could get by without
8    an additional sales associate?
9        A.   Yes.
10       Q.   So those conversations must have     17:01:05
11   occurred after October 20, 2009; right?
12       A.   Not necessarily, but I don't remember.
13       Q.   Well, at this point though the plan
14   was to eliminate the sales -- to fill the sales
15   associate position; right?           17:01:22
16       A.   Yes. You are right it would have.
17       Q.   And you go on to say: "I would like
18   to give our sales manager Eric Redlich the
19   responsibility of overseeing the daily operations
20   of the de Seversky Center."            17:01:38
21            Do you see that?
22       A.   Yes.
23       Q.   Now why did you want to give Mr.
24   Redlich that responsibility?
25       A.   Because I thought he was capable of   17:01:52

78  (Pages 306 to 309)

Page 322

R. Rizzuto

2  Q.  Did she ask you to make any revisions
3  to the version that you provided to her before
4  this?
5  A.  I don't recall.                    17:16:17
6      MR. FILOSA:  Can we mark this as 15.
7      (Rizzuto Exhibit 15, a two-page
8  document Bates stamped D 03300 through 3301,
9  marked for identification, as of this date.)
10  Q.  Now you have been shown a document    17:18:01
11  that's been marked as Rizzuto Exhibit 15.  It is a
12  two-page document Bates stamped D 03300 through
13  3301.  Please review it and let me know when you
14  are ready.
15  A.  Okay.                          17:18:21
16  Q.  And this is an e-mail from you to Miss
17  Jablonsky with an attachment.
18      Do you see that?
19  A.  Yes.
20  Q.  And in the e-mail -- and it is dated    17:18:26
21  October 20, 2009?
22  A.  Yes.
23  Q.  And in the e-mail that you write:
24  "Carol, attached is the proposed organizational
25  chart moving forward."               17:18:41

Page 323

R. Rizzuto

2  A.  Yes.
3  Q.  And what is it that's attached?
4  A.  It's the organizational chart with me
5  taking on the top management position, I guess you  17:18:51
6  would call it, at de Seversky Center.
7  Q.  And you will see on this one as
8  compared to the prior organizational chart we
9  looked at Mr. Baffo is not on this one?
10  A.  That's correct.                  17:19:12
11  Q.  Is this a copy of the organizational
12  chart that was going to be in place after the
13  general manager position was eliminated?
14  A.  Yes.
15  Q.  And basically it has Mr. Redlich      17:19:21
16  performing all of the functions that had been
17  assigned to Mr. Baffo as the general manager?
18  A.  Not all.
19  Q.  What is not included in that?
20  A.  Payroll.  I would have to think about  17:19:37
21  it.
22  Q.  Payroll, scheduling?
23  A.  Scheduling -- everything gets, comes
24  through me and gets approved through me.  He would
25  be responsible to make sure that scheduling like   17:20:01

Page 324

R. Rizzuto

2  for the dining room would go to him and he would
3  approve it against the payroll and revenue
4  projections.
5  Q.  What about did he exercise any      17:20:12
6  supervisory responsibilities over the executive
7  chef?
8  A.  No.
9  Q.  Or anyone in the culinary staff?
10  A.  No.                            17:20:23
11  Q.  Who would exercise that supervision?
12  A.  That would be me.
13  Q.  And is there currently an executive
14  chef?
15  A.  No.                            17:20:31
16  Q.  Who performs that function?
17  A.  I oversee the kitchen and I am
18  training two young -- a woman and a man to
19  eventually taking on that -- I have been putting
20  them through a training program.        17:20:47
21  Q.  For how long?
22  A.  I am choosing -- I created these two
23  positions called junior sous chefs because both of
24  them wanted the sous chef position and in May we
25  are going to have an exam and kind of and sort of  17:21:01

Page 325

R. Rizzuto

2  practical and a written exam that they are going
3  to have to take and I am going to have somebody
4  from the Culinary Institute come down and assist
5  me with the judging of it and one of them will   17:21:13
6  come out as the sous chef and then the plan from
7  there is to become chef du cuisine, and the reason
8  that I am doing it this way and this is a perfect
9  example of what I mean by training and development
10  is so many times we throw people into a position  17:21:25
11  like executive chef where they have a title but
12  they don't have the experience to back it up and I
13  am trying to make sure that these two are
14  successful at this, because I had a disaster.  I
15  had this young kid that we named a sous chef and  17:21:38
16  he couldn't handle the job and he eventually left.
17  Q.  Who was that?
18  A.  Bryan Robarge was his name.
19  Q.  This person is listed on this
20  organizational chart?                17:21:52
21  A.  Yes.
22  Q.  How long had the executive chef
23  position been vacant at this point?
24  A.  I can't give you an exact time.  I
25  don't know exactly.                  17:22:05

VERITEXT REPORTING COMPANY

212-267-6868                          516-608-2400

Page 342

```
 1            R. Rizzuto
 2      A.   Mm-hmm.
 3      Q.   Why did you want to eliminate the
 4 general manager position during that week?
 5      A.   I don't recall.           17:52:02
 6      Q.   Was there any need to -- strike that.
 7           You hadn't filled the sales associate
 8 position or the dining room captain positions yet
 9 at that point had you?
10      A.   No.                       17:52:16
11      Q.   So who was going to perform -- strike
12 that.
13           So why move forward with eliminating
14 the general manager position before these other
15 positions were filled?           17:52:25
16      A.   I am not sure. I am not sure why we
17 chose that week or I chose that week.
18      Q.   Wouldn't you want to wait until you
19 had someone for those positions so it would be an
20 easier transition? Can I get an answer to the   17:52:36
21 question?
22      A.   No.
23      Q.   But you wanted to move forward and
24 eliminate the position the week of October 19th?
25      A.   As it states here, yes.       17:52:47
```

Page 343

```
 1            R. Rizzuto
 2      Q.   But you don't know why you wanted to,
 3 you selected that week?
 4      A.   No.
 5      Q.   So ultimately the decision was made to  17:52:54
 6 meet with Mr. Baffo on Friday the 23rd; right?
 7      A.   Yes.
 8      Q.   Which is a week after the position had
 9 been eliminated, because Mr. Aubrey had approved
10 eliminating the position?          17:53:08
11      A.   Yes.
12      Q.   And did you ultimately meet with Mr.
13 Baffo on that day?
14      A.   On the 23rd we did not do the
15 termination on the 23rd.           17:53:27
16      Q.   And why not?
17      A.   Well, that morning Anthony came to me
18 and sat down with me and said he needed to talk to
19 me about something.
20      Q.   And what did he say to you?    17:53:38
21      A.   He said he was tested for HIV
22 positive.
23      Q.   And did he say anything else?
24      A.   I don't recall the entire
25 conversation, but that was the gist of it and I  17:53:51
```

Page 344

```
 1            R. Rizzuto
 2 was taken aback by it.
 3      Q.   And how did you respond?
 4      A.   I don't remember exactly what I said,
 5 but I was pretty shocked.          17:54:02
 6      Q.   Do you remember what time of day that
 7 was that he told you this?
 8      A.   It was in the morning, but don't
 9 recall the time.
10      Q.   Do you remember what time you got into  17:54:12
11 the office that day?
12      A.   No.
13      Q.   Do you know what time Mr. Baffo got in
14 that day?
15      A.   No.                       17:54:19
16      Q.   Had you spoken to him prior to his
17 arrival that day?
18      A.   I don't recall.
19      Q.   And where were you when he told you
20 that he had tested positive for HIV?    17:54:27
21      A.   In my office.
22      Q.   And this is the office that you shared
23 with him?
24      A.   Yes.
25      Q.   Was anyone else present?       17:54:34
```

Page 345

```
 1            R. Rizzuto
 2      A.   No.
 3      Q.   And what other than him simply telling
 4 you that he tested positive for HIV; did he say
 5 anything else?                     17:54:43
 6      A.   He said to me that he thinks that it
 7 had to do with -- he helped somebody that was
 8 bleeding and he thinks that that's how he
 9 contracted it.
10      Q.   Do you believe him?          17:54:55
11      A.   No.
12      Q.   Why not?
13      A.   I just -- he -- and normally I
14 believe, I think Anthony is an honest guy, but I
15 think he has been promiscuous. So that's the   17:55:15
16 first thing that came to my mind.
17      Q.   Why do you think that?
18      A.   Because he had -- you know we have had
19 discussions about women, nobody specific. I never
20 really got into it with him, but I had heard   17:55:36
21 chatter around that he fooled around.
22      Q.   And who did you hear that from?
23      A.   I don't recall.
24      Q.   Anyone that worked at the de Seversky
25 Center?                           17:55:52
```

87  (Pages 342 to 345)

VERITEXT REPORTING COMPANY

212-267-6868                                  516-608-2400