# Exhibit 4


**NEW YORK INSTITUTE OF TECHNOLOGY**

### Professional Development Program - Academic Year 2006-2007

Employee: __Anthony Baffo__  Title: __General Manager__

Department: __de Seversky Center__  Supervisor: __Robert Rizzuto__

**Principal Results Achieved This Year** (job performance, achievement of agreed upon responsibilities & goals):
  Hire Date: 9/25/06

**Goals for Next Year** (agreed upon goals for the upcoming year):

1. Achieve 20% increase in total revenue over 2005-2006 actual performance. This will be accomplished through:
   a. Increased focus of sales department in acquiring and contacting sales leads for both social and corporate events projecting a 10% increase in revenue on social events and a 7% increase in corporate events over 2005-2006 performance by
      i. Increasing the price point on all catered events and maintaining designated minimum guest counts for all events
      ii. Networking with business organizations to increase awareness of conferencing facilities and unique offerings of the mansion
      iii. Creative sales and event options to maximize guest counts (non traditional dinner set ups)
      iv. Eliminating exclusivity of the use of the mansion on weekends enabling the booking of multiple events on any given day (requires regaining the use of Room D on second floor as second Bridal Suite)
   b. Creating a "regular" schedule of public events to be held on a monthly basis establishing routine and regularity for guests to familiar with and increase public event revenue by 3% to 5% over 2005-2006 levels
   c. Establishing an A la carte lunch menu to be served daily (Tuesday to Friday) in the dining room enabling us to function as a restaurant, accepting walk ins as well as reservations and eliminating the need to cancel based on low guest counts. This will also increase the level of quality and service we are able to provide

2. Increase level of service provided to all guests
   a. Retrain all existing staff and hire new staff and train them at high levels of service excellence. Achieved through the expertise of dining room management and the use of service training manuals. Standards of service will be set and staff members not able to meet required minimum standards will be removed from the service team
   b. Conduct ongoing training classes in wine service and beverage knowledge, Different styles of service to accommodate specific guests needs including classic Russian and French service techniques
   c. Certify all managers, bartenders and wait staff in the NRAEF Servsafe Alcohol program
   d. Hire a "Full Time" wait staff (3 to 4 people) required to establish consistency and quality in the dining room. (A financial plan and analysis will be submitted to justify this sub goal)

3. Increase level of culinary excellence
   a. Hire new Executive Chef to take over kitchen operations and develop new menus for catering, a la carte, and all public events
   b. Create a wine list to complement the new menus to be offered to guests at all public events and as options to upgrade for catered events
   c. Certify all kitchen staff in the NRAEF Servsafe Food safety management program

4. Improve the image of the de Seversky Center
   a. Uniforms and Dress Code
      i. Dining room – black & white, elegant and formal
      ii. Maintenance – functional but crisp, will look at hotel uniforms for ideas
      iii. Kitchen – Black and white, traditional chef attire
      iv. Administrative and Dining Room Management – business attire required, suits for both men and women

5. Improvements to the Building and Grounds
   a. Improve the "First Impression" of the mansion by replacing the gravel circle with cobblestone or pavers that compliment the beauty of the mansion
   b. Repair and/or refurbish all stone and brick walls on the property.
   c. Replace front doors

**Recommendations for Professional Development** (action plan to develop required knowledge, skills & behaviors):

AB 028

1. Membership – in sales and business organizations to facilitate networking and learn new techniques and trends in the industry
2. Sales Force Management – Take this graduate level course offered at NYIT

---

**Overall Rating (check One)/Supervisor Comments:**
I feel Anthony needs to create a plan with timelines designated to that plan. To delegate the staff members that are directly involved with the plan to timelines as well. Anthony needs to hold staff members accountable to their positions, to maintain the growth of the center. There needs to be short term (1-2 months, 4-6 month) and long-term plan (1-3 year) with respect to business, vision and direction) I believe Anthony needs to be more aggressive with regards to what his expectations are from his staff and present himself to them as more of their manager then their friend. I believe that when Anthony finds this balance it will enable him to progress faster in the completion of the tasks and goals that I have charged him with.

_____ Outstanding _____ Very Good __X__ Good _____ Needs Improvement _____ Unsatisfactory

---

**Employee Comments:**
Having had the time to become acclimated with the de Seversky Center I believe I can accomplish these goals and directives in a timely and fiscally responsible manner.

Employee Signature: _____ Date: 1/9/07
Supervisor Signature: _____ Date: 1/9/07