# Exhibit 5



**NEW YORK INSTITUTE OF TECHNOLOGY**

Professional Development Program – September 1, 2006 - August 31, 2007

Employee: ___Anthony Baffo___    Title: ___General Manager___

Department: ___NYIT deSeversky Center___    Supervisor: ___Robert Rizzuto___

**Principal Results Achieved This Year (job performance, achievement against department/individual goals):**

This past year was one of growth and learning.
- Has given the staff a clear direction that NYIT events are equally important as social events.
- Has created a more personalized service to clients which has resulted in better revenues this past year.
- Recently started to develop expectations for staff working towards personal and professional goals and , team building,

**Goals for Next Year (initiatives & priorities for the upcoming year):**
To continue our leadership meetings with the following goals:
- Becoming the premier dining and conferencing facility on the Tri-state area
- Through professional development , staff recognition and incentive programs , attract quality staff top assist us in obtaining our goals of operating in the model of the Ritz Carlton
- Through our continuous staff development program , breaking the stereotype of long hours, little pay or future growth that the restaurant industry is noted for.
- Creating a pleasant work environment where staff has clear expectations of what their position entails and the goals of the operation. This will create an attractive career with personal and professional growth higher pay and shorter work hours and growth for the operation.
- Continue to work closely with NYIT community enabling the college to use the deSeversky center for college functions that will assist in growing their image.
- Work together with DODS and the foodservice director in creating and image for dining services.
- Work together in creating clearer and more efficient interviewing process for new hires to ensure better candidates for positions needed.
- Create a new employee orientation and training process to ensure that new employees are trained to meet our expectations ( Ritz Carlton) and goals
- Continue to build our conferencing business that will enable us to fill Monday – Fridays from 7am-5pm to assist in offsetting the lack of lunch business
- Create an incentive program for the staff as part of the ongoing professional development

**Recommendations for Professional Development (summarize plan for development in current/future role):**

Although I have seen personal and professional growth within the past month would like to acknowledge the areas that I believe you need more growth:
- Continue to work towards deSeversky following the Ritz Carlton model in offering the same customer service, food and complete operation Continue to create clear goals and expectations for the operation and staff to reach the Ritz Carlton model..
- Through these expectations, train and delegate your staff better so you can focus more on having the revenue reflect the service provided.
- Focus more on the task at hand and set your day and week up so you can stay on more of  schedule and manage your time better.
- 
- Institute and execute a professional development plan in each area of the operation to ensure personal and professional growth for all staff members.
- Staff meetings need to be held a weekly or bi weekly basis that will assist you in expressing your needs, and your staffs needs . Meetings are valuable tools in discussing the positive aspects of the operation and the ones that need assistance.
- Need to sit with each staff member and give them clear expectations of what your expectations are of them by giving them the tools they  will need to get the job completed and then follow up.
- Place clear dates on when you want  projects completed and hold them to the dates  If they are successful , continue to support and challenge them is not assist them and hold them responsible to their areas. Follow up follow up!
- Continue to communicate the idea of not giving in to mediocrity
- Need to set yourself up so you are aware of what is going on in every area of the operation and  that areas are clean orderly , and there are procures in place for storage and handling of equipment.

AB 030

- Need to continue developing Sop's for every area of the operation and that there is a hard copy on file and given out to area supervisors to communicate to their staff.( In process)

- Set revenue goals for each sales position in order to reach the operations revenue goals for the year..
- Create and oversee the control of all expenses especially in the areas of payroll, food, beverage and non foods.

- Create and execute a cleaning and maintenance program schedule for the year so the building is always in order with regards to cleanliness, painting, and shows well to clients

- Have more involvement in trade organizations that would allow you to keep up to date with the industry trends. Subscription to industry materials will be useful to you to assist when it comes to creation of menus as well as new approaches to the ever changing customer.
- Create and execute a calendar for events etc that staff can follow that will give more consistency in when information gets out
- Meet with managers of all areas and create and submit a plan for professional development for all staff( by name) by November 15 2007

**Overall Rating (check One)/Supervisor Comments:**

____ Highly Accomplished   __X__ Proficient   __X__ Developing   ____ Unsatisfactory

**Employee Comments:**

Employee Signature: _____   Date: 10/15/07
Supervisor Signature: _____   Date: 10/15/07