# Exhibit 8

**NYIT**
**DeSeversky Conference Center Profit & Loss Statement**
**September & October 2008 & 2009**
**As of April 29, 2010**

|  | September 2008 | October 2008 | YTD 2008 | September 2009 | October 2009 | YTD 2009 |
|---|---:|---:|---:|---:|---:|---:|
| Counter Sales | $ - | $ - | $ - | $ - | $ - | $ - |
| Food Sales | - | - | - | - | - | - |
| Liquor Sales | 63,166 | 54,510 | 117,676 | 61,912 | 74,724 | 136,636 |
| Service Charges | 45,337 | 45,531 | 90,868 | 51,945 | 68,621 | 120,566 |
| Room Income | 4,975 | 18,039 | 23,014 | 23,029 | 29,450 | 52,479 |
| Misc Restaurant Income | 18,629 | 7,514 | 26,143 | 6,435 | 13,960 | 20,395 |
| Food Sales | 166,443 | 165,453 | 331,896 | 187,612 | 248,409 | 436,021 |
| Tent Sales |  |  | - |  |  | - |
| Dept Sales | 22,198 | 13,294 | 35,492 | 18,727 | 15,297 | 34,024 |
| Space Rental |  |  | - |  |  | - |
| Misc Equipment Sales |  |  | - |  |  | - |
| Total Revenue | 320,748 | 304,341 | 625,089 | 349,660 | 450,461 | 800,121 |
| Change in Revenue from 2008 to 2009 |  |  |  |  |  | 175,032 |
| % Change in Revenue from 2008 to 2009 |  |  |  |  |  | 28% |