# Exhibit 9

## Recruitment Authorization

Requesting Director/Dean: _____Robert Rizzuto_____         Date: ___September 1, 2009___

| Department Name: De Seversky Center | Department Number: 145101 | Account Number: 62110 |
|---|---|---|
| Position Title: Catering Sales Associate | Appt./Contract Letter Required: Yes ____ No _X_ | Salary Range: From __$37K__ To _$42K_ |
| Refer Applicant To: Anthony Baffo | Telephone Extension: 1458 | Full time __X__ Part time_____ |
| Replacement: Yes ___ No _X_ | Previous Incumbent: | Separation Date: |
| Salary of Previous Incumbent: $ | New Position: Yes _X_ No ___ | If new position, please attach job description |

**Responsibilities or Position Duties:**

Job description Attached

**Budget distribution of 145101.62110**

New position to increase inflow of new clients, to increase volume of events and revenue. This additional sales associate will also provide the opportunity for the sales department to solicit new business outside of the mansion without taking away valuable meeti9ng time with existing clients.

Approved: _____   Date:_____   Financial Affairs Use Only
         Vice President

Approved: _____   Date:_____   _____
         Director, Human Resources

Approved: _____   Date:_____   _____
         Director, Financial Planning

D02155