# Exhibit 10

**From:** Anthony Baffo
**Sent:** Sunday, August 30, 2009 2:19 PM
**To:** Robert Rizzuto
**Subject:** RE: follow up

Ok to all. Will do tomorrow.

---

**From:** Robert Rizzuto <rrizzuto@nyit.edu>
**Sent:** Sunday, August 30, 2009 1:57 PM
**To:** Anthony Baffo <abaffo@nyit.edu>
**Subject:** follow up

Anthony
 B Tuesday please have proper paperwork completed for new sales p[position and if we need anything at all for that dining room position
 Also Melissa  write up competed by Monday afternoon sent to HR
 Also please have a   memo drawn up and printed out attached to pay checks that states there is not eating of foods while on shift A meal is provided . if  you are caught eating you will  be terminated  Have them sign give back to Ytala and keep on file

You may have to tweak what is said but i want in Thursday check
 Thank you

D02165