# Exhibit 11

Case 2:10-cv-01245-LDW-ETB   Document 39-11   Filed 10/11/11   Page 2 of 2 PageID #: 620

| | |
|---|---|
| From: | Anthony Baffo |
| Sent: | Monday, August 31, 2009 11:15 AM |
| To: | Robert Rizzuto |
| Subject: | sales RA |
| Attachments: | Catering Sales Associate.doc; zCateringSalesAssociate 9-1-09 Cover.doc |

Hard copy is on your desk also

Anthony Baffo
General Manager
NYIT de Seversky Center
Northern Boulevard
Old Westbury, NY
t 516-686-1458
f 516-686-7677

"Your Educated Choice in Hospitality"

D02154