# Exhibit 12

To:   Len Aubrey

From:   Anthony Baffo, General Manager
        NYIT de Seversky Center

Date:   September 1, 2009

Re:   Catering Sales Associates RA

Good Morning Len,

This is an RA for the position of Catering Sales Associate for the deSeversky Center. This is a new position. I have attached a complete job description.

This person will be part of the sales team responsible for booking all events at deSeversky. In order to keep up with the volume this is a necessary position to drive the sales and produce high revenues for NYIT.

The monies for this position are not in the FY2010 budget. The proposed Salary for this position is $37,000 - $42,000 plus a 1% share of the service charge distribution.

Please let me know if you have any questions 686-1458.

Thank you

Anthony

D02157