# Exhibit 13

| | |
|---|---|
| **From:** | Anthony Baffo |
| **Sent:** | Thursday, September 03, 2009 2:27 PM |
| **To:** | Robert Rizzuto |
| **Subject:** | DR Captain RA |
| **Attachments:** | Dining Room Captain.doc; zasstDiningRm Mgr Cover.doc; Dining Room Captain.doc |

I have also left the hard copies on your desk.

**Anthony Baffo**
General Manager
NYIT de Seversky Center
Northern Boulevard
Old Westbury, NY
t 516-686-1458
f 516-686-7677

**"Your Educated Choice in Hospitality"**

D04910