# Exhibit 14

## Recruitment Authorization

Requesting Director/Dean: _____Robert Rizzuto_____        Date: ___September 3, 2009___

| Department Name: De Seversky Center | Department Number: 145101 | Account Number: 62110 |
|---|---|---|
| Position Title: Dining Room Captain | Appt./Contract Letter Required: Yes __X__ No ___ | Salary Range: From __$36K__ To __$40K__ |
| Refer Applicant To: Anthony Baffo | Telephone Extension: 1458 | Full time __X__ Part time_____ Exempt |
| Replacement: Yes ____ No __X__ | Previous Incumbent: | Separation Date: |
| Salary of Previous Incumbent: | New Position: Yes __X__ No ____ | If new position, please attach job description |

**Responsibilities or Position Duties:**

Job description Attached
The de Seversky Center now operates 7 days a week and is available for breakfast lunch and dinner. The increased level of business requires over 16 hours of preparation on most days and additional supervision of those hours.

**Budget distribution of 145101.62110**

Monies for this position are already in the FY2010 budget.

Approved: _____  Date: _____    Financial Affairs Use Only
           Vice President

Approved: _____  Date: _____    _____
           Director, Human Resources

Approved: _____  Date: _____    _____
           Director, Financial Planning

D02128