# Exhibit 15

To:   Len Aubrey

From: Anthony Baffo, General Manager
      NYIT de Seversky Center

Date: September 3, 2009

Re:   Dining Room Captain RA

Good Morning Len,

This is an RA for the position of Dining Room Captain for the deSeversky Center. This is an open position already on our Position Control List. I have included a complete job description for the position.

With the increase in volume at deSeversky it has become a necessity to bring on a full time Captain (supervisor) to maintain and continue to improve on the quality and consistency of the deSeversky concept and image.

Currently the Dining Room Manger and general manager run all of the shifts. The volume of events continues to grow extending our hours of operation and requiring the managers to be scheduled for six and sometimes seven day work schedules including some 12-14 hour days. The addition of the DR Captain will alleviate that schedule and provide more time and opportunity for the training and development of our staff.

The monies for this position are already included in the FY2010 budget.

Please let me know if you have any questions 686-1458.

Thank you


Anthony

D04913