# Exhibit 16



# Job Description

**Title:** Dining Room Captain  
**Department:** deSeversky Center  

**Reports to:** Dining Room Manager  
**Preparer:** Anthony Baffo  

**Principal Responsibilities:**

Under the direction of the Dining Room Manager and General Manager, the Dining Room Captain oversees dining room operations.

- Satisfy all guest and client needs with a perfect and unexpected experience by maintaining the highest level of guest satisfaction and quality standards, and provides direction and development for staff
- Represents NYIT Dining Services to students, faculty, staff, and guests in a positive and professional manner
- Works closely with staff to build morale and emphasize team work
- Assists with training, employee development and team meetings
- Supports the needs of a diverse work environment
- May assist with interviewing process
- Provides appropriate progressive discipline
- Conducts pre-meal meetings with staff in conjunction with Dining Room manager and Executive / Sous Chefs
- Responsible for maintaining sanitation standards in compliance with county and state laws, NYIT Health and Safety regulations, and HACCP policies
- Assists Chef and Sous Chef in monitoring all aspects of food quality, including quantity and adherence to established menu
- Ensures Inviting and appetizing presentations of all food displays
- Executes mansion opening and closing procedures
- Assists in administrative duties, including inventory, payroll, scheduling, calendars, documentation, and ordering supplies.
- Communicates with managers and other team members to learn of daily specials, events and important shift information.
- Have an outgoing and guest oriented personality and demonstrates a helpful, positive attitude at all times to guests and team members.
- Always be on time
- **Position will entail nights, weekends, and holidays**
- Other duties/responsibilities may be added as the level of business and needs of the Center increase and change
- Adhere to all NYIT and department specific policies and procedures including dress code and attendance policies
- Is neat and well groomed for every shift and in immaculate and proper work attire

D04914