# Exhibit 18

Case 2:10-cv-01245-LDW-ETB   Document 39-18   Filed 10/11/11   Page 2 of 3 PageID #: 635

monster

# New York Institute of Te

## Job Summary    *posted  9/22/09*

**Company**
New York Institute of Technology

**Location**
Old Westbury, NY 11568

**Industries**
Education

**Job Type**
Full Time
Employee

**Years of Experience**
2+ to 5 Years

# Dining Room Captain– deSeversky Center

## About the Job

NYIT deSeversky Center, one of the North Shore's premier catering and conference centers, located on the pristine campus of New York Institute of Technology in Old Westbury, seeks a Dining Room Captain to work with our professional staff to ensure that all of our events are an occasion to remember.

New York Institute of Technology (NYIT) offers <u>undergraduate</u>, <u>graduate</u> and professional degrees to approximately 15,000 students through seven academic schools, at campuses in New York (at Columbus Circle in Manhattan and at Old Westbury on Long Island), at a number of global sites and campuses, and online.  NYIT is a leader in developing creative approaches to the technological and global challenges in higher education today.

Under the direction of the Dining Room Manager and General Manager, the Dining Room Captain will oversee all dining room operations, including assisting chefs in monitoring all aspects of food quality, including quantity, adherence to an established menu and ensuring high quality of all food displays.  This includes maintaining sanitation standards in compliance with county and state regulations, NYIT health and safety regulations and HACCP policies.  The selected candidate will also be responsible for assisting with administrative duties, including inventory, <u>payroll</u>, scheduling, ordering supplies, preparing daily reports, executing opening and closing procedures for the Center, conducting pre-meal meetings with management and staff, and provide training and employee development for staff.

Two-plus years' restaurant management experience in a fine dining/catering setting is required.

AB 078

Dining Room Captain– deSeversky Center Job in Old Westbury 11568, New York US        Page 2 of 2

A degree in Hospitality Management or Culinary Arts and Serv Safe certification are also preferred.  Excellent interpersonal, communication and computer (MS Office) skills are also required.  We offer a competitive benefits package including tuition remission.

For immediate consideration, please email your resume to Maureen Gaughran, Associate Director, Human Resources, at mgaughra@nyit.edu or fax  to 516-686-7929. EOE.

## Contact Information
**New York Institute of Technology**

AB 079