# Exhibit 19

From: Maureen Gaughran [mgaughra@nyit.edu]
Sent: Tuesday, September 29, 2009 7:46 AM
To: Robert Rizzuto
Cc: Anthony Baffo
Subject: RE: Good morning
Attachments: Catering Sales Associate 9.25.09 External Posting.docx

Robert, I have posted the Dining Room Captain on Monster.com and the NYIT website and I have already sent a few resumes to Anthony. I will forward them to you.

I also sent Anthony a draft of the posting for the Catering Sales Associate on September 25th for his review and approval. I have attached a copy of the posting draft. Please review and let me know if you have any changes or if you approve the posting. I will then post it on Monster and the NYIT website.

Please confirm the dates that Anthony will be on vacation so I send you the postings during his absence and resume sending them to him upon his return.

Thank you. Maureen


Maureen Gaughran
Acting Director-Human Resources
New York Institute of Technology
P.O. Box 8000
Old Westbury, NY  11568
Phone: (516)686-1012
Fax: (516)686-7929


-----Original Message-----
From: Robert Rizzuto [mailto:rrizzuto@nyit.edu]
Sent: Tuesday, September 29, 2009 6:03 AM
To: Maureen Gaughran
Cc: Anthony Baffo
Subject: Good morning

Good Morning Maureen,

I wanted to ask if you can put out ads for the dining room captain and the sales assistant ( if it has been approved by president) this week? Anthony is going on vacation next week so you can forward to me . Anthony will send you all the information on these if you need.

Thank you very much

Robert

D01669