# Exhibit 20

## ▲ New York *Blood Center*

310 E. 67th Street, New York, NY 10065
212/570-3000   Fax 212/570-3195

09-25-2009

ID: 1357896

Mr. ANTHONY BAFFO
171 07 33RD AVE
FLUSHING, NY 11358

Dear Mr. BAFFO:

When you donated blood on 09-18-2009 we informed you that we routinely perform several tests on all blood, and that we would notify you of any significant findings. Your blood did show a reaction to one of these tests. It is important for you to come in to the Blood Center to discuss this test result since it indicates a finding of importance to your health.

Please call (212) 570-3432 or (800) 688-0900 between 8:00 AM and 5:00 PM, Monday through Friday. An appointment will be made for you to meet with one of our staff who will discuss our finding with you and repeat the test. We are located at 310 East 67th Street, New York City.

Thank you for your cooperation. We look forward to seeing you soon.

Sincerely,

*Debra Kessler*

Debra Kessler, RN MS
Director, Special Donor and Community Health Services