# Exhibit 21

REDACTED

## Time Card Report

| Employee ID | Name | | Department | | Cost Center | | From | To |
|---|---|---|---|---|---|---|---|---|
| 1204 | Baffo, Anthony | | Deseversky | | Salaries - Professional | | 09/01/2009 | 10/31/2009 |
| Date | IN | OUT | Hours | Type | Dept | Cost Ctr | Rate | Dollars |
| Fri 09/25/09 | 02:00 AM | 06:39 PM | 16:39 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 16:39 | | |
| Sat 09/26/09 | 08:33 AM | 08:29 PM | 11:56 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 11:56 | | |
| Tue 09/29/09 | 09:15 AM | 05:54 PM | 08:39 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 08:39 | | |
| Wed 09/30/09 | 08:11 AM | 05:57 PM | 09:46 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 09:46 | | |
| Thu 10/01/09 | 07:41 AM | | 00:00 | REG | 145101 | 62110 | | |
| Fri 10/02/09 | 07:29 AM | 02:34 PM | 07:05 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 07:05 | | |
| Sat 10/03/09 | 09:04 AM | 01:47 AM | 16:43 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 16:43 | | |
| Sun 10/04/09 | 11:02 PM | | 00:00 | REG | 145101 | 62110 | | |
| Mon 10/05/09 | | | 08:00 | VAC | 145101 | 62110 | | |
| | | | | | Daily Total: | 08:00 | | |
| Tue 10/06/09 | | | 08:00 | VAC | 145101 | 62110 | | |
| | | | | | Daily Total: | 08:00 | | |
| Wed 10/07/09 | | | 08:00 | VAC | 145101 | 62110 | | |
| | | | | | Daily Total: | 08:00 | | |
| Thu 10/08/09 | | | 08:00 | VAC | 145101 | 62110 | | |
| | | | | | Daily Total: | 08:00 | | |
| Fri 10/09/09 | | | 08:00 | VAC | 145101 | 62110 | | |
| | | | | | Daily Total: | 08:00 | | |
| Mon 10/12/09 | | | 08:00 | VAC | 145101 | 62110 | | |
| | | | | | Daily Total: | 08:00 | | |
| Tue 10/13/09 | | | 08:00 | VAC | 145101 | 62110 | | |
| | | | | | Daily Total: | 08:00 | | |
| Fri 10/16/09 | 08:36 AM | 06:15 PM | 09:39 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 09:39 | | |
| Sat 10/17/09 | 09:56 AM | 09:48 PM | 11:52 | REG | 145101 | 62110 | | |
| | 06:59 AM | 06:08 PM | 11:09 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 23:01 | | |
| Mon 10/19/09 | 09:56 AM | 05:56 PM | 08:00 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 08:00 | | |
| Tue 10/20/09 | 08:07 AM | 10:30 AM | 02:23 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 02:23 | | |
| Wed 10/21/09 | 07:21 AM | 08:32 PM | 13:11 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 13:11 | | |
| Fri 10/23/09 | 08:04 AM | 10:09 PM | 14:05 | REG | 145101 | 62110 | | |
| | | | | | Daily Total: | 14:05 | | |

REDACTED

D08628