# Exhibit 22

| | |
|---|---|
| From: | Anthony Baffo |
| Sent: | Friday, October 02, 2009 11:13 AM |
| To: | Robert Rizzuto |
| Subject: | doctor. |

I'm heading out for my test. Will be back

**Anthony Baffo**
General Manager
NYIT de Seversky Center
Northern Boulevard
Old Westbury, NY
t 516-686-1458
f 516-686-7677

**"Your Educated Choice in Hospitality"**

D01821