# Exhibit 23

New York Institute Of Technology  NYIT Separated Employees Report   Run Time 27-AUG-10 11.18.29 AM   Start Date : '01-jan-2008' , End Date : '28-aug-2010'

| Last Name | First Name | Organization | Reason | Position | Assignment Category | Job | Campus | Date Of Hire | Last Day of Employment | Salary |
|---|---|---|---|---|---|---|---|---|---|---|
| Adler | Nathan | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 22-Oct-08 | 11-Dec-08 | 24960 |
| Baca | Patricio | Financial Affairs.deSeversky Conference Center | Retirement | Housekeeper | Full Time Staff | Laborer | Old Westbury | 30-Mar-81 | 01-Sep-09 | 39810.08 |
| Baffo | Anthony | Financial Affairs.deSeversky Conference Center | Reduction in Force | General Manager | Full Time Staff | Official & Manager | Old Westbury | 25-Sep-06 | 26-Oct-09 | 74460.55 |
| Baffo | Antonio | Financial Affairs.deSeversky Conference Center | End of Assignment | Temporary Staff - Part-Time | Temp | Operator | Old Westbury | 28-Dec-06 | 08-May-08 | 20800 |
| Bari | Michael | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 02-Oct-08 | 21-Jan-09 | 24960 |
| Bermel | Thomas | Financial Affairs.deSeversky Conference Center | Resigned | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 11-Sep-06 | 18-Dec-08 | 25833.6 |
| Bermudez | Claudan Sid | Financial Affairs.deSeversky Conference Center | End of Assignment | Server | Part Time Staff | Operator | Old Westbury | 30-Aug-06 | 31-Oct-08 | 30139.2 |

Food Services Separations 1.1.08 to 8.27.10.xls

D07266

| Last Name | First Name | Organization | Reason | Position | Assignment Category | Job | Campus | Date Of Hire | Last Day of Employment | Salary |
|---|---|---|---|---|---|---|---|---|---|---|
| Brewi | Matthew | Financial Affairs.deSeversky Conference Center | Resigned | Sous Chef | Full Time Staff | Laborer | Old Westbury | 30-Aug-07 | 27-Jun-08 | 43430 |
| Brown | Devin | Financial Affairs.deSeversky Conference Center | Terminated | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 20-Aug-08 | 14-Nov-08 | 24960 |
| Bruno | Nancy | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 29-Aug-09 | 24-Dec-09 | 24960 |
| Burgos | Juan | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Temp | Operator | Old Westbury | 14-Jun-08 | 24-Jul-08 | 24960 |
| Campbell | Omar | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Temp | Operator | Old Westbury | 20-Jul-07 | 22-May-08 | 24960 |
| Carasco | Ellington | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Temp | Operator | Old Westbury | 12-Aug-07 | 09-Oct-08 | 24960 |
| Carroll | George | Financial Affairs.deSeversky Conference Center | Resigned | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 04-Dec-09 | 28-Mar-10 | 24960 |
| Cavese | Elizabeth | Financial Affairs.deSeversky Conference Center | No Return from Leave of Absence - Medical | Cook | Temp | Craft Skilled | Old Westbury | 21-May-08 | 17-Jun-09 | 33280 |
| Cueva | Rodolfo | Financial Affairs.deSeversky Conference Center | Resigned | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 24-Nov-07 | 30-Apr-09 | 20800 |
| Cupid | Kyle | Financial Affairs.deSeversky Conference Center | Terminated | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 23-May-08 | 17-May-09 | 24960 |
| Dekenipp | Jonathan | Financial Affairs.deSeversky Conference Center | End of Assignment | Cook | Temp | Craft Skilled | Old Westbury | 11-Nov-08 | 31-Dec-08 | 33280 |
| Deisanta | Karen | Financial Affairs.deSeversky Conference Center | NULL | Temporary Staff - Full-Time | Temp | Operator | Old Westbury | 30-Oct-05 | 11-Feb-08 | 20800 |
| Devot | Brian | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Temp | Operator | Old Westbury | 29-Mar-08 | 03-Jul-08 | 24960 |
| Flores | Victor | Financial Affairs.deSeversky Conference Center | Terminated | Dishwasher | Temp | Laborer | Old Westbury | 02-Oct-06 | 06-Oct-08 | 20800 |
| Ford | Peter | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Temp | Operator | Old Westbury | 13-Dec-07 | 10-Jan-08 | 24960 |
| Freeze | Dolores | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 22-May-09 | 24-Dec-09 | 24960 |
| Fulton | Kamara | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 02-May-08 | 22-Dec-08 | 24960 |
| Gedeon | Nelly | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Temp | Operator | Old Westbury | 05-Apr-08 | 19-Jun-08 | 24960 |
| Gialis | Vicky | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Temp | Operator | Old Westbury | 28-Apr-07 | 22-May-08 | 24960 |
| Glovar | Jordan | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 04-Feb-08 | 28-Dec-09 | 24960 |
| Gohil | Krishnakumar | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 08-Aug-08 | 14-Dec-08 | 24960 |
| Hall | Richard | Financial Affairs.deSeversky Conference Center | Reduction in Force | Temporary Staff - Full-Time | Temp | Operator | Old Westbury | 31-Mar-08 | 24-Nov-08 | 24960 |
| Hart | Craig | Financial Affairs.deSeversky Conference Center | End of Assignment | Temporary Staff - Full-Time | Temp | Operator | Old Westbury | 13-Oct-05 | 05-Jun-08 | 20800 |
| Hernandez | Rigoberto | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Temp | Operator | Old Westbury | 07-Sep-07 | 10-Jan-08 | 22880 |
| Hyman | Tara | Financial Affairs.deSeversky Conference Center | End of Assignment | Walter/Waitress | Part Time Staff | Operator | Old Westbury | 11-Jul-08 | 22-Feb-09 | 24960 |

| Last Name | First Name | Organization | Reason | Position | Assignment Category | Job | Campus | Date Of Hire | Last Day of Employment | Salary |
|---|---|---|---|---|---|---|---|---|---|---|
| Ilogu | Chukwunonso | Financial Affairs.deSeversky Conference Center | Resigned | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 27-Sep-05 | 31-Jan-09 | 25833.8 |
| Jones | Ashlee | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 06-Jun-08 | 21-Aug-08 | 24960 |
| Kalmis | Theodora | Financial Affairs.deSeversky Conference Center | End of Assignment | Server | Part Time Staff | Operator | Old Westbury | 20-Apr-07 | 31-May-08 | 24960 |
| Kelly | Jennifer | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 03-May-08 | 10-Jul-08 | 24960 |
| Kofteris | Nickolaus | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 13-Dec-07 | 20-Aug-08 | 24960 |
| Kutal | Veli | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 19-Jul-08 | 05-Oct-08 | 24960 |
| Lanza | Richard | Financial Affairs.deSeversky Conference Center | Terminated | Executive Chef | Full Time Staff | Professional | Old Westbury | 04-Dec-06 | 01-Feb-08 | 82800 |
| Lavin | Julie | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress - Part-Time | Temp | Operator | Old Westbury | 19-Jun-07 | 14-Aug-08 | 22880 |
| Lefcort | Stephen | Financial Affairs.deSeversky Conference Center | End of Assignment | Cook | Temp | Craft Skilled | Old Westbury | 27-May-08 | 28-Aug-08 | 16640 |
| Letzler | Lori | Financial Affairs.deSeversky Conference Center | Reduction in Force | Administrative Assistant | Part Time Staff | Office & Clerical | Old Westbury | 05-Mar-07 | 24-Nov-08 | 32614.4 |
| Levine | Samantha | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 28-Apr-08 | 29-Apr-08 | 20800 |
| Luk | Che Pan | Financial Affairs.deSeversky Conference Center | Reduction in Force | Cook | Full Time Staff | Laborer | Old Westbury | 25-Aug-06 | 29-Aug-08 | 31360.5 |
| Maguire | John | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 11-Jul-08 | 17-Dec-09 | 24960 |
| Mahmood | Zahid | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 23-May-08 | 22-Feb-09 | 24960 |
| Maldonado | Javier | Financial Affairs.deSeversky Conference Center | Reduction in Force | Housekeeper | Full Time Staff | Laborer | Old Westbury | 14-Nov-05 | 24-Nov-08 | 32966.4 |
| Marrero | Joshua | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 30-Apr-08 | 11-Sep-08 | 24960 |
| Mascetti | Karen | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 07-Jun-08 | 14-Jan-10 | 31200 |
| Mahnal | Sabaoun | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 22-May-08 | 18-Mar-10 | 25209.6 |
| Minero | Oscar | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 27-Jan-03 | 18-Dec-08 | 25833.6 |
| Mohamed | Sajid | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 02-Feb-08 | 21-May-09 | 24960 |
| Mohammed | Ravelle | Financial Affairs.deSeversky Conference Center | End of Assignment | Temporary Staff - Full-Time | Temp | Operator | Old Westbury | 09-Jun-04 | 24-Apr-08 | 20800 |
| Morales | Noel | Financial Affairs.deSeversky Conference Center | End of Assignment | Cook | Temp | Craft Skilled | Old Westbury | 07-Jun-08 | 31-Dec-08 | 27040 |
| Morell | Vanessa | Financial Affairs.deSeversky Conference Center | Terminated | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 08-Feb-08 | 16-Dec-09 | 25209.8 |
| Moreno | Jose | Financial Affairs.deSeversky Conference Center | End of Assignment | Dishwasher | Part Time Staff | Laborer | Old Westbury | 08-Dec-08 | 01-Jan-09 | 20800 |
| Nothdurft | John | Financial Affairs.deSeversky Conference Center | End of Assignment | Cook | Temp | Craft Skilled | Old Westbury | 27-Feb-08 | 27-Mar-08 | 20800 |

D07268

| Last Name | First Name | Organization | Reason | Position | Assignment Category | Job | Campus | Date Of Hire | Last Day of Employment | Salary |
|---|---|---|---|---|---|---|---|---|---|---|
| Rabena | Lauren | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 17-Sep-08 | 16-Oct-08 | 24960 |
| Repetto | Paul | Financial Affairs.deSeversky Conference Center | Resigned | Cook | Part Time Staff | Craft Skilled | Old Westbury | 03-Nov-09 | 24-Dec-09 | 31200 |
| Rhodes | Deborah | Financial Affairs.deSeversky Conference Center | Reduction in Force | Director, Sales | Full Time Staff | Official & Manager | Old Westbury | 02-May-00 | 25-Nov-08 | 44917.47 |
| Robarge | Bryan | Financial Affairs.deSeversky Conference Center | Resigned | Sous Chef | Full Time Staff | Professional | Old Westbury | 21-Aug-07 | 27-Jun-10 | 38380 |
| Rodriguez | Karlyn | Financial Affairs.deSeversky Conference Center | Resigned | Administrative Assistant | Full Time Staff | Office & Clerical | Old Westbury | 08-Jan-07 | 22-Aug-08 | 30315.15 |
| Ruiz | Karla | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 13-Aug-07 | 15-Jan-09 | 20800 |
| Ruiz-Torres | Jose | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 18-Nov-07 | 10-Jan-08 | 24960 |
| Rustum | Meena | Financial Affairs.deSeversky Conference Center | Reduction in Force | Baker | Full Time Staff | Craft Skilled | Old Westbury | 11-Dec-06 | 24-Nov-08 | 34496.55 |
| Saleh | Hassan | Financial Affairs.deSeversky Conference Center | Resigned | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 09-Feb-08 | 30-Dec-09 | 24960 |
| Sandoval | Antonio | Financial Affairs.deSeversky Conference Center | Resigned | Cook | Full Time Staff | Craft Skilled | Old Westbury | 25-Apr-07 | 31-Jan-09 | 29120 |
| Savarese | William | Financial Affairs.deSeversky Conference Center | Resigned | Executive Chef | Full Time Staff | Professional | Old Westbury | 15-Sep-08 | 07-Nov-08 | 105000 |
| Smart | Virgo | Financial Affairs.deSeversky Conference Center | End of Assignment | Cook | Temp | Craft Skilled | Old Westbury | 26-Feb-08 | 29-May-08 | 21320 |
| Spence | Marshall | Financial Affairs.deSeversky Conference Center | End of Assignment | Server | Temp | Operator | Old Westbury | 14-Apr-07 | 01-Jun-08 | 29120 |
| Spence | Terrence | Financial Affairs.deSeversky Conference Center | Reduction in Force | Manager, Dining Room | Full Time Staff | Official & Manager | Old Westbury | 23-Feb-07 | 24-Nov-08 | 57494.25 |
| Stathes | Christina | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 13-Apr-08 | 10-Sep-09 | 24960 |
| Sullivan | Ryan | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 06-Jun-09 | 13-Aug-09 | 24960 |
| Taylor-Jones | Dravis | Financial Affairs.deSeversky Conference Center | End of Assignment | Cook | Temp | Craft Skilled | Old Westbury | 05-May-07 | 24-Jan-08 | 27040 |
| Thanopoulos | Christina | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 16-Jun-08 | 07-Aug-08 | 24960 |
| Tyrrell | Vincent | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 24-May-08 | 20-Aug-09 | 24960 |
| Uddin | Zubair | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 28-Feb-08 | 29-Jan-09 | 24960 |
| Umair | Mohammad | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 10-May-08 | 31-Dec-09 | 24960 |
| Valenzuela | Cesar | Financial Affairs.deSeversky Conference Center | Resigned | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 02-Feb-08 | 19-May-10 | 25209.6 |
| Ventura | Lynn | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 13-Oct-07 | 29-May-08 | 24960 |
| Verdi | Michael | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 29-Jul-05 | 10-Sep-09 | 26083.2 |
| Vessio | Brittany | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 04-Dec-09 | 24-Dec-09 | 24960 |

D07269

| Last Name | First Name | Organization | Reason | Position | Assignment Category | Job | Campus | Date Of Hire | Last Day of Employment | Salary |
|---|---|---|---|---|---|---|---|---|---|---|
| Wafa | Anaam | Financial Affairs.deSeversky Conference Center | End of Assignment | Waiter/Waitress | Temp | Operator | Old Westbury | 17-Aug-07 | 08-May-08 | 24960 |
| Yanes | Daniel | Financial Affairs.deSeversky Conference Center | Terminated | Cook | Temp | Craft Skilled | Old Westbury | 19-Dec-07 | 31-Dec-08 | 20800 |
| Zengen | Erik | Financial Affairs.deSeversky Conference Center | Terminated | Waiter/Waitress | Part Time Staff | Operator | Old Westbury | 12-Mar-09 | 11-Oct-09 | 24960 |

D07270