# Exhibit 24

**To:** Len Aubrey

**From:** Robert Rizzuto

**Re:** Approval to Eliminate the General Manager's position at The deSeversky center

**Date:** October 16, 2008

As a follow up to our discussion with regards to reorganization of the management staff at the deSeversky Center, I would like to move forward and eliminate this position during the week of October 19, 2009.

I am forecasting flat revenues for fiscal 2010 and have designed a plan to create three positions with the savings. The only effect this will have on the budget will be a .5 % increase to the service charge distribution for the dining room captain. I will assume the general manager's responsibility's and delegate duties as needed.

Len Aubrey _____ Date: 10/16/09

Vice President of Financial Affairs

DO7297