# Exhibit 25

| | |
|---|---|
| **Subject:** | Robert Rizzuto |
| **Location:** | Len's Office |
| **Start:** | Fri 10/16/2009 8:30 AM |
| **End:** | Fri 10/16/2009 9:00 AM |
| **Recurrence:** | (none) |
| **Organizer:** | Leonard Aubrey |

D06587