# Exhibit 31

| | |
|---|---|
| From: | Anthony Baffo |
| Sent: | Monday, October 19, 2009 2:09 PM |
| To: | Robert Rizzuto |
| Attachments: | deSev Organization Chart 2009.vsd |

Anthony Baffo
General Manager
NYIT de Seversky Center
Northern Boulevard
Old Westbury, NY
t 516-686-1458
f 516-686-7677

"Your Educated Choice in Hospitality"

D05637



D05638