# Exhibit 32

| | |
|---|---|
| From: | Robert Rizzuto |
| Sent: | Monday, October 19, 2009 2:11 PM |
| To: | Carol Jablonsky |
| Subject: | deSev Organization Chart 2009.vsd |
| Attachments: | deSev Organization Chart 2009.vsd |

Carol,

This is the deSeversky organizational chart.

Robert

D03305



D03306