# Exhibit 33

| | |
|---|---|
| From: | Robert Rizzuto |
| Sent: | Tuesday, October 20, 2009 12:25 PM |
| To: | Carol Jablonsky |
| Subject: | reorganization of deSeversky Center 2009 |
| Attachments: | reorganization of deSeversky Center 2009.doc |

Carol,

Attached is the memo that your requested. Please let me know if it is informatory enough to move forward.

Thank you for your assistance,

Robert

D03302

**To:** Carol Jablonsky

**From:** Robert Rizzuto

**Re:** Reorganization and Consolidation of the deSeversky Center

**Date:** October 20, 2009

With continued uncertainty regarding the economy, I am recommending a reorganization and consolidation of the, deSeversky Center's top management. It is my feeling that we will continue to feel pressure through fiscal 2010. This will have a direct effect on our top line revenue numbers through the fall and spring. The following recommendations with regards to consolidations; will provide us with favorable profit margins even with lower revenue numbers through fiscal 2010/2011.

My recommendation is to eliminate the general manager's position and segregate these responsibilities.

The sales and operations manager will oversee all sales and operational functions within the deSeversky mansion to include:

- staff training programs
- staff scheduling in accordance to business needs and payroll percentage guidelines
- adherence to Standard operation procedures that are in place
- development and expedition of all staff work plans
- mansion opening and closing procedures to include handling of all equipment related to events

The Director of Dining services will take on the following responsibilities:

- approval of all scheduling
- payroll
- purchasing
- staff recruiting and all personnel related issues

D03303

- marketing
- oversee all facilities and grounds requests
- PDP program
- meet with clients as needed

The goal remains to provide exceptional service through staff training and development, tighter controls on purchases, and inventory.

D03304