# Exhibit 35

We are here today to talk to you about the structure of the ____ group here at deSeversky. As you know, we have been under a lot of economic pressure lately and we need to look at ways to make this operation more cost effective.

Len and I have been looking at this structure for quite a while now and decided that a reorganization is needed to help accomplish our goals. We've put some parts of the plan into effect already but unfortunately, part of this plan includes elimination your position of general manager.

Considering the economic climate and pressures, we are able to offer you an enhanced severance to help you with this transition.

Carol is here from HR to give you the details of the agreement and instructions about next steps…

D08408