# Exhibit 36

New York Institute Of Technology  NYIT New Hire Report - As of 27-AUG-10  Run Time 27-AUG-10 11.32.37 AM  Start Date : '01-Jan-2008' , End Date : '27-aug-2010'

| Last Name | First Name | Organization | Campus | Position | Employment Category | Job | Date Of Hire | Supervisor | Annual Salary | Hourly Salary |
|---|---|---|---|---|---|---|---|---|---|---|
| Nichols | Christopher | Financial Affairs.Culinary Arts Restaurant | Central Islip | Cook | Part Time Staff | Craft Skilled | 31-Mar-08 | Grossmann, Gunter | $24,169.60 | $11.62 |
| Zauderer | Stephanie | Financial Affairs.Culinary Arts Restaurant | Central Islip | Cook | Part Time Staff | Professional | 01-May-09 | Grossmann, Gunter | $18,720.00 | $9.00 |
| Bari | Michael | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 02-Oct-08 | Baffo, Anthony | $24,960.00 | $12.00 |
| Brown | Devin | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 20-Aug-08 | Baffo, Anthony | $24,960.00 | $12.00 |
| Bruno | Nancy | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 29-Aug-09 | Rizzuto, Robert | $24,960.00 | $12.00 |
| Carroll | George | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 04-Dec-09 | Rizzuto, Robert | $24,960.00 | $12.00 |
| Chau | Jimmy | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 15-Sep-08 | Baffo, Anthony | $24,960.00 | $12.00 |
| Cicciariello | Kimberly | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 27-Jun-08 | Rizzuto, Robert | $25,209.60 | $12.36 |
| Cordero | Daniel | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 09-Oct-09 | Rizzuto, Robert | $24,960.00 | $12.24 |
| Cupid | Kyle | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 23-May-08 | Baffo, Anthony | $24,960.00 | $12.00 |
| Davis | Bryan | Financial Affairs.deSeversky Conference Center | Old Westbury | Dining Room Captain | Part Time Staff | Professional | 11-Apr-08 | Rizzuto, Robert | $31,200.00 | $15.00 |
| Diaz | Sharifa | Financial Affairs.deSeversky Conference Center | Old Westbury | Cook | Full Time Staff | Craft Skilled | 28-Mar-08 | Rizzuto, Robert | $27,856.61 | $0.00 |
| Echauri | Roger | Financial Affairs.deSeversky Conference Center | Old Westbury | Dining Room Manager | Full Time Staff | Official & Manager | 18-Nov-09 | Rizzuto, Robert | $40,000.00 | $0.00 |
| Eugene | Richard | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 30-Aug-08 | Rizzuto, Robert | $25,209.60 | $12.36 |
| Freeze | Dolores | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 22-May-09 | Rizzuto, Robert | $24,960.00 | $12.00 |
| Fulton | Kamara | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 02-May-08 | Baffo, Anthony | $24,960.00 | $12.00 |
| Glover | Jordan | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 04-Feb-08 | Rizzuto, Robert | $24,960.00 | $12.00 |
| Gohil | Krishnakumar | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 08-Aug-08 | Baffo, Anthony | $24,960.00 | $12.00 |
| Hyde | Kelly | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 11-Jul-08 | Rizzuto, Robert | $25,209.60 | $12.36 |
| Hyman | Tara | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 11-Jul-08 | Baffo, Anthony | $24,960.00 | $12.00 |
| Maguire | John | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 11-Jul-08 | Rizzuto, Robert | $24,960.00 | $12.00 |
| Mahmood | Zahid | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 23-May-08 | Baffo, Anthony | $24,960.00 | $12.00 |
| Mascetti | Karen | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 07-Jun-08 | Rizzuto, Robert | $31,200.00 | $15.00 |
| Mehnat | Sabaoun | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 22-May-08 | Rizzuto, Robert | $25,209.60 | $12.12 |
| Mohamed | Sajid | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 02-Feb-08 | Rizzuto, Robert | $24,960.00 | $12.00 |
| Morell | Vanessa | Financial Affairs.deSeversky Conference Center | Old Westbury | Waiter/Waitress | Part Time Staff | Operator | 08-Feb-08 | Baffo, Anthony | $25,209.60 | $12.12 |

D07273