# Exhibit 37

**To :**  Len Aubrey

**From:**  Robert Rizzuto

**Re:**  RA for sales Director

**Date:**  September 1, 2009

Attached, please find an RA for the deSeversky Center new sales position. As previously discussed, this is part of the reorganization of the management positions which will give Eric more support in the area of sales as he gets repositioned.

My goal is to bring this person in as soon as possible and to make the other change we spoke of effective October1, 2009.

> The request for this position is part or a reorganization of the management staff .The sales director will take on more responsibility in the operations and will need support in the office.
>
> There will be no additional funding required to support this position as it is within the current resources of our budget.

D06209