# Exhibit 39

# Memo

Office of Human Resources
Old Westbury, NY 11568
Tel 516-686-7667
www.nyit.edu

**DATE:** June 15, 2009

**TO:** All Supervisory Employees

**FROM:** Office of Human Resources

**SUBJECT:** Professional Development Program (PDP)

### Introduction & Eligibility Criteria

PDP evaluations are required for all full-time, non-union employees who are on payroll prior to March 1, 2009 (PDP evaluations are optional for part-time, non-union staff). All full and part-time non-union employees who are on payroll prior to March 1, 2009 will also be considered for an annual salary review with related salary adjustments distributed September 1, 2009 and March 1, 2010. Please refer to the Performance Increase Guidelines section of this memo for additional information concerning salary adjustments eligibility.

### Performance Assessment Categories

PDP evaluations should be based upon how well the employee has performed the duties outlined in their position description, accomplished their previously established goals, and demonstrated performance competencies according to the following assessment categories.

*Highly Accomplished* – An employee in this category consistently and substantially exceeds the requirements of the position and performs at maximum levels of effectiveness. Little, if any opportunity remains for an employee in this category to improve his or her level or extent of contribution. Typically, an employee in this category is innovative, adding something new to the department which benefits the College in a special way. Highly Accomplished employees are creative problem solvers implementing new ways of working or processing information to make a significant positive change. "Distinguished, remarkable, and extraordinary," are common descriptions of this level of performance. *Recommended distribution ≈ 15% of workforce.*

*Fully Proficient* – An employee in this category consistently meets and/or exceeds the requirements of the position and performs in a fully satisfactory, reliable manner. Performance in this category is defined as meeting expectations up to Highly Accomplished. Performance is consistent, resulting in a regular, ongoing achievement of the established standards for the position. Performance in this category enhances the opportunity of the work of the department to achieve its goals. *Recommended distribution ≈ 70% of workforce.*

D03264

Memo

Professional Development Program (page 2 of 2)

*Developing/Needs Improvement* – An employee in this category may inconsistently meet established norms and standards for the position or may regularly fail to meet the established standards and goals for the position. The employee meets some of the minimum requirements of the position, but may need to improve performance to meet expected levels in some areas of performance. This category includes employees who may be new in their job and learning new skills and/or employees who need to improve and develop in their job, although they have been performing their job for a minimum of six (6) months. Immediate and sustained improvement is required for employees in this category. *Recommended distribution ≈ 10% of workforce.*

*Unsatisfactory* – An employee in this category has not met the established norms and standards for the position. The employee does not meet an acceptable number of the minimum requirements of the position and consistently fails to meet the established standards and goals for the position. Supervisors of an employee in this category should be in communication with the Office of Human Resources. *Recommended distribution ≈ 5% of workforce.*

**Performance Increase Guidelines**

For the 2009-10 academic year, a budget of 3.5% of eligible employees' August 2009 salaries has been established. All employees receiving performance increases in September 2009 will be eligible to receive an additional 1.0% increase in March 2010. Salary adjustments may be awarded to both full and part-time, non-union employees on payroll prior to March 1, 2009. Performance increases should be pro-rated for employees that recently have been hired, or promoted. Employees with a performance rating of Highly Accomplished, Fully Proficient, or Developing/Needs Improvement are eligible for a performance increase. An employee who receives a rating of Unsatisfactory must demonstrate improvement to be retained and to receive future performance increases, and for those limited cases where an employee is at or near the top of the salary range for their position, salary adjustments may be restricted up to the maximum of the position's range.

**Timeline & Required Actions**

June 15, 2009 - PDP's (for the period September 1, 2008 – August 31, 2009) are distributed to each vice president for his or her area of responsibility.

August 1, 2009 - Supervisors return completed PDP's for the employees under their responsibility to their respective vice presidents for review.

August 8, 2009 - Completed PDP's are then forwarded to Human Resources for final review and submittal to Financial Affairs for processing.

Should you have any questions or require any additional information, please contact the Office of Human Resources at extension 7667. Thank you in advance for your support and participation in this important program.