

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

December 30, 2011

The Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

    Re:    Baffo v. New York Institute of Technology, et al., No. 10-cv-1245 (LDW)(ETB)

Dear Judge Wexler:

We represent the Plaintiff in the above-referenced matter. Pursuant to Local Civil Rule 1.4 we write to respectfully request that the Court issue an Order directing that Matthew D. Gorman be withdrawn as attorney of record for the Plaintiff as he is no longer affiliated with the Firm.

Thank you for Your Honor's attention to this matter.

Respectfully Submitted,

Douglas H. Wigdor

cc: Neil G. Sparber, Esq. (*via ECF*)