

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

January 13, 2012

**VIA ECF**

The Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

    Re:    Baffo v. N.Y.I.T., et al., No. 10-CV-1245 (LDW) (ETB)

Dear Judge Wexler:

We represent Plaintiff Anthony Baffo in the above-referenced matter. Pursuant to a request from Your Honor's law clerk, the parties met and conferred, and we now respectfully propose the week of June 4 or 11, 2012 for trial.

Thank you for your attention to this matter.

Respectfully submitted,

Douglas H. Wigdor

cc:   Neil Sparber, Esq. (*via ECF*)