<u>**CIVIL CAUSE**</u>
<u>**ON TRIAL**</u>

<u>**BEFORE: WEXLER, J.**</u>      <u>**DATE:**</u>   **JUNE 12, 2012**      **TIME: 9:30 am**

<u>**TOTAL TIME: 4 HRS**</u>

<u>**DOCKET #:**</u>  <u>**CV 10-1245**</u>

<u>**TITLE:**</u>     <u>**ANTHONY BAFFO**</u>      **V.**      <u>**NYIT, et al**</u>

<u>**APPEARANCES:**</u>

<u>**PLTFF**</u>         **DOUGLAS HOLDEN WIGDOR, ESQ**
                 <u>**MICHAE J WILLEMIN, ESQ**</u>

<u>**DEFT**</u>         <u>**DOUGLAS PETER CATALANO, ESQ**</u>
                 <u>**NEIL G. SPARBER, ESQ**</u>
                 <u>**SAMANTHA GELTRE, ESQ**</u>

<u>**COURT REPORTER**</u>        <u>**PAUL LOMBARDI**</u>

**CASE CALLED.  COUNSEL PRESENT.  TRIAL RESUMED.**

**PLAINTIFF'S CLOSING ARGUMENT.**

**DEFENDANTS' CLOSING ARGUMENT.**

**PLAINTIFF'S REBUTTAL ARGUMENT.**

**COURT CHARGES JURY.**

**JURY RETIRES FOR DELIBERATION.**

**JURY RETURNS AND RENDERS ITS VERDICT -**

   **PLAINTIFF RECOVER OF DEFENDANT NYIT THE AMOUNTS OF $100,000**

   **COMPENSATORY DAMAGES AND $1,250,000 PUNITIVE DAMAGES.**

**JURY POLLED.  JURY DISCHARGED.  TRIAL CONCLUDED.**

**PARTIES TO SUBMIT MOTIONS.**