**CIVIL CAUSE
ON TRIAL**

**BEFORE: WEXLER, J.**        **DATE:   JUNE 12, 2012**        **TIME: 9:30 am**

**TOTAL TIME: 4 HRS**

**DOCKET #:  CV 10-1245**

**TITLE:      ANTHONY BAFFO      V.    NYIT, et al**

**APPEARANCES:**

   **PLTFF**                              **DOUGLAS HOLDEN WIGDOR, ESQ
                                              MICHAE J WILLEMIN, ESQ**

   **DEFT**                               **DOUGLAS PETER CATALANO, ESQ
                                              NEIL G. SPARBER, ESQ
                                              SAMANTHA GELTRE, ESQ**

   **COURT REPORTER**           **PAUL LOMBARDI**

**CASE CALLED.  COUNSEL PRESENT.  TRIAL RESUMED.**

**PLAINTIFF'S CLOSING ARGUMENT.**

**DEFENDANTS' CLOSING ARGUMENT.**

**PLAINTIFF'S REBUTTAL ARGUMENT.**

**COURT CHARGES JURY.**

**JURY RETIRES FOR DELIBERATION.**

**JURY RETURNS AND RENDERS ITS VERDICT -**

    **PLAINTIFF RECOVER OF DEFENDANT NYIT THE AMOUNTS OF $100,000**

    **COMPENSATORY DAMAGES AND $1,250,000 PUNITIVE DAMAGES.**

**JURY POLLED.  JURY DISCHARGED.  TRIAL CONCLUDED.**

**PARTIES TO SUBMIT MOTIONS.**