UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
BAFFO,

                Plaintiff(s),        **ORDER OF SUSTENANCE**

    - against -                          CV #: 10-1245
                                            (WEXLER, J.)

NYIT, et al

                Defendant(s).

-------------------------------------------------X

    ORDERED that the Clerk of Court supply proper sustenance to the __8__ jurors empaneled in the above entitled case in attendance thereon.

SO ORDERED:

Dated: Central Islip, New York
       6/12/2012

                                              LEONARD D. WEXLER
                                              United States District Judge

____ DURING TRIAL.

_xxxx_       DELIBERATION.

_xxxx_       LUNCH.

____ DINNER.

                                              A TRUE COPY ATTEST.

                             DATE:_____
                                              ROBERT C. HEINEMANN
                                              <u>Clerk of Court</u>


                             By:_____
                                           Josiah Kharjie
                                           Courtroom Deputy